1  BARBARA J. PARKER, City Attorney, CABN 069722
   MARIA BEE, Chief Assistant City Attorney, CABN 167716
2  DAVID A. PEREDA, Special Counsel, CABN 237982
   BRIGID M. MARTIN, Special Counsel, CABN 231705
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone:  (510) 238-6520, Fax:  (510) 238-6500
   Email: dpereda@oaklandcityattorney.org
5
   Attorneys for Defendant
6  CITY OF OAKLAND

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11

12 | ANTI POLICE-TERRO PROJECT, | Case No. C 20-3866 JSC |
13 | COMMUNITY READY CORPS, et al. | **STIPULATION RE TEMPORARY RESTRAINING ORDER APPLICATION; [PROPOSED] ORDER** |
14 | Plaintiffs, |
15 | v. |
16 | CITY OF OAKLAND, et al. |
17 | Defendants. |

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER            1                      C 20-3866 JSC

Pursuant to Local Rule 7-12, Plaintiffs and the City of Oakland respectfully submit this Stipulation and Proposed Order.

1. On June 13, 2020, Plaintiffs served the *Verified Application for a Temporary Restraining Order and Class Action Complaint for Damages and Injunctive and Declaratory* Relief, Dkt. No. 1, on the City of Oakland.

2. Plaintiffs will supplement their TRO application by June 17, 2020.

3. If the Court issues an Order to Show Cause, the City will submit its response to the TRO application by June 24, 2020.

4. The matter will not be heard on June 24, 2020.

5. This stipulation may be modified with the Court's consent if a party deems it necessary to do so as a result of unfolding events in Oakland.

SO STIPULATED.

Dated: June 15, 2020                    Respectfully submitted,

        BARBARA J. PARKER, City Attorney
        DAVID A. PEREDA, Special Counsel

By:    /s/ David Pereda
      Attorneys for Defendant
      CITY OF OAKLAND

DAN SIEGEL
SIEGEL, YEE, BRUNNER & MEHTA

By:    /s/*Dan Siegel*
      Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 15, 2020                    _____
                                     JOSEPH C. SPERO
                                     Chief Magistrate Judge

*Per Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of the document has been obtained from each of the other Signatories