| | |
|---|---|
| WALTER RILEY, SBN 95919 | JAMES DOUGLAS BURCH, SBN 293645 |
| LAW OFFICE OF WALTER RILEY | National Lawyers Guild |
| 1407 Webster Street, Suite 206 | 558 Capp Street |
| Oakland, CA 94612 | San Francisco, CA 94110 |
| Telephone: (510) 451-1422 | Telephone: (415) 285-5067 x.104 |
| Facsimile: (510) 451-0406 | Email: james_burch@nlgsf.org |
| Email: walterriley@rrrandw.com | |

Attorneys for Plaintiffs
ANTI POLICE-TERROR PROJECT,
COMMUNITY READY CORPS,
AKIL RILEY, IAN McDONNELL, NICO
NADA, AZIZE NGO, and JENNIFER LI

DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
JANE BRUNNER, SBN 135422
SONYA Z. MEHTA, SBN 294411
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
abweills@gmail.com;
janebrunner@hotmail.com;
sonyamehta@siegelyee.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

---

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
[Proposed] Order Granting Plaintiffs' Application for a Temporary Restraining Order and/or Order to Show Cause for Preliminary Injunction - 1

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI, on behalf of themselves and similarly situated individuals, | ) Case No. 3:20-cv-03866-JCS<br>)<br>) [PROPOSED] ORDER GRANTING<br>) PLAINTIFFS' APPLICATION FOR A<br>) TEMPORARY RESTRAINING ORDER<br>) AND/OR ORDER TO SHOW CAUSE AND<br>) FOR PRELIMINARY INJUNCTION |
| 5<br>6 | Plaintiffs,<br>vs. | )<br>)<br>) |
| 7<br>8<br>9<br>10 | CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) |

Having considered all material filed in support of and in opposition to Plaintiffs' Application for a Temporary Restraining Order and/or Order to Show Cause for Preliminary Injunction, and having considered the arguments of counsel, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Application for a Temporary Restraining Order and/or Order to Show Cause for Preliminary Injunction is GRANTED.

Defendants and all persons acting with them or under their control including law enforcement agencies responding as mutual aid to the City of Oakland are forbidden from engaging in the following actions:

1. Using tear gas or any other chemical weapons against persons taking part in a protest or demonstration;

2. Firing rubber bullets or similar projectiles at persons taking part in a protest or demonstration;

3. Firing flash bang grenades at persons taking part in a protest or demonstration;

4. Failing to maintain their body worn cameras in the "on" position while engaged in policing public protests and demonstrations;

5. Failing to display their name and department badges while engaged in policing public protests and demonstrations; and

6. Kettling persons taking part in or observing public protests and demonstrations.

IT IS SO ORDERED.

Dated: June _____, 2020

_____
Hon. Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE