WALTER RILEY, SBN 95919
LAW OFFICE OF WALTER RILEY
1407 Webster Street, Suite 206
Oakland, CA 94612
Telephone: (510) 451-1422
Facsimile: (510) 451-0406
Email: walterriley@rrrandw.com

DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
JANE BRUNNER, SBN 135422
SONYA Z. MEHTA, SBN 294411
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER   & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
abweills@gmail.com;
janebrunner@hotmail.com;
sonyamehta@siegelyee.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

JAMES DOUGLAS BURCH, SBN 293645
National Lawyers Guild
558 Capp Street
San Francisco, CA 94110
Telephone: (415) 285-5067 x.104
Email: james_burch@nlgsf.org

Attorneys for Plaintiffs
ANTI POLICE-TERROR PROJECT,
COMMUNITY READY CORPS,
AKIL RILEY, IAN McDONNELL, NICO
NADA, AZIZE NGO, and JENNIFER LI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI, on behalf of themselves and similarly situated individuals,<br><br>          Plaintiffs,<br>     vs.<br><br>CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,<br><br>          Defendants. | Case No. 3:20-cv-03866-JCS<br><br>**DECLARATION OF SARAH BELLE LIN ISO TEMPORARY RESTRAINING ORDER** |

I, Sarah Belle Lin, hereby declare:

1.      The facts stated herein are of my own personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2.      I am a local independent journalist primarily based in the East Bay.

3.      I report for local news outlets in Emeryville, Berkeley, Oakland, and San Francisco.

4.      I am covering the Bay Area protests against police brutality.

5.      On Saturday, May 30, 2020, I was covering the protests in Oakland.

6.      At about 11:20 p.m. that night, I arrived at Latham Square Plaza to document events on my cell phone and DSLR camera.

7.      I was wearing my press badge and a camera slung over my neck.

8.      I wore my press badge in order to identify my constitutionally protected right to work as press in the area.

9.      At no time during these events was I posing any threat or committing any crime.

10.     There was a police unit stationed was near 15th Street on Telegraph Avenue.

11.     As I arrived at Latham Square Plaza, I noticed an individual sitting on Telegraph Avenue about 25 feet away from the line of police.

12.     I walked up to him to document the scene.

13.     Police began firing what sounded like rubber bullets.

14.     This pushed the individuals around me back.

15.      I walked back to Latham Square and jumped on top of a small cement bench to document the interactions between the individuals and police.

16.     After a couple of minutes, I jumped off and walked back into the street to the other side to gain a different vantage point.

17.     Halfway across the street, I heard multiple bullets fly around me.

18.     One bullet hit me in my inner thigh.

19.     There was no one around me at that point.

20.     I immediately fell to the ground in intense pain.

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS - 2
Declaration of Sarah Belle Lin

21.     For a few minutes, I lay on the ground, stunned and in pain from being shot at close proximity.

22.     When I was able to stand up, I went to the sidewalk opposite Latham Square Plaza to recuperate.

23.     Within one minute, I was being roughly shoved by the police using their riot shields against me.

24.     I was in immense pain.

25.     I yelled "I'm a journalist!" twice and advanced towards the police to demand to know who shot me and why.

26.     I received no answers.

27.     Since then, I have been nursing the bruise and injury.

28.     Directly below is a true and correct photo of the bruise.



29.     The femoral artery is in the thigh of the human body.

30.     My understanding is that there is a major artery there and that the bullet could have killed me.

31.     I am still not able to walk properly and without pain, three weeks after the incident.

32.     I missed several job opportunities due to this injury.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 17, 2020, at ____Oakland_____, California.

Signed: _____

Sarah Belle Lin

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS - 4
Declaration of Sarah Belle Lin