| | |
|---|---|
| WALTER RILEY, SBN 95919 | JAMES DOUGLAS BURCH, SBN 293645 |
| LAW OFFICE OF WALTER RILEY | National Lawyers Guild |
| 1407 Webster Street, Suite 206 | 558 Capp Street |
| Oakland, CA  94612 | San Francisco, CA  94110 |
| Telephone: (510) 451-1422 | Telephone: (415) 285-5067 x.104 |
| Facsimile: (510) 451-0406 | Email: james_burch@nlgsf.org |
| Email: walterriley@rrrandw.com | |

Attorneys for Plaintiffs
ANTI POLICE-TERROR PROJECT,
COMMUNITY READY CORPS,
AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI

DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
JANE BRUNNER, SBN 135422
SONYA Z. MEHTA, SBN 294411
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER   & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
abweills@gmail.com;
janebrunner@hotmail.com;
sonyamehta@siegelyee.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI, on behalf of themselves and similarly situated individuals,<br><br>           Plaintiffs,<br>   vs.<br><br>CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,<br><br>           Defendants. | Case No. 3:20-cv-03866-JCS<br><br>**DECLARATION OF QIAOCHU ZHANG IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE AND FOR PRELIMINARY INJUNCTION** |

I, Qiaochu Zhang, hereby declare:

1. The facts stated herein are of my own personal knowledge and if called and sworn as a witness, I could and would completely testify thereto.

2. I am an Oakland resident.

3. On June 1st, 2020, at 5:30 p.m., I joined the George Floyd Solidarity March led and organized by high school students in order to peacefully document the protest as a photographer.

4. The location at which I joined the march was near 23rd or 24th Street and Broadway.

5. The following is a true and correct link to a video on Twitter. I watched the video and it is an accurate reflection of my experience at the protest, depicting me in a black cap, gray jacket, and blue face mask taking photographs of the protest.
https://twitter.com/KatieKPIX/status/1267642026650034176

6. Shortly after 7:00 p.m. I began marching with the protestors down Broadway towards 8th Street.

7. I observed that the Oakland Police Department had formed a barricade.

8. At the intersection of Broadway and 8th Street I observed police launch tear gas cannisters and flashbang grenades at the protestors.

9. I inhaled tear gas as I was running away from area.

10. The following are true and correct links to videos on twitter taken by a KPIX correspondent. I watched the video and it is an accurate reflection of my experiences of the protest at the intersection of Broadway and 8th Street, depicting police launching tear gas cannisters and flashbang grenades at the protestors while making inaudible announcements.
https://twitter.com/KatieKPIX/status/1267648501103521793
https://twitter.com/KatieKPIX/status/1267650393930006529

11. I ran down 8th Street to return to my apartment on 9th Street and Franklin Street in order to observe curfew, which I thought would be starting soon.

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS - 2
Declaration of Qiaochu Zhang

12. I inhaled more tear gas.

13. I then observed that tear gas cannisters had also been deployed at the intersection of 8th Street and Franklin Street.

14. I turned around to look at Broadway again and saw that the entire intersection was filled with tear gas.

15. Overcome with pain, disorientation, and fright from the tear gas, I kneeled on the side of the street.

16. Police surrounded me and there was no way for me to return to my apartment on 9th Street and Franklin Street.

17. The police then proceeded to round up me and five to six other people.

18. The police appeared to be unsure of what we would be cited with until a Police Captain gave some inaudible orders.

19. According to my citation, this happened around or shortly after 7:45 p.m.

20. Officer David Rodriguez Aguila said I was being cited for being present in the area after the protest had been declared unlawful.

21. I did not hear the announcement that the protest had been declared unlawful.

22. Officer David Rodriguez Aguila walked me down a few blocks to the Oakland Police Station garage where I was handcuffed and detained.

23. Approximately an hour later I was officially given a citation and warned not to attend another protest.

24. I was then placed in a police van along with two other people who had been detained.

25. I was dropped off in the empty parking lot of the West Oakland BART station instead of being allowed to take the five-minute walk home to my apartment on 9th Street and Franklin Street from the Police Station at 7th Street and Broadway.

26. My roommate called an UBER for me to get back to my apartment since none of the BART stations near my apartment were being serviced.

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS - 3
Declaration of Qiaochu Zhang

27. I did not attend another protest afterwards and do not plan on doing so until my citation is resolved. I was informed that if I did attend another protest, I would be sent straight to Santa Rita Jail instead of simply being detained and released.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 17, 2020, at Oakland, California

Signed: _____

Qiaochu Zhang