WALTER RILEY, SBN 95919
LAW OFFICE OF WALTER RILEY
1407 Webster Street, Suite 206
Oakland, CA 94612
Telephone: (510) 451-1422
Facsimile: (510) 451-0406
Email: walterriley@rrrandw.com

DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
JANE BRUNNER, SBN 135422
SONYA Z. MEHTA, SBN 294411
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
abweills@gmail.com;
janebrunner@hotmail.com;
sonyamehta@siegelyee.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

JAMES DOUGLAS BURCH, SBN 293645
National Lawyers Guild
558 Capp Street
San Francisco, CA  94110
Telephone: (415) 285-5067 x 104
Email: james_burch@nlgsf.org

Attorneys for Plaintiffs
ANTI POLICE-TERROR PROJECT,
COMMUNITY READY CORPS,
AKIL RILEY, IAN McDONNELL, NICO
NADA, AZIZE NGO, and JENNIFER LI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI, on behalf of themselves and similarly situated individuals,<br><br>        Plaintiffs,<br>  vs.<br><br>CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,<br><br>        Defendants. | Case No. 3:20-cv-03866-JCS<br><br>**DECLARATION OF NIKO NADA IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE AND FOR PRELIMINARY INJUNCTION** |

I, Niko Nada, hereby declare:

1. The facts stated herein are of my own personal knowledge and if called and sworn as a witness, I could and would completely testify thereto.
2. I am an Oakland resident.
3. I participated in the protests against police brutality beginning on May 29, 2020 as a concerned citizen.
4. Demonstrators wore masks and maintained social distancing to the best of their ability.
5. These protests took place in Oakland, CA.
6. On June 1, 2020, I attended a youth-organized peaceful march with other demonstrators on the street that started at Oakland Technical High School.
7. At Broadway and 14th street, police officers kettled me and other demonstrators.
8. It was impossible to maintain social distancing because we were kettled.
9. I heard an announcement that I believe stated that the protest was declared unlawful but it was muffled and hard to hear.
10. Officers did not give any warning that they were going to throw tear gas.
11. Officers started throwing tear gas at me and other demonstrators.
12. I inhaled tear gas and it irritated my eyes and made it difficult to breathe.
13. This all happened at around a quarter to eight, before curfew went into effect.
14. Prior to officers kettling and throwing tear gas, I witnessed no activity to warrant the response.
15. I was not engaged in criminal behavior nor did I witness other demonstrators engaged in criminal behavior prior to the time officers started kettling, tear gassing, and throwing flashbang grenades.
16. I did not see demonstrators acting aggressively towards police officers.
17. I witnessed a lot of younger black and teenagers of color present.
18. I saw a line of officers form and approach me and other demonstrators.
19. These officers had helmets and riot gear on.

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Niko Nada - 2

20. The officers demanded we all get on our knees.
21. An officer who was not in riot gear made a gesture, which I interpreted to mean that they were given approval to use excessive force against me and other demonstrators.
22. Immediately, the officers reached for a tall brown transwoman.
23. The officers pulled her by her shirt.
24. I heard demonstrators screaming for help.
25. I tried to pull an officer off of a helpless demonstrator.
26. Officer Casey Fought grabbed me and put me in a chokehold.
27. He then pushed me to the ground and put his knee into my back with all his body weight.
28. I felt immense pain.
29. I experienced what felt like blunt trauma to my internal organs.
30. Officer Fought incorrectly zip tied my hands behind my back so that it went over my thumb knuckle.
31. He picked me up and lifted me, before walking me to the other side of the street.
32. Officer Fought roughhoused me.
33. He took my belongings from me including my cell phone.
34. I asked him why I was being detained and he did not answer.
35. He wrote down wrong information on my citation, including wrong information concerning my height and weight.
36. I complained about the tightness of the zip tie.
37. My fingers went numb and turned purple.
38. Another officer saw my hands and immediately started looking for scissors.
39. I signed my citation for breaking curfew and was released.
40. Officer Fought did not give me his badge number.
41. The officers were not wearing masks and/or facial coverings.
42. I did not witness anyone throw Molotov cocktails.

APTP v. City of Oakland, No. 3:20-cv-03866-JCS
Declaration of Niko Nada - 3

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 16, 2020, at Oakland, California.

Signed: *Niko Nada**

Niko Nada

* I, Andrew Chan Kim, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.