WALTER RILEY, SBN 95919
LAW OFFICE OF WALTER RILEY
1407 Webster Street, Suite 206
Oakland, CA  94612
Telephone: (510) 451-1422
Facsimile: (510) 451-0406
Email: walterriley@rrrandw.com

DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
JANE BRUNNER, SBN 135422
SONYA Z. MEHTA, SBN 294411
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
abweills@gmail.com;
janebrunner@hotmail.com;
sonyamehta@siegelyee.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

JAMES DOUGLAS BURCH, SBN 293645
National Lawyers Guild
558 Capp Street
San Francisco, CA  94110
Telephone: (415) 285-5067 x.104
Email: james_burch@nlgsf.org

Attorneys for Plaintiffs
ANTI POLICE-TERROR PROJECT,
COMMUNITY READY CORPS,
AKIL RILEY, IAN McDONNELL, NICO
NADA, AZIZE NGO, and JENNIFER LI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI, on behalf of themselves and similarly situated individuals,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,<br><br>　　　　　Defendants. | Case No. 3:20-cv-03866-JCS<br><br>**DECLARATION OF MELISSA MIYARA IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE AND FOR PRELIMINARY INJUNCTION** |

I, Melissa Miyara, hereby declare:

1. The facts stated herein are of my own personal knowledge and if called and sworn as a witness, I could and would completely testify thereto.

2. I am an Oakland resident.

3. On May 29, 2020, at 8:17 p.m., I received a Nixle public safety alert about a protest happening against police brutality and the murder of George Floyd in downtown Oakland.

4. It was still light outside, and I decided to join the protest.

5. I jogged from my apartment and caught up with the demonstrators at about 1400 Broadway.

6. We continued to march towards the Oakland Police Department on 7th Street.

7. I thought there were a couple thousand people in the crowd.

8. We came upon a police line and I was fairly close to the front.

9. The police were in riot gear.

10. I assumed that at some point the police would order the crowd to disperse and people would have an opportunity to either leave or face arrest.

11. The demonstrators were peacefully chanting, yelling and holding up signs.

12. The police made an announcement over some kind of loudspeaker.

13. The sound was bad and people in the crowd were booing.

14. Even though I was right at the front, I could not discern the words in the announcement.

15. I saw what looked like fireworks.

16. I could not tell if they were coming from the police or the crowd.

17. Then I saw flashbangs going off.

18. The next thing I knew, we were getting tear gassed.

19. I was not prepared to experience tear gas or flashbangs at the protests.

20. I have allergy induced asthma.

21. I am allergic to hay, certain pollen and other things.

22. I do not carry an inhaler with me every day because I only need it in certain environments.

23. I did not bring an inhaler with me to the protest as I did not think I would be in a situation that would trigger my asthma.

24. As soon as the chemicals hit my face, my vision went white.

25. I could not see.

26. I could not breath.

27. I was terrified.

28. I sprinted down Broadway as fast as possible.

29. I was freaking out.

30. Because I could not catch my breath, I fell.

31. I was desperately inhaling trying to breathe.

32. It was as if no air was getting into my lungs.

33. I could not breathe.

34. I started to panic.

35. I scrambled to my feet and tried to run as far away from the area where the air was filled with the chemicals.

36. When I got about two to three blocks away, I stopped.

37. I was doubled over trying desperately to catch my breath.

38. Someone came and helped me and sprayed my eyes with baking soda and water.

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Melissa Miyara - 1

39. At that point I was able to catch my breath.

40. I felt like I was in a warzone environment and not at a protest.

41. I did not expect to get tear gassed by the police for raising my voice against police brutality and racism.

42. The Oakland Police Department's tactics were a very disproportionate response to the protest.

43. The people were there to peacefully protest.

44. The police turned it into a riot.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 16, 2020, at Oakland, California.

Signed: *Melissa Miyara\**
Melissa Miyara

\* I, Andrew Chan Kim, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Melissa Miyara - 1