| | |
|---|---|
| WALTER RILEY, SBN 95919<br>LAW OFFICE OF WALTER RILEY<br>1407 Webster Street, Suite 206<br>Oakland, CA 94612<br>Telephone: (510) 451-1422<br>Facsimile: (510) 451-0406<br>Email: walterriley@rrrandw.com | JAMES DOUGLAS BURCH, SBN 293645<br>National Lawyers Guild<br>558 Capp Street<br>San Francisco, CA 94110<br>Telephone: (415) 285-5067 x 104<br>Email: james_burch@nlgsf.org |
| DAN SIEGEL, SBN 56400<br>ANNE BUTTERFIELD WEILLS, SBN 139845<br>JANE BRUNNER, SBN 135422<br>SONYA Z. MEHTA, SBN 294411<br>EMILYROSE JOHNS, SBN 294319<br>ANDREW CHAN KIM, SBN 315331<br>SIEGEL, YEE, BRUNNER & MEHTA<br>475 14th Street, Suite 500<br>Oakland, California 94612<br>Telephone: (510) 839-1200<br>Facsimile: (510) 444-6698<br>Email: danmsiegel@gmail.com;<br>abweills@gmail.com;<br>janebrunner@hotmail.com;<br>sonyamehta@siegelyee.com;<br>emilyrose@siegelyee.com;<br>chankim@siegelyee.com | Attorneys for Plaintiffs<br>ANTI POLICE-TERROR PROJECT,<br>COMMUNITY READY CORPS,<br>AKIL RILEY, IAN McDONNELL, NICO<br>NADA, AZIZE NGO, and JENNIFER LI |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI, on behalf of themselves and similarly situated individuals,<br><br>       Plaintiffs,<br>  vs.<br><br>CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,<br><br>       Defendants. | Case No. 3:20-cv-03866-JCS<br><br>**DECLARATION OF LIAM CAIN IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE AND FOR PRELIMINARY INJUNCTION** |

---

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Liam Cain - 1

I, Liam Cain, hereby declare:

1. The facts stated herein are of my own personal knowledge and if called and sworn as a witness, I could and would competently testify thereof.

2. I am an Oakland resident.

3. I am a trained wildland firefighter.

4. I participated in the protests against police brutality starting the weekend of Friday, May 29, 2020, as a concerned citizen.

5. At the protest on May 29, in addition to witnessing multiple incidents of police deploying tear gas on the crowd, I witnessed police fire projectile weapons at peaceful protestors.

6. That night I picked up some of those projectile weapons off the ground after they were shot at protestors.

7. Directly below are true and correct photos I took of those projectile weapons, including a rubber bullet and two sponge grenades.



*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Liam Cain - 2

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Liam Cain - 3



8. I witnessed the police fire these projectiles directly at protestors' bodies, including torsos and faces.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 17, 2020, at Oakland, California.

Signed: __*Liam Cain*_____
Liam Cain

* I, Andrew Chan Kim, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Liam Cain - 4