WALTER RILEY, SBN 95919
LAW OFFICE OF WALTER RILEY
1407 Webster Street, Suite 206
Oakland, CA 94612
Telephone: (510) 451-1422
Facsimile: (510) 451-0406
Email: walterriley@rrrandw.com

DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
JANE BRUNNER, SBN 135422
SONYA Z. MEHTA, SBN 294411
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
abweills@gmail.com;
janebrunner@hotmail.com;
sonyamehta@siegelyee.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

JAMES DOUGLAS BURCH, SBN 293645
National Lawyers Guild
558 Capp Street
San Francisco, CA 94110
Telephone: (415) 285-5067 x.104
Email: james_burch@nlgsf.org

Attorneys for Plaintiffs
ANTI POLICE-TERROR PROJECT,
COMMUNITY READY CORPS,
AKIL RILEY, IAN McDONNELL, NICO
NADA, AZIZE NGO, and JENNIFER LI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI, on behalf of themselves and similarly situated individuals,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,<br><br>        Defendants. | ) Case No. 3:20-cv-03866-JCS<br>)<br>) **DECLARATION OF LEILA MOTTLEY IN**<br>) **SUPPORT OF MEMORANDUM OF**<br>) **POINTS AND AUTHORITIES IN**<br>) **SUPPORT OF PLAINTIFFS'**<br>) **APPLICATION FOR A TEMPORARY**<br>) **RESTRAINING ORDER AND/OR ORDER**<br>) **TO SHOW CAUSE AND FOR**<br>) **PRELIMINARY INJUNCTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Leila Mottley, hereby declare:

1.      The facts stated herein are of my own personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2.      I am 18 years old and a student at Smith College.

3.      I am an Oakland resident.

4.      On June 1, 2020, I attended and participated in the youth led demonstration against police brutality, beginning with a rally at Oakland Technical High School and a march to downtown Oakland.

5.      During the rally, I received a text alert that a curfew order was issued to begin at 8:00 p.m.

6.      My mom planned to pick me up before 8:00 p.m. so we would be home before the curfew went into effect.

7.      She drove downtown and intended to meet me near the protest.

8.      I followed a large group of demonstrators down Broadway towards the Oakland Police Headquarters, where we were met at 8th Street by a line of officers in riot gear.

9.      We chanted and continued the protest as we had all afternoon.

10.      Pretty quickly, officers put on gas masks and a muffled announcement was shouted over a megaphone.

11.      It was unclear and I could not decipher what it said.

12.      I was trying to figure it out and had no time to respond before flashbangs and tear gas erupted all around us.

13.      It was approximately 7:40 p.m.

14.      My friend and I ran back down Broadway, but a tear gas "bomb" went off right by me and I inhaled a lot of it.

15.      Tear gas was everywhere, and I could not see.

16.      The police blocked off Broadway towards 7th Street, so the only way to get away was to run through the tear gas, while trying to avoid getting hit, as they were continuing to

shoot more tear gas and flash grenades at the demonstrators.

17.   It was terrifying.

18.   I lost my friend and could not find him.

19.   I could not see or breathe.

20.   I was in terrible pain and coughing a lot.

21.   As I emerged from the gas, my friend was waiting for me.

22.   He pulled me out and down a side street where a man had water and flushed out my eyes.

23.   We did not know where to go.

24.   We were afraid of being arrested.

25.   My friends' mom was also trying to get to us.

26.   We were able to walk a few blocks to her car and she drove me to my mom's car on Grand Avenue.

27.   When I got home, my skin began to hurt.

28.   It has been irritated and peeling since then.

29.   My eyes eventually calmed down after I flushed them out two more times.

30.   I continued to have severe problems with my lungs.

31.   It was difficult to breathe that night.

32.   My lungs were raw.

33.   I could not take a deep breath without it hurting and I could not lie down without coughing.

34.   I was traumatized.

35.   For the next two days I was continuously coughing.

36.   I had planned on going to protests the next day.

37.   After June 1, I was scared and apprehensive to go back.

38.   I had no idea what would happen and what the police might do to me.

39.   I did not want to be exposed to more tear gas and further damage to my lungs.

40.     I did not go to any protests for the next couple of days.

41.     I decided that I would not sacrifice my values because of the unbelievable cruelty in the way that the Oakland Police Department has acted.

42.     It is so wrong.

43.     We were part of the march and they targeted us; we were the same people engaged in the same type of protest.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 16, 2020, at Oakland, California.

Signed:  *Leila Mottley*\*
                           Leila Mottley

\* I, Andrew Chan Kim, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.