WALTER RILEY, SBN 95919
LAW OFFICE OF WALTER RILEY
1407 Webster Street, Suite 206
Oakland, CA 94612
Telephone: (510) 451-1422
Facsimile: (510) 451-0406
Email: walterriley@rrrandw.com

DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
JANE BRUNNER, SBN 135422
SONYA Z. MEHTA, SBN 294411
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
abweills@gmail.com;
janebrunner@hotmail.com;
sonyamehta@siegelyee.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

JAMES DOUGLAS BURCH, SBN 293645
National Lawyers Guild
558 Capp Street
San Francisco, CA 94110
Telephone: (415) 285-5067 x.104
Email: james_burch@nlgsf.org

Attorneys for Plaintiffs
ANTI POLICE-TERROR PROJECT,
COMMUNITY READY CORPS,
AKIL RILEY, IAN McDONNELL, NICO
NADA, AZIZE NGO, and JENNIFER LI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI, on behalf of themselves and similarly situated individuals,<br><br>          Plaintiffs,<br><br>  vs.<br><br>CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,<br><br>        Defendants. | ) Case No. 3:20-cv-03866-JCS<br>)<br>) **DECLARATION OF JENNIFER LIN IN**<br>) **SUPPORT OF MEMORANDUM OF**<br>) **POINTS AND AUTHORITIES IN**<br>) **SUPPORT OF PLAINTIFFS'**<br>) **APPLICATION FOR A TEMPORARY**<br>) **RESTRAINING ORDER AND/OR**<br>) **ORDER TO SHOW CAUSE AND FOR**<br>) **PRELIMINARY INJUNCTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Jennifer Li, hereby declare:

1. The facts stated herein are of my own personal knowledge and if called and sworn as a witness, I could and would completely testify thereto.
2. I am an Oakland resident.
3. I participated in the protests against police brutality beginning on May 29, 2020 as a concerned citizen.
4. Demonstrators wore masks and maintained social distancing to the best of their ability.
5. These protests took place in Oakland, CA.
6. At the protest on June 1, 2020, at around 7:40 p.m. and before curfew, I was protesting along with other demonstrators at 8th Street and Broadway Street.
7. I was peacefully chanting and I stood about 6-7 people behind the frontline.
8. I heard the police make an announcement but it was muffled and hard to hear.
9. The police shot at me and other demonstrators, threw tear gas, flashbang grenades, and also shot stinger balls.
10. I was shot directly by a stinger ball and a flashbang grenade.
11. The flashbang grenade exploded on my back and it hurt on impact.
12. I was momentarily deafened by the impact.
13. The force made me stumble forward.
14. The flashbang grenade that hit my back was thrown right past my friend's hand and hit her finger before exploding onto my back.
15. I was scared and tried to get away.
16. As I was trying to walk away from the scene, a tear gas canister landed in front of me and my friend.
17. My friend was hit with tear gas.
18. After we turned the corner, I administered eye wash to my friend.
19. I was traumatized and felt so frightened for the next two days that I obtained anti-anxiety prescriptions.
20. I have never taken anti-anxiety prescriptions prior to this incident.
21. I sought medical attention for my injuries the following week after my eardrum still felt off.
22. I sustained injuries to my back including soreness, swelling, bruises, and blisters.
23. I also sustained a small perforation in my left eardrum.
24. In addition to this incident, hearing officers deploy flashbangs and tear gas outside my apartment for five consecutive nights gave me high levels of stress and anxiety, and I felt scared to participate in further protests.
25. Despite my apprehension, I felt compelled to join the protest on June 3, 2020.
26. I was worried that the police would attack me and other demonstrators again and so I came prepared with a helmet, goggles, and a butt pad to protect myself.
27. My injuries from June 1, 2020 still remain.
28. I took photos of my injuries.
29. The photos attached hereto are true and correct copies of the photos of my injuries.
30. I took these photos on June 1 and 2, 2020.
31. To this day, I am still traumatized.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 15, 2020, at Oakland, California.

Signed: _Jennifer Li_
Jennifer Li







