WALTER RILEY, SBN 95919
LAW OFFICE OF WALTER RILEY
1407 Webster Street, Suite 206
Oakland, CA 94612
Telephone: (510) 451-1422
Facsimile: (510) 451-0406
Email: walterriley@rrrandw.com

DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
JANE BRUNNER, SBN 135422
SONYA Z. MEHTA, SBN 294411
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
abweills@gmail.com;
janebrunner@hotmail.com;
sonyamehta@siegelyee.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

JAMES DOUGLAS BURCH, SBN 293645
National Lawyers Guild
558 Capp Street
San Francisco, CA 94110
Telephone: (415) 285-5067 x.104
Email: james_burch@nlgsf.org

Attorneys for Plaintiffs
ANTI POLICE-TERROR PROJECT,
COMMUNITY READY CORPS,
AKIL RILEY, IAN McDONNELL, NICO
NADA, AZIZE NGO, and JENNIFER LI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI, on behalf of themselves and similarly situated individuals,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,<br><br>　　　　　Defendants. | Case No. 3:20-cv-03866-JCS<br><br>**DECLARATION OF IAN McDONNELL IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE AND FOR PRELIMINARY INJUNCTION** |

I, Ian McDonnell, hereby declare:

1. The facts stated herein are of my own personal knowledge and if called and sworn as a witness, I could and would completely testify thereto.

2. I am an Oakland resident.

3. I participated in the protests against police brutality beginning on May 29, 2020 as a concerned citizen.

4. Demonstrators wore masks and maintained social distancing to the best of their ability.

5. These protests took place in Oakland, CA.

6. On May 29, 2020, I peaceful marched with other demonstrators on the street.

7. I noticed that the police were launching tear gas on parallel streets to keep demonstrators on one street.

8. Oakland police officers then started launching tear gas and flashbangs at me and other demonstrators.

9. I was disorientated as I had never experienced tear gas or flashbangs before.

10. I did not expect to experience tear gas or flashbangs when I participated in the protest.

11. I was not prepared to experience tear gas or flashbangs at the protests and I believe other demonstrators were not prepared also as no one had goggles on.

12. I felt like I was in a warzone environment and not at a protest.

13. Up to that point, demonstrators were peaceful.

14. I was not engaged in criminal behavior nor did I see other demonstrators engaged in criminal activities prior to the time the police started throwing flashbang grenades and tear gas.

15. I have never looted and I did not witness demonstrators looting prior to the time police started throwing flashbang grenades and tear gas.

16. I noticed that the police officers were not wearing masks or any facial coverings.

17. People had to take off their masks and/or face coverings and gloves because the chemicals got stuck to the fabric.

18. The tear gas made it difficult for me to breathe.

19. The tear gas forced people to break social distancing rules to help aid others.

20. I did not hear any warnings from the police before getting tear gassed.

21. I was traumatized and felt scared and it discouraged me from participating in the protests the following day.

22. I still feel traumatized.

23. I participated in the May 31, 2020 Protest that began at the Port of Oakland.

24. I saw many students, young people, and families with young kids.

25. Everything was chill and there was music and nice speeches.

26. It was mid-day and the protest was peaceful up to that point.

27. I witnessed about 20 police vans full of police officers and tactical trucks drive into a crowd of people recklessly.

28. I felt frightened for myself and for other peaceful demonstrators and did not know what the police officers were going to do.

29. The police officers jumped out of the vans and started tear gassing the crowd.

30. The police officers also threw flashbang grenades.

31. They did not give a warning.

32. I had medic supplies because of what I experienced the previous nights.

33. These supplies included eyewash and bandages.

34. I had to apply eyewash to myself and assist others who were tear gassed.

35. I heard a story that the police tear gassed us because there was a man with a gun but I did not witness anyone with a weapon.

36. I felt scared and rode away on my bike.

37. Near city hall, I saw about 50 police officers in full riot gear form a line and started walking towards the demonstrators.

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Ian McDonnell- 1

38. Demonstrators were asking police officers why they tear gassed and flashbanged them earlier.

39. The police did not say anything.

40. The Oakland police started gearing up for something but I saw that they were later rotated out with Berkeley police.

41. I saw a few officers kneel for photo opportunities because media outlets were present, including NBC.

42. It was hard to hear what the police officers were saying through loudspeaker.

43. At the June 1, 2020 protest, I brought medical supplies with me again.

44. I taped a cross to my hoodie and also taped a cross to my bag.

45. I was kettled, tear gassed, and flashbanged along with other demonstrators.

46. Officers used these tactics against myself and other demonstrators at around 7:40 p.m., before the curfew went into effect.

47. I applied eyewash to my own eyes and also kept a tally on my arm with a sharpie of how many other people I assisted.

48. Although I did not remember to tally every person, I had at least 20 tallies on my arm.

49. I read newspaper articles that the police were targeting medics and journalist.

50. I removed the crosses from my hoodie and bag because I was afraid of being targeted also.

51. I witnessed a medic get hit hard and saw large welts and ripped skin on his torso.

52. I saw a journalist get hit by a projectile.

53. The police officers were shooting demonstrators with an orange gun.

54. Police officers were shooting projectiles at demonstrators and these projectiles ricocheted and hit me.

55. The officers moved in on myself and other demonstrators.

56. I saw the officers tackle demonstrators.

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Ian McDonnell- 1

57. Officer D'Orso detained me and zip tied my hands behind my back.

58. I commented that he was not wearing any facial coverings and he laughed.

59. I saw other police officers without facial coverings touching demonstrators.

60. I was cited and released for breaking curfew.

61. Officers claimed that demonstrators threw Molotov cocktails, justifying their use of force.

62. I did not witness anyone throw a Molotov cocktail.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 16, 2020, at Oakland, California.

Signed: *Ian McDonnell*\*
Ian McDonnell

\* I, Andrew Chan Kim, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Ian McDonnell- 1