WALTER RILEY, SBN 95919
LAW OFFICE OF WALTER RILEY
1407 Webster Street, Suite 206
Oakland, CA 94612
Telephone: (510) 451-1422
Facsimile: (510) 451-0406
Email: walterriley@rrrandw.com

DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
JANE BRUNNER, SBN 135422
SONYA Z. MEHTA, SBN 294411
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
abweills@gmail.com;
janebrunner@hotmail.com;
sonyamehta@siegelyee.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

JAMES DOUGLAS BURCH, SBN 293645
National Lawyers Guild
558 Capp Street
San Francisco, CA 94110
Telephone: (415) 285-5067 x 104
Email: james_burch@nlgsf.org

Attorneys for Plaintiffs
ANTI POLICE-TERROR PROJECT,
COMMUNITY READY CORPS,
AKIL RILEY, IAN McDONNELL, NICO
NADA, AZIZE NGO, and JENNIFER LI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI, on behalf of themselves and similarly situated individuals,<br><br>   Plaintiffs,<br> vs.<br><br>CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,<br><br>   Defendants. | Case No. 3:20-cv-03866-JCS<br><br>**DECLARATION OF ERICA HRUBY IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE AND FOR PRELIMINARY INJUNCTION** |

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Erica Hruby - 1

I, Erica Hruby, hereby declare:

1. The facts stated herein are of my own personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. I am an Oakland resident.

3. I participated in the protest against police brutality on Monday, June 1, 2020 as a concerned citizen.

4. I joined the crowd of 15,000 protestors at Oakland Technical High School (Oakland Tech) around 4 p.m.

5. While we were still at Oakland Tech, the text went out that the Alameda County curfew was starting that night at 8 p.m.

6. I marched with the crowd to Frank Ogawa Plaza (Oscar Grant Plaza) arriving around 7 p.m.

7. While some protestors left to go back to Oakland Tech, I decided to stay with other protestors to protest the curfew.

8. Our group headed down Broadway toward the Oakland Police Department (OPD) station, where we were met with a police blockade at 8th St & Broadway.

9. We were peacefully gathered in front of this blockade, chanting and holding up signs for about 20 minutes, when at around 7:40 p.m., police started firing a ton of flashbang grenades and tear gas into the crowd.

10. The following is a true and correct link to video footage from a helicopter that I saw online and saved to Google drive: https://drive.google.com/file/d/1FALsQBoMJGg-F6m-OYpfEMakgpZaAXwV/view.

11. I watched the video and it is an accurate depiction of the police throwing tear gas into the peaceful crowd on June 1, 2020.

12. I was fortunately not tear gassed badly.

13. I experienced some itchiness and dryness in my eyes.

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Erica Hruby - 2

14. The community street medics present were doing really good work to keep protestors safe, including dousing each other in water and attempting to contain the tear gas canisters.

15. I did not hear any dispersal warnings from the police, nor did I see any projectiles coming from the crowd at the police.

16. Most people dispersed because of the tear gas.

17. I decided to join a dozen or so people still standing peacefully in front of the police at 8th St and Broadway.

18. Police then sent another round of flashbang grenades and tear gas into the crowd.

19. I still had not seen any projectiles from the protestors cross the police barrier or come near the police.

20. I then walked down 8th St toward Clay St to find a huge group of police in riot gear, who I believe were preparing to march toward the protestors who had retreated back to 14th and Broadway.

21. This was all before the curfew began at 8 p.m.

22. The following is a true and correct link to the Instagram live video I took, which is a true and accurate reflection of the circumstances I've described in ¶¶ 9-21: https://www.instagram.com/p/CA6rHzDBV_8/.

23. At this point I stopped recording and headed back to Oscar Grant Plaza on my bicycle.

24. This was at 8 p.m., when the curfew had just begun.

25. Once I arrived at Oscar Grant Plaza, I started filming the crowd again.

26. The protestors remained peaceful, as they had throughout the entire demonstration.

27. The following is a true and correct link to the Instagram live video I took, which is a true and accurate reflection of the circumstances I've described in ¶¶ 25-26: https://www.instagram.com/p/CA6s-akhv3D/.

28. After I stopped filming, I decided to leave.

29. I turned the corner on 15th St off Broadway, and a line of police was coming up 15th St toward Broadway.

30. They told me to turn around and go the other direction.

31. Intending to disperse, I complied with their direction but then found another line of police coming up Broadway from the 14th St direction.

32. I was kettled by the police in between 14th and 15th Sts on Broadway along with many other protestors.

33. One of the police officers threw my bicycle on the ground.

34. Police announced that we were all getting arrested for violation of the curfew.

35. While arresting me, the police took off my backpack and my bike helmet, ziptied me, patted me down, went through all my belongings, and had me sit on the curb with everyone else being arrested.

36. I was one of the first ten or so protestors processed, and was ziptied for a total of about 30 minutes.

37. The time on my citation was 8:50 p.m.

38. I was wearing a mask along with the vast majority of the protestors in attendance, and we maintained social distancing to the best of our ability.

39. However, once we were kettled, we were forced to touch each other.

40. And contrary to the protestors, the vast majority of the police were not wearing masks as they were arresting us.

41. The police arresting us were the same police officers who tear gassed us by the police station.

42. I know this because I was close enough to see their unmasked faces and the names on their uniforms before and after they tear gassed us.

43. Their demeanor was so different from the police station to when they were arresting us, making us all sit down on the ground.

44. While we were on the ground, they were smiling and joking with us.

45. I experienced their drastic change in demeanor as gaslighting and psychological warfare.

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Erica Hruby - 4

46. I made a statement expressing as much to the Oakland Police Commission on June 8, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 16, 2020, at Oakland, California.

Signed: _____
Erica Hruby

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Erica Hruby - 5