WALTER RILEY, SBN 95919
LAW OFFICE OF WALTER RILEY
1407 Webster Street, Suite 206
Oakland, CA 94612
Telephone: (510) 451-1422
Facsimile: (510) 451-0406
Email: walterriley@rrrandw.com

DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
JANE BRUNNER, SBN 135422
SONYA Z. MEHTA, SBN 294411
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
abweills@gmail.com;
janebrunner@hotmail.com;
sonyamehta@siegelyee.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

JAMES DOUGLAS BURCH, SBN 293645
National Lawyers Guild
558 Capp Street
San Francisco, CA 94110
Telephone: (415) 285-5067 x 104
Email: james_burch@nlgsf.org

Attorneys for Plaintiffs
ANTI POLICE-TERROR PROJECT,
COMMUNITY READY CORPS,
AKIL RILEY, IAN McDONNELL, NICO
NADA, AZIZE NGO, and JENNIFER LI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI, on behalf of themselves and similarly situated individuals,<br><br>            Plaintiffs,<br>   vs.<br><br>CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,<br><br>            Defendants. | Case No. 3:20-cv-03866-JCS<br><br>**DECLARATION OF CHRISTA ATHERHOLT IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE AND FOR PRELIMINARY INJUNCTION** |

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Christa Artherholt - 1

I, Christa Artherholt, hereby declare:

1. The facts stated herein are of my own personal knowledge and if called and sworn as a witness, I could and would competently testify thereo.

2. I am an Oakland resident.

3. I participated in the youth-led protest against police brutality on Monday, June 1, 2020 as a concerned citizen.

4. By the time I arrived downtown to join the protest, the protestors were marching to the police station.

5. My friend and I marched with them until we hit the police barricade at 8th St and Broadway.

6. We were essentially at a standstill; protestors were peacefully assembled and chanting.

7. I was filming on and off, which I have done before at previous demonstrations.

8. Just as I was thinking of leaving because nothing was really happening, I saw police start to put on gas masks and gloves, so I kept filming.

9. Protestors started shouting, "They're gonna gas us!"

10. Before I knew it, the police started throwing flashbangs, smoke bombs, and teargas into the crowd.

11. This was around 7:45 p.m., definitely before the 8 p.m. curfew.

12. Most of the crowd of protestors dispersed, running away.

13. The police had not given any warning.

14. They had been on a megaphone saying things like, "We're here to protect your First Amendment rights."

15. Some protestors stuck around, myself included, and the situation became calm again.

16. Protestors were yelling things at the cops, but remained nonviolent.

17. The following is a link to a true and correct copy of the video, uploaded to Google drive, that I took showing what I describe here in ¶¶ 6-16:

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Christa Artherholt - 2

https://drive.google.com/file/d/1xL7xjB29MWk4Jzxukx5VE0FmSZn0KOur/view?usp=sharing.

18. Then suddenly the police threw more teargas canisters, even though there were only about 20 protestors still at the blockade.

19. I got stuck in the middle of three teargas canisters the police had shot indiscriminately throughout the crowd.

20. My camera was also hit by debris from a grenade.

21. Because I had on sunglasses and a bandana over my mouth, I was not teargassed badly.

22. I did feel the effects of the teargas on my eyes and nose, which were burning and felt really dry.

23. More protestors left, and the situation became calm again, with some protestors getting on their knees, putting their hands in the air, and continuing to call out the names George Floyd and Breonna Taylor.

24. Then I saw lines of police on either end of 8th St off Broadway; we were outnumbered.

25. The following is a link to a true and correct copy of the video, uploaded to Google drive, that I took showing what I describe here in ¶¶ 18-24:

https://drive.google.com/file/d/10kBzjyhyQQq2fk5E0bEJDAhKWc4uGt6H/view?usp=sharing.

26. I grew concerned and tried to pull my friend back, as the lines of police were running on foot toward us.

27. The police stopped running toward us when we moved back a little.

28. The police then started running again, and I left running north on Broadway toward 14th St.

29. As I ran away, I saw two police officers run toward my friend, grab and arrest her.

30. I met a large number of peaceful protestors back at 14th St and Broadway.

31. The police continued to make their way toward us.

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Christa Artherholt - 3

32. At 8 p.m., the police made an announcement, saying that there is a curfew and if we didn't leave, we would be arrested.

33. I started to walk back home, along with many other protestors, when the police kettled us in between 14th and 15th Sts on Broadway, around 8:20pm.

34. There was nowhere to go.

35. I thought about making a run for it, but was scared that the police would throw me to the ground and arrest me.

36. I was afraid, because there was nowhere to run.

37. I didn't know what the police were going to do.

38. As we've seen and as I experienced that night, the police are unpredictable and I wouldn't put it past them to hurt people.

39. They ordered us all together on one side of the street.

40. The following is a link to a true and correct copy of the video, uploaded to Google drive, that I took showing what I describe here in ¶¶ 32-39:

https://drive.google.com/file/d/1oatGO5h-FPg7G5aauprPebzEcU-As7Xr/view?usp=sharing.

41. The police were running toward us.

42. The way I've described the situation to other people is that it was like the police were a group of hormonal teenage boys egging each other on, yelling and wanting to be tough guys.

43. The police told us to get on the ground, which some people resisted.

44. They grabbed those people first.

45. The rest of us just waited, sitting on the ground with our hands visible per the police's order.

46. I was the second-to-last person to get a citation for curfew violation.

47. At first, the police were putting protestors in zipties and searching people's bags, but then I think they just wanted to be done with it at they stopped doing this.

48. More police arrived.

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Christa Artherholt - 4

49. I was wearing a face covering along with the vast majority of the protestors in attendance, and we maintained social distancing to the best of our ability.

50. Because of my concerns about COVID-19, I would not have stayed at the protest if protestor were not wearing masks and being mindful of social distancing protocols.

51. However, once we were kettled, we were forced to touch each other.

52. And contrary to the protestors, the vast majority of the police were not wearing masks as they were arresting us.

53. The police officer who was assigned to write me a citation was not wearing a mask or gloves, which bothered me because I had to use his pen to sign the citation.

54. I was not engaged in criminal behavior nor did I see other protestors engaged in criminal activities prior to any of the times the police threw flashbang grenades and teargas into our crowd that evening.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 17, 2020, at Oakland, California.

Signed: __*Christa Artherholt*__*_____
                Christa Artherholt

* I, Andrew Chan Kim, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.