WALTER RILEY, SBN 95919
LAW OFFICE OF WALTER RILEY
1407 Webster Street, Suite 206
Oakland, CA  94612
Telephone: (510) 451-1422
Facsimile: (510) 451-0406
Email: walterriley@rrrandw.com

DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
JANE BRUNNER, SBN 135422
SONYA Z. MEHTA, SBN 294411
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER   & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
abweills@gmail.com;
janebrunner@hotmail.com;
sonyamehta@siegelyee.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

JAMES DOUGLAS BURCH, SBN 293645
National Lawyers Guild
558 Capp Street
San Francisco, CA  94110
Telephone: (415) 285-5067 x.104
Email: james_burch@nlgsf.org

Attorneys for Plaintiffs
ANTI POLICE-TERROR PROJECT,
COMMUNITY READY CORPS,
AKIL RILEY, IAN McDONNELL, NICO
NADA, AZIZE NGO, and JENNIFER LI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI, on behalf of themselves and similarly situated individuals,<br><br>                 Plaintiffs,<br><br>   vs.<br><br>CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,<br><br>                 Defendants. | Case No. 3:20-cv-03866-JCS<br><br>**DECLARATION OF CAT BROOKS IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE AND FOR PRELIMINARY INJUNCTION** |

I, Cat Brooks, hereby declare:

1. The facts stated herein are of my own personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. I am the co-founder of the Anti Police-Terror Project (APTP).

3. APTP is a Black-led, multi-racial, intergenerational coalition that seeks to build a replicable and sustainable model to eradicate police terror in communities of color. APTP supports families surviving police terror in their fight for justice, documenting police abuses and connecting impacted families and community members with resources, legal referrals, and opportunities for healing. APTP was created six years ago by organizers who had been working together since the police killing of Oscar Grant on January 1, 2009, and frequently organizes and leads protests against police misconduct.

4. The actions of the OPD starting on May 29, 2020, discouraged and continues to discourage members of the Oakland community from participating in lawful protest activities, and chilled and continues to chill the exercise of free speech rights by members and supporters of APTP.

5. APTP is planning to attend and organize additional protests in the coming days and months.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 17, 2020, at \_\_Oakland\_\_, California.

Signed: *Cat Brooks*

Cat Brooks

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS - 2
Declaration of Cat Brooks