
WALTER RILEY, SBN 95919
LAW OFFICE OF WALTER RILEY
1407 Webster Street, Suite 206
Oakland, CA 94612
Telephone: (510) 451-1422
Facsimile: (510) 451-0406
Email: walterriley@rrrandw.com

DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
JANE BRUNNER, SBN 135422
SONYA Z. MEHTA, SBN 294411
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
abweills@gmail.com;
janebrunner@hotmail.com;
sonyamehta@siegelyee.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

JAMES DOUGLAS BURCH, SBN 293645
National Lawyers Guild
558 Capp Street
San Francisco, CA  94110
Telephone: (415) 285-5067 x 104
Email: james_burch@nlgsf.org

Attorneys for Plaintiffs
ANTI POLICE-TERROR PROJECT,
COMMUNITY READY CORPS,
AKIL RILEY, IAN McDONNELL, NICO
NADA, AZIZE NGO, and JENNIFER LI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI, on behalf of themselves and similarly situated individuals,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,<br><br>　　　　　　Defendants. | ) Case No. 3:20-cv-03866-JCS<br>)<br>)<br>) **DECLARATION OF ANNE KELSON IN**<br>) **SUPPORT OF MEMORANDUM OF**<br>) **POINTS AND AUTHORITIES IN**<br>) **SUPPORT OF PLAINTIFFS'**<br>) **APPLICATION FOR A TEMPORARY**<br>) **RESTRAINING ORDER AND/OR ORDER**<br>) **TO SHOW CAUSE AND FOR**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Anne Kelson - 1

I, Anne Kelson, hereby declare:

1. The facts stated herein are of my own personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. I am an Oakland resident, who was raised only a few miles from downtown Oakland.

3. I am a licensed attorney practicing out of an office in downtown Oakland, located just two blocks from where I was tear gassed along with other peaceful protestors on Friday, May 29, 2020, at a protest against police brutality.

4. I arrived at the May 29 protest early, before the sun went down.

5. I attended with the intention of being a legal observer.

6. I did not expect to get tear gassed, nor was I prepared for that.

7. In fact, to protect my health I would have likely not attended the protest if I thought I would be tear gassed.

8. By nightfall, a large crowd of several hundred protestors had gathered in front of the Oakland Police Department (OPD) headquarters at 7th St and Broadway.

9. Protestors held signs and chanted, reciting the names of victims of recent police violence.

10. At some point, the police appeared to fire concussion grenades to disperse the crowd.

11. After several rounds of concussion grenades were thrown in the crowd, a protestor came up to me to show a grenade clip that he had found on the ground.

12. A few minutes later, OPD had an officer announce over the loud speaker that the protestors had a First Amendment right to assemble.

13. Later I was able to hear a second announcement which stated that we were being given 3 minutes to disperse or we would be arrested as part of an unlawful assembly.

14. Meanwhile, the concussion grenade explosions continued and it was hard to hear the full announcement.

15. The following is a link to a true and correct copy of the Facebook live video I took, which has been downloaded and uploaded to Google drive, showing what I describe here in ¶¶ 8-14:

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Anne Kelson - 2

https://drive.google.com/file/d/1dcXmOto9DDtJYSHIF90xYEmalhKEfvT1/view?usp=sharing.

16. The police then suddenly began throwing tear gas into the crowd, deploying several rounds, even as we retreated up Broadway in compliance with the 3 minute dispersal order.

17. The amount of tear gas was immense.

18. I am still shocked to the core.

19. As someone who has attended rallies and demonstrations with more than a million people in New York City, Washington, D.C., London, and Los Angeles, I have never seen tear gas deployed in the way that we experienced it that Friday night, May 29, on the main street of my hometown.

20. My friends and I, along with other protestors, went into the open lobby of the 777 Broadway apartment building choking for air, applying water and Maalox to wash away the tear gas.

21. One of my friends has audio footage that her phone accidentally took while we were in the lobby.

22. You can hear a younger girl hyperventilating in the background.

23. The following is a link to the true and correct copy of this audio footage, uploaded to Google drive, which my friend accidentally took on her phone, described in ¶ 21: https://drive.google.com/file/d/1_MWc49SfZlhwAfZ1U0jR4JysljLplWf3/view?usp=sharing.

24. I was wearing a mask along with the rest of the protestors and we maintained social distancing to the best of our ability.

25. However, once we were tear gassed, we had to take our masks off to cough and breathe.

26. We also had to break social distancing protocols to help wash off each other's faces.

27. I was not engaged in criminal behavior nor did I see other protestors engaged in criminal activities prior to the time the police started throwing flashbang grenades and tear gas into the crowd.

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Anne Kelson - 3

28. It is distressing to remember the moments in the lobby when I could not breathe, and the minutes after when so many innocent protestors struggled to wash the tear gas off.

29. I cannot forget the faces of the young people all around me in the lobby, gulping for air and washing tear gas out of their eyes.

30. I submitted a statement to the Oakland Police Commission on June 8, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 16, 2020, at Oakland, California.

Signed: _____
Anne Kelson

---

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of Anne Kelson - 5