| | |
|---|---|
| WALTER RILEY, SBN 95919<br>LAW OFFICE OF WALTER RILEY<br>1407 Webster Street, Suite 206<br>Oakland, CA 94612<br>Telephone: (510) 451-1422<br>Facsimile: (510) 451-0406<br>Email: walterriley@rrrandw.com | JAMES DOUGLAS BURCH, SBN 293645<br>National Lawyers Guild<br>558 Capp Street<br>San Francisco, CA 94110<br>Telephone: (415) 285-5067 x.104<br>Email: james_burch@nlgsf.org |

DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
JANE BRUNNER, SBN 135422
SONYA Z. MEHTA, SBN 294411
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
abweills@gmail.com;
janebrunner@hotmail.com;
sonyamehta@siegelyee.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

Attorneys for Plaintiffs
ANTI POLICE-TERROR PROJECT,
COMMUNITY READY CORPS,
AKIL RILEY, IAN McDONNELL, NICO
NADA, AZIZE NGO, and JENNIFER LI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI, on behalf of themselves and similarly situated individuals,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,<br><br>    Defendants. | Case No. 3:20-cv-03866-JCS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE AND FOR PRELIMINARY INJUNCTION** |

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Request for Judicial Notice ISO Plaintiffs' Application for a Temporary Restraining Order and/or Order to Show Cause for Preliminary Injunction - 1

1    Pursuant to Federal Rule of Evidence 201, plaintiffs hereby respectfully request that the
2    Court take judicial notice of official documents published on the City of Oakland website.
3    Publications from government entities such as the City of Oakland are "self-
4    authenticating" and "require no extrinsic evidence of authenticity." Fed. R. Evid. 902(5). "[T]he
5    court can take judicial notice of public records and government documents available from
6    reliable sources on the Internet, such as websites run by governmental agencies. *Gerritsen v.*
7    *Warner Bros. Entm't Inc.*, 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015) (internal citations,
8    quotations, and modifications omitted).
9    The record which plaintiff requests the Court take Judicial Notice of is available on the
10   City of Oakland website and a true and correct copy is attached as Exhibit A to the Declaration
11   of EmilyRose Johns, filed concurrently with this request.

Dated:  June 17, 2020                SIEGEL, YEE, BRUNNER & MEHTA

                                     By:  /s/EmilyRose Johns
                                          EmilyRose Johns

                                     Attorneys for Plaintiffs
                                     ANTI POLICE-TERROR PROJECT,
                                     COMMUNITY READY CORPS,
                                     AKIL RILEY, IAN McDONNELL, NICO NADA,
                                     AZIZE NGO, and JENNIFER LI