1  WALTER RILEY, SBN 95919
LAW OFFICE OF WALTER RILEY
2  1407 Webster Street, Suite 206
Oakland, CA  94612
3  Telephone: (510) 451-1422
Facsimile: (510) 451-0406
4  Email: walterriley@rrrandw.com

5
DAN SIEGEL, SBN 56400
6  ANNE BUTTERFIELD WEILLS, SBN 139845
JANE BRUNNER, SBN 135422
7  SONYA Z. MEHTA, SBN 294411
EMILYROSE JOHNS, SBN 294319
8  ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
9  475 14th Street, Suite 500
Oakland, California 94612
10  Telephone: (510) 839-1200
Facsimile: (510) 444-6698
11  Email: danmsiegel@gmail.com;
abweills@gmail.com;
12  janebrunner@hotmail.com;
13  sonyamehta@siegelyee.com;
emilyrose@siegelyee.com;
14  chankim@siegelyee.com

JAMES DOUGLAS BURCH, SBN 293645
National Lawyers Guild
558 Capp Street
San Francisco, CA  94110
Telephone: (415) 285-5067 x.104
Email: james_burch@nlgsf.org

Attorneys for Plaintiffs
ANTI POLICE-TERROR PROJECT,
COMMUNITY READY CORPS,
AKIL RILEY, IAN McDONNELL, NICO
NADA, AZIZE NGO, and JENNIFER LI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI, on behalf of themselves and similarly situated individuals,

Plaintiffs,

vs.

CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,

Defendants.

) Case No. 3:20-cv-03866-JCS
)
) DECLARATION OF EMILYROSE
) JOHNS IN SUPPORT OF PLAINTIFF'S
) REQUEST FOR JUDICIAL NOTICE

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Declaration of EmilyRose Johns - 1

I, EmilyRose Johns, hereby declare:

1.      I am an attorney licensed to practice in California and an associate at Siegel, Yee, Brunner & Mehta, attorneys of record for plaintiffs in this matter.

2.      This declaration is based upon my personal knowledge, and I am competent to testify with respect to the matters stated herein.

3.      Attached hereto as Exhibit A is a true and correct copy of the City of Oakland Police Commission Special Town Hall 6.8.20 Meeting Transcript that is also available for download at: https://www.oaklandca.gov/documents/police-commission-special-town-hall-6-8-20-meeting-transcript.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 17, 2020, at Oakland, California.


Signed: _EmilyRose Johns_____
        EmilyRose Johns

# Exhibit A



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Regina Jackson: | Great, welcome everyone to the Oakland Police Commission special meeting, we are sponsoring a town hall meeting to focus on Oakland police response, First Amendment rights, peaceful demonstrations, policies and procedures, and to provide a special opportunity for public testimony. The Oakland Police Commission's primary responsibility is accountability, but given the concerns and the challenges and the traumas of the last two weeks, starting with George Floyd's murder, and all the demonstrations across the country, quite a few commissioners and citizens reached out and said we needed to do something special, something unique. And we're hoping that tonight's town hall is in fact that, an opportunity to get information, education, share your feelings and your observations, and listen to some experts in the field as well. |
| Regina Jackson: | I want to start with a call to order for our commissioners, and the first one will be vice-chair Henry Gage. |
| Henry Gage, III: | Present. |
| Regina Jackson: | Thank you, Commissioner Harris? |
| Ginale Harris: | Present. |
| Regina Jackson: | Thank you, Commissioner Dorado? |
| Jose Dorado: | Presente. |
| Regina Jackson: | Thank you, Commissioner Anderson? |
| Tara Anderson: | Present. |
| Regina Jackson: | Thank you, Commissioner Smith? |
| Thomas Lloyd Smith: | Present. |
| Regina Jackson: | Thank you very much. And let's see. Alternate Commissioner Jordan? |
| David Jordan: | Present. |
| Regina Jackson: | Thank you very much. So according to my roster, we are missing commissioners Prather and Brown. |
| Juanito Rus: | Excuse me, Chair? I just promoted Commissioner Prather was on the attendee side of the barrier. |

1



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Regina Jackson: | Okay. Very good, Commissioner Prather? |
| Edwin Prather: | I'm here, thank you. And thank you, Mr. Ruse. |
| Regina Jackson: | Very good. Thank you so much. And then I believe that Commissioner Brown is going to be tardy. So with that, our roll call is complete. We can move forward. We've established a quorum. |
| Regina Jackson: | Excuse me. When we first got started, I suggested that this town hall was going to be hopefully something unique and a safe space for citizens to share their experiences, both good and bad, so that we can be better informed about some of the challenges that the commission will face as to whether or not to modify policies, create new ones. But the point is that we are here to listen. We have an exciting panel of presenters, all from Oakland. And I wanted to give the floor, what we're going to do is, each of the panelists are going to speak for four minutes a piece, and then we will open up to public testimony. Then we will hear from some subject matter experts. And then we will have an opportunity to ask more questions of Interim Police Chief Manheimer, and then the commission will decide what next steps they want to take after that. |
| Regina Jackson: | I am delighted to invite both Akil Riley and Xavier Brown to speak to us tonight. They were the organizers of the oh so successful youth March last Wednesday. And I can start with, Xavier if you'd like to give us an overview of your experiences and the processes that you went through and any recommendations that you might have for the police, for the city, what have you. Youth voices are very powerful and I especially love them because that is my work. So with that, I am going to unmute you, and you can address us all. Go ahead, young Xavier. |
| Xavier Brown: | Hi everyone. My name is Xavier Brown. I am a freshman at UCLA. I am going into my sophomore year, and I am an acting major there. I was one of the two lead organizers for the protest. It was actually last Monday, on June 1st. And I would say my experience and what led up to it is, Akil reached out to me and said, "I'm tired of seeing a police brutality turn into another hashtag." And I completely agreed. So he wanted to take action. And I was all there with him, and we began to plan. We made a flyer and we got help from all these different organizations and different people. And then the turnout was just phenomenal. And I think that the goals were completed, we wanted to give our community a voice. |
| Xavier Brown: | We wanted to disrupt the peace with our words. We wanted to stand in solidarity with George Floyd and his community, but we also wanted to make sure that the youth know that anyone can protest, that anyone can organize. In terms of going forward for the police, I think that one of the most important |

2



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

things is to defund the police. Now, I'm not saying to get rid of the police in whole, but if you look at how police systems are ran throughout the world, a lot of the time there aren't huge police systems. When the community has great education, great housing, great job programs, great recreational programs, for example, in Orenda, in Piedmont, police are not very heavily needed, because there's little to no crime. The reason why there's little to no crime is because the public school systems are phenomenal.

Xavier Brown:     The recreational programs phenomenal, the jobs, the housing, everything is just so much more of better, in terms of having benefits, compared to Oakland. And I think that if we take those funds and put it into these programs, then we can really build up our community and we won't need to have heavy police force. And I also just wanted to say, lastly, that I think it's absurd, how little training police officers really get. These are people that are walking our streets with weapons and they have the power to take lives from this world. How come they don't get at least two, three years of training? At least. This is an important job. I think it's absurd that they don't get the training that they should really receive. I'm not just talking about training. I'm talking about background checks as well, to really make sure that this person is fit. So I think that those are two good steps that we can take for the future. Thank you for your time. And I hope you guys hear me out. Thank you.

Regina Jackson:     Thank you very much, Xavier. We appreciate your suggestions. I'm sorry I got the demonstration wrong. It was Monday. I was there. It was incredible. And so thank you for being with us. I'd like to move forward to Akil Riley, who was the other important youth lead organizer, and hear from him. And certainly, if commissioners have any questions of the youth after Akil Riley speaks, you can pose them. Go ahead, Mr. Riley.

Akil Riley:     Hello? Can you guys hear me?

Regina Jackson:     Yes. We can hear you.

Akil Riley:     I want to start off by saying, rest in peace Erik Salgado, who was shot 40 times by CHP. They put 40 shots in him, and they hit the stomach of the lady who was with him, who was pregnant. Also, I was not aware that I would be having a place in this town hall, not contacted by anyone, only through a flyer, and also found out today. I feel that many people in positions of power, especially media and the police commission are trying to write off young organizers' energy and propel it into their own agenda. I don't care to talk about peaceful protests. I care to talk about the fact that people want accountability and acknowledgement of what OPD has been doing to peaceful protestors and the

3



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

|  |  |
|---|---|
|  | community for years. Protest held on June 1st. There were many protesters that were arrested, teargassed, and outright harassed because of a curfew. |
| Akil Riley: | However, the police did this to people before curfew had even started. And there's a lot of evidence to prove this. So police were just hungry that night. There are many problems with the Oakland Police Department, and using youth to better your narrative will not help. I don't care to work with police and the Police Commission, for issues that you should know about. What makes you all of a sudden want to know your opinions on bettering the problems that you created? The youth are more focused on, and that goes to any police that are listening right now, the youth are more focused on organizing, or I'm more focused on organizing to combat these issues and get real results, than trying to fix the problem from within. Oakland Police Unit need to be defunded immediately. How is it not a problem that police receive more funding than education in Oakland? The past three years OPD spent 47 more million on overtime, than it was in budget cuts. De-fund OPD. |
| Regina Jackson: | Thank you very much, Akil. I'm sorry that we didn't get to speak until today, but know that I did reach out. Thank you for your comments and we appreciate your perspectives. I'd like to move to our next panelist, Mr. John Jones III. I don't know if he is also in the queue. Mr. Ruse, do you know? |
| Juanito Rus: | Let me look. I have promoted him, he was. |
| Regina Jackson: | Okay. Terrific. Welcome, Mr. John Jones III. |
| John Jones III: | I would say good evening, but with so much going on in the world, good might not be the appropriate word for this moment. I do want to start off by acknowledging the words of Akil and Xavier. For me, and the work that I do in the community, it's so important to center the voices of the residents in our community, and specifically the voices of younger people, because they know firsthand the reality of the situation that we're here discussing right now. And by situation, I want to be clear, police brutality. With that being said, I do want to share something, I want to start with, for me in this time period, it has been, I can't even define the multitude of emotions I have been experiencing primarily, as someone who has experienced issues with police brutality. And it's something I've shared on numerous occasions, losing two childhood friends to OPD, being murdered. And seeing the repeated viewing of these video clips, I have to just name that it is triggering. |
| John Jones III: | And I hope folks understand the importance of mental health in this moment, because we are a full human beings, the lives of black people, and black men in particular, are not commodities. They leave behind family members and |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

children, et cetera, et cetera. I do want to share this thought. I was at the protest today. I just got back from there, that started [inaudible 00:16:15] in response to Erik, the young man who was murdered by Highway Patrol.

John Jones III:    And I do want to share that I am part of a cohort to where the members live next door. And because the bullets entered their residence, they had to secure a bed at a hotel room. Their child was sleeping in that room. So this is obviously a critical situation that needs to be resolved.

John Jones III:    Many people have different ideas. What is it we can do to end police brutality? And we've heard a full gamut of thoughts on this, whether it's reform, whether some people think that nothing is wrong, whether it is defund OPD. I want to share this perspective. I think back to 9/11, there's very few times in my lifetime, and I'm 46 years old, born and raised in East Oakland. There's probably only been two situations in my lifetime that I've seen something dramatically happen, that allowed everyone to feel that they were impacted by the issues. The first was 9/11. I remember vividly after 9/11, specifically the actions of the New York Police Department, as well as the New York Fire Department. There was this brief moment where there were many people who praised the heroic actions of both the police department and the fire department. And it seemed like hearing stories of there are enemies of America, as they were looking to enter our way of life.

John Jones III:    And I'm saying ours, because for those brief two, three weeks, it seemed like America was truly a unified country. And then strangely it seemed like it went back to business as usual. It's not lost on me that less than two years later, the Oakland Police Department was placed under federal oversight. The second circumstance is more recent, and this is with COVID-19. This is a pandemic that impacted the entire globe. And that is something that all of us were concerned about, in terms of contracting the virus as well as potentially passing it on. And this also included police officers. So it seemed like when we have these brief moments where folks can come together, that should be the time for folks to really dig deep, as far as it relates to solutions. But then when we're seeing the video of George Floyd, it opened a floodgate of emotions, that for me, is not just in response to George and to Breonna, and all the other folks who were murdered. But this is decades, and even centuries of trauma that we are seeing being unveiled. So for me, we have to start somewhere.

John Jones III:    And for me, I want to share this as someone that's formally incarcerated. And I can understand when Oakland Police Department, for example, feel like they are being permanently punished, as it were. Whether for them, I can't speak for them, but whether it's a matter of the actions of some officers, or whether it's a matter of actions that took place, 17 years ago, I want to offer this to the



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

Oakland Police Department. As someone that's formerly incarcerated, I can understand what it's like to be judged based on something that I've done in the past. But I want to be very clear on two points, as it relates to OPD.

John Jones III:    The first piece is, I was on parole. When you're on parole, you don't exercise the same rights and privileges as everyone else in society. For example, today, if you're over 21, you can smoke weed legally. If you're on parole, you can not do so. So my point is, I need OPD to understand that by being under federal oversight, you are essentially on police parole. So that means you don't have the same bandwidth as other law enforcement agencies. So, it's not enough to say, "We've done some progress." When you're on parole, there's no wiggle room whatsoever to violate, even being 10 minutes late to meeting with your parole officer would get you violated, and placed back into prison.

John Jones III:    As someone who love this community, as I know many of you do, Oakland to me, has to serve as both the [inaudible 00:20:19] and the model, for what it looks like to achieve compliance, we have to get from underneath federal oversight, because when we talk about policing, as Akil and Xavier alluded to, it's important to be cognizant. We're also talking about taxpayer dollars, at a time where our beloved city is besieged by the societal ills of homelessness, the lack of employment, mental health, et cetera, et cetera.

John Jones III:    The second thing I want to share this, I've heard that when people talk about community, and I know that OPD has been saying that they are a part of this community, they want to repair those relationships with this community. So, I will strongly advise the leadership within OPD to consider this piece, understand it fully, not just the impact of COVID-19 as it relates to contracting the disease, and for those who lost their lives to it, who succumbed to that disease, but also fully understanding the financial and economic impact, as it relates to our budget.

John Jones III:    The call will be for other departments to slash their fundings. I really believe, and I will strongly urge the Oakland Police Department to also volunteer to have your budget cut as well. I understand money, I understand salaries, budgets, and pensions. I understand that that might sound like a ridiculous notion, but we're not going to get to a place of improving the relationship, unless we get full buy-in from this police department. There has been a long history, and I want to remind folks that the issues with OPD goes all the way back to the founding of the Black Panther Party. So, I know there are some people who feel like that's unfair, but the reality is, as we say in the streets, we knew the job was dangerous when we took it. So I need OPD to understand this, when you chose to join the force, you did inherit this legacy.

6



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

John Jones III:    Whether that appears fair to you or not, but you're hearing it from people on this call, we're seeing the growing outrage in the streets. We cannot maintain the status quo. If we're going to get to a place to where we can have a working society, a healthy, viable community, every member within that community must play a role in making that happen. And for OPD, I think the call is clear. We can not maintain a system that disproportionately funds OPD. And this includes not only the budget, we're talking about overtime spending, we're talking about the amount of money spent on settling police brutality lawsuits, and the millions of dollars spent upon having a federal monitor. And as I close, as a reminder, when I was on parole, it didn't matter if I felt that I committed a crime or not. It didn't matter how much money was being spent monitoring me because there's money involved with this.

John Jones III:    We know today it costs more money to send someone to prison for a year, than it would to send that person to Harvard. But for me, the reason why I named being formally incarcerated, because for me, I have an explicit, inherent responsibility to give back to my community. So for me, it's not even a matter of choice. It's something that I do because I want to honor my responsibility. And it's something that I'm proud to do because I love this community. So we're past words. We need clear actions. Of the municipalities are doing so, you're seeing this in LA, we're seeing this in San Francisco, we're seeing this in Minneapolis. We cannot maintain the status quo. We need real viable change.

John Jones III:    And I want to thank you Chair Jackson and the police commissioner, for the wonderful work you are doing. I don't think a lot of folks understand that you are all volunteers, you're not getting paid to do this. You're giving back and spending so much of your time because you love this community. And you're deeply invested in it. And I really want folks in Oakland, on this note, to understand that as we're protesting, that is our First Amendment right. That is a form of freedom of speech, but we need to educate ourselves on this issues. This police commission could and should serve as an exemplary model for the rest of this nation, on how we can rectify and remedy these situations. Because absent of that, it would just become another moment, upon moments, upon moments, and the people whose lives were lost, and the families who were irreparably harmed, will never achieved justice. So thank you all very much.

Regina Jackson:    Just incredible, Mr. Jones. Thank you very, very much. Next on the panel is, she is dynamite. She is the president of the Akonadi Foundation. She is the president of the BART board of directors. She has been recently tapped by the governor to help advise on police accountability. And there are so many other things that she is. I'm proud to have Lateefah Simon on our panel tonight. Now, Mr. Ruse, I don't see her name, so you might have to promote her as well.



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Juanito Rus: | Let me see if I can find her. |
| Regina Jackson: | Thank you. |
| Juanito Rus: | She's been promoted. |
| Regina Jackson: | Terrific. Ms. Simon? |
| Lateefah Simon: | I'm here. How are you doing? |
| Regina Jackson: | Terrific, just fine, thank you. |
| Lateefah Simon: | I really going to keep it really short, because the words of the brothers who spoke before me, I just really want to use this opportunity to listen, but before... Actually let me stop, let me step back. It was a 1999 when we were in the streets, demanding justice for Aaron Williams in San Francisco. Aaron was killed, with no weapon and only a few short years later, I lost one of my best friends, Idriss Stelley, who was shot by the police, 33 times in the Metreon Theater. And we watched as his body was rolled out. He had a fingernail clipper, and it was mistaken for a knife, and he was in a mental health crisis. So in some ways today, I give these short comments really in honor of his mother, Misha. Shortly after Idriss's murder, we were in the streets again for the murder of Sheila Detoy. |
| Lateefah Simon: | Sheila Detoy was shot in her temple, by a police officer in San Francisco. And her boyfriend was driving the car, the district attorney at the time charged Sheila's boyfriend, Michael Negro, with her murder, using the provocative act theory as the premise for the charge. The vigor and the fury, and the clear strategy, that we see from the young men who led last week's march, and also their intolerance for the notion of reform. It reminds us of what Malcolm said. He said, "I don't have a chip on my shoulder. I have your foot in my neck." These young men, and I won't speak for them, they're speaking for themselves, but what it inspires me to think about after 25 years in the game, and making a decision to honor my place, and step out of the field, because there's more than credible leaders, and do this crazy work of beginning the second part of my life in government, to be able to not only tell these stories, but to vote the right way, and to do the right thing. |
| Lateefah Simon: | I think it's important for us to understand that the folks who led not only the movement for integration in this country or a free South Africa, but the folks like my aunt Amira, who was one of the founders of the start of the People Program, that fed babies in the Black Panther Party in Oakland, they were very clear that the humanization of the black body wasn't the goal. That's the least |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

that we should be fighting for. I think in this moment, our job is not to defend through the righteousness of the role of government in the lives of folks. It's to figure out how to get it right. The last two weeks have been a rallying call all over the globe for us to reimagine what public safety looks like. And any change in this country that has resulted in small rights where people of black skin, of disabled folks, of queer folks, and I can go on and on, of young people, really have come from an uprising that was uncomfortable to those who had decision making power.

Lateefah Simon:    I hope I'm not sanitizing any of the deep work that organizers have led in the streets. All I say is, for those of us, especially those of us who claimed movement in the past, and now we sit behind desks, I'm talking about myself, our job is not only to listen, but to use everything that we have to bring and center the power of folks who are really in charge of the moral now and the moral future, the ones who actually get to make this thing called democracy real. I'll close with, this young brother who said his, and I don't know you and I apologize, and I'm hoping we can build, but his job is not to help government and law enforcement get it right. He's exactly right. His job is to be free and to live in this promise of democracy, which has never, never, never, ever, ever been realized.

Lateefah Simon:    Because if you are a person with black skin in this country, regardless if it was a law enforcement person who raised their hand to the Bible, sworn to protect you, you had to look up at them. If you, I don't know who hasn't experienced this, especially in a town or Frisco, where I'm from, was raised half in Oakland, half in Frisco, have had your body thrown across a hot hood, or for young women who have had to be on our stomachs, looking up while the men, whether they be our fathers or uncles. And we knew as, as young children, that our humanity was challenged. So I'm not going to say that all hope is not lost. We've seen transformation, not only here, but in the rest of the world, but we have to figure out who's willing to play. Who's willing to deeply re-examine how we do work and how we keep us safe.

Lateefah Simon:    Thank you so much. I'm going to shut up and I'm going to listen for the rest of the time, because I have some notes to take. And I'm in a position now with a little bit of power and I need to be held accountable, as much as I talk this game, to be able to do the right thing. And I want to thank you for having me here.

Regina Jackson:    Thank you very much, Lateefah, wow. At this time I was going to have Deputy Chief Armstrong address some of the questions that we forwarded to him in advance, but I think it might make more sense to pivot to the public testimonies, and then come back to him because we may have even more questions. So, Mr. Ruse, I am going to turn it over to you. I want to thank all of

9



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

our speakers, everyone was incredible. And I'd like to hear from the public speakers now. So turning it over to you, Mr. Ruse, because we have more than 500 people listening tonight.

**Juanito Rus:** Thank you. Madame Chair. Prior to tonight's meeting, the commission received 48 public comments in written public comments. The names of the people who submitted those public comments, I'll read in a second. Those public comments will be entered into the public record as an appendix to the transcript of this meeting. And the names will also be included in the minutes for the record.

**Juanito Rus:** Names will also be included in the minutes for the record. The written public comments were received from Anne Spivack, Claire Wilkins, Delshani Perera, Emily Juno, Jade Rivera, Yohanna Romero, Max Chanowitz, Nina Haft, Penina Iberg-Schawarz, Rachel Gagnon, Sarah Walkin, Sam Mendez, Sein-Wing Jensen, Alex Hairland, Amber Turner, Anne Kelson, Brendan Page, Camille Rodriguez, Carolyn Chu, Charlie Edmond, Colin Swenson, Courtney Widdle, Danielle Gaito, Danielle Watts, Danny Karp, Denise Dixon, Emily Moldenhauer, Ezra Goldman, Gabriela Netter, Grace Harvey, Kala Heekin, Kenneth Webb, Luellanne Bear, Lorenzo Reinoso, Maria Zamudio, Myes Cisneros, Maehara Nori, Rena Oppenheimer, Rosa Novak, Serena Lim, Shana McFadden, Steven Rossi, Ashley Abraham, Ashwini Batu, Casey Chen, Darcy Noonan, Hannah's Zete and James Farber. At this time, if you wish to speak during this portion, please raise your hand in the zoom queue and I will unmute you. And for this portion of the meeting, members of the public will have two minutes.

**Juanito Rus:** I will share the clock so that you can see it if you are on the zoom meeting. The first hand in the queue is Ava Agree, and I apologize if I mispronounce your name. Hello, Ava, can you hear us?

**Ava Agree:** Yes. I can hear you. And I'm calling in to demand that you begin the process of abolishing the Oakland police department. I am a white accomplice calling in to lift up the voices of the anti-police terror project in their demands. Having done this for years and years, this is not new. You all know better, and you all should have done better by now to get these fucking guns off of our streets. The Oakland police department is a terrorist organization. They are killing black and brown people on a daily basis and you do nothing. And you sit here and you pretend that you're going to have another committee meeting.

**Ava Agree:** You're going to push this a little bit further and you need to start having real conversations about how you protect the people of Oakland, or you should resign from your position because your position is to keep the people safe and you're enabling their murderer. So I demand that you hold those people accountable. I demand that you begin by investigating killer cops, getting them

10



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

off the force and then dismantling the force that has allowed them, for so many years, to terrorize the communities you serve. So that is what you should be doing in this meeting. I am glad that there are 500 other accomplices and black and brown people from this city who have called in tonight to hold you accountable for your job, which is overseeing the police department. And you have not done that. You have not reigned them in. You have not assured that children can go to sleep safely in your city because you allow a murderous police department to continue to terrorize your community. So I demand now that you abolish that department. Thank you.

Regina Jackson:     Thank you very much.

Juanito Rus:     Thank you Ms. Agree. I will now lower your hand. The next speaker is Samuel Getachew.

Samuel Getachew:     Yes. Hello. My name is Samuel Getachew.  I'm 17 years old, and I recently graduated from Oakland technical high school, while I did not assist in the organizing of the March on Monday, I was present and I was also part of the crowd that was then teargassed by the Oakland police on eighth and Broadway well before curfew. The next day, the police chief and our mayor Libby Schaaff got up and gave a press release, filled with lies about what happened. They said that this protest was violent when it was completely peaceful. They said that people were throwing rocks and Molotov cocktails. When in reality, the only thing that has been proven to be thrown is one empty water bottle, and they lied and said that they gave multiple warnings before firing tear gas into a crowd in which they ensured that there were no elderly or children, both of these things are false.

Samuel Getachew:     I am 17 years old. Many of my friends are minors. We were also in that crowd and they also only gave us one warning before immediately firing tear gas. They also said that the crowd was completely separate from the peaceful March earlier that day and this is also false. The only reason I'm saying this is because I want this to be part of the public record. I want the Oakland police department to be defunded. I want it the immediate discontinuation of the use of tear gas by the Oakland police department entirely. And I want every single officer who was present to be suspended. I want the officer that gave the order to fire tear gas to be immediately fired. And I want an investigation into the Oakland police department into their use of chemical weapons that have been deemed inhumane by the United nations and their own failure to meet their own crowd control policy. When using tear gas on a crowd of peaceful protesters, community members, students, minors, might I add.

11



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

**Samuel Getachew:** And I want the abolition and the defunding of the Oakland police department to begin now I stand with anti-police terror project. And as an additional note, I want the Oakland school police department to be eliminated entirely as well. Thank you.

**Regina Jackson:** Thank you.

**Juanito Rus:** Thank you, Mr. [inaudible 00:39:25] The next name I see in the queue is for Nadia Goldberg. Hello, Ms. Goldberg, can you hear us?

**Nadia Goldberg:** Hello? Can you hear me? Hi, my name's Nadia and I'm 16 years old. I would like to first thank everyone who spoke today for your truly powerful words. I've really appreciated listening to that. As a white person, I stand with the black and brown communities who are targets of police brutality. The police are supposed to keep people safe and they've done the opposite. I could say that the system is broken, but the system from its creation was designed to do exactly this, oppress black bodies. This is not just a few bad officers. This is not a new problem. This is a deep structural issue rooted in white supremacy. The lack of accountability in the police department, the racist culture and the use of violence and military weapons are unacceptable. We are asking this commission to hold the police accountable. And as your policies required to include the community in decisions that affect us, we need to defund the police department. The solution to our problems is not dominating, arresting, imprisoning and killing members of the community, which is what the police are doing. Now. We need to work together to build a safe and healthy and thriving city for everyone. Thank you.

**Regina Jackson:** Thank you very much.

**Juanito Rus:** Thank you, Ms. Goldberg, I will now lower your hand. The next speaker I have in the queue is Katerina Gaines. Hello? Ms. Gaines Can you hear us?

**Katerina Gaines:** Yeah. Can you hear me?

**Juanito Rus:** We can hear you. You have two minutes whenever you're ready.

**Katerina Gaines:** Thank you. Hi, my name is Catarina Gaines and I'm 15 years old. I do not personally live in Oakland, but I have family and close friends who live in Oakland. And I'm calling today to ask that you defend the Oakland PD because about half of Oakland's budget is given to the police, which is not fair. Considering the lack of funding given to education, clean water, healthcare services, and more essential things to everyday life. We live in a capitalist nation and money is power. Why it, that our doctors and nurses aren't given

12



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

protection, I guess a deadly virus, but our police force has no problem acquiring unnecessary weapons that have been used on countless occasions to hurt and murder people, especially black people and people of color.

| | |
|---|---|
| Katerina Gaines: | Why are you allowing your police officers to perpetuate racism in the justice system? On Saturday night, Eric Selgato was shot fatally in Oakland by highway patrol and had a pregnant girlfriend with him who was shot in the stomach. How many more police officers will you allow to murder people before a change is made? I am asking that you hold police officers accountable for their actions just as you would hold any other citizens accountable for their actions. No one should be above the law. Please defund the police and start putting more funding to healthcare education and other human rights. We have seen on countless occasions that the police perpetuate racist laws and participate in unjust brutality. Please stop giving them the power to murder, harass, and assault people of color. This is all in your power to stop this. Please use your power to defund and hold the police officers accountable for their actions just as you would hold any other citizen accountable for theirs. Thank you for your time today, please defund and please hold police officers accountable. |
| Regina Jackson: | Thank you. |
| Juanito Rus: | Thank you, Ms. Gains. I will now lower your hand. The next speaker I have in the queue is Will Skinner. Hello? Mr. Skinner, can you hear us? |
| Will Skinner: | I can hear you, yes. |
| Juanito Rus: | Sorry. You're on. You have two minutes whenever you're ready. |
| Will Skinner: | Thank you so much. Years ago, I would have said that reform was a viable option for the Oakland PD. We have tried for decades, minor improvements to adjust laws on use of force, to adjust rules of engagement. And the Oakland police department have walked straight through those reforms and continued to terrorize the community year after year. The simple answer is that they have shown that they are unwilling to change. And when a group of people is unwilling to change, they must be replaced. We are at a point in history where there is simply no other option than to defund and abolish the Oakland police department and replace it with community oriented safety. There is no need in this community for the kind of highly militarized police that has done far more harm than good over its entire period of existence. The alternatives are known and they exist. Mental health response teams can care for our citizens, education and social services can prevent problems from happening and community response can protect those in situations of violence. The police have failed at all of these jobs and so they must be removed immediately. Thank you. |

13



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Regina Jackson: | Thank you. |
| Juanito Rus: | Thank you. I will lower your hand. The next speaker we have in the queue is David Nutt. Hello, David Nutt. Can you hear us? |
| David Nutt: | Hello? Can you hear me? |
| Juanito Rus: | We can hear you. Sounds like you have a bit of an echo though. |
| David Nutt: | Thank you. I'm a teacher in Oakland. I teach second grade and I'm calling in for my students. I'm calling in because my students do not live in a city that is safe for them. They live in a city where every day they are in danger from the Oakland police. They're in danger by the people who are sworn to keep them safe. But in reality, do the opposite. I just came from a March in East Oakland, near my school for Eric Silvio, Salgato, excuse me. A young man who was killed by the Oakland police next to his pregnant girlfriend. And my students deserve a place where they can be safe, a place where their city shows that they care about them, a place where their city provides them with the care that they need, not the killer cops that they currently have. We know what it takes to raise a safe community and to raise safe children. And that's not what we're providing. Thank you for your time. And I yield the rest of my time. |
| Regina Jackson: | Thank you. |
| Juanito Rus: | Thank you Mr. Nutt. I will lower your hand. And the next speaker we have in the queue is Natalie. Cerullo. Hello? Can you hear us, Natalie? |
| Natalie Cerullo: | Hello. Yes. I can hear you. |
| Juanito Rus: | You have two minutes whenever you're ready. |
| Natalie Cerullo: | Thank you. All right. Ah, fuck OPD. Defund the police. Abolish ICE. Susan Manheimer and Libby Schaaff have lied about the presence of molatovs in protests on Monday, June 1st, and also claimed that no minors were present. When we, as a peaceful protest were gassed ahead of curfew. This record needs to be set straight. I saw police gas a crowd full of teams and senior citizens without any prior warning. Protestors warned each other that they saw the police putting gas masks on. There was no warning that we had been deemed an unlawful protest until after multiple gas and grenade rounds had been deployed. During the arrest later at 14th and Broadway, an officer jumped over myself and rows of kneeling protesters to brutalize a black man with his arms up. I heard officer Gonzalez tell others to quote, find something to cite them |

14



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

with when cops couldn't remember the citation code and saw him and other police drag a Chicano girl from her knees onto her face from kneeling without cause. No one there was mirandized.

**Natalie Cerullo:** One officer who needed a Sharpie said, wow, you're more organized than I am at finding a Sharpie in a detainees backpack. Yes, unaffiliated peaceful protesters are more organized than armed bullies. We need to defund the police immediately. Additionally, people that I've seen not wearing masks during these protests have been the police. Y'all are sucking up civic funds that our healthcare workers desperately need in a time of pandemic. And you won't even wear masks when you were asked directly by the people that you were allegedly here to protect. I second, Samuel Guettachecks demands and would also request that body cam footage of the curfew risk be reviewed and be made available. Thank you.

**Juanito Rus:** Thank you, Natalie. I will now lower your hand. The next speaker I have in the queue is Holly Wilson. Hello Holly Wilson. Can you hear us? Hello Holly Wilson? Holly Wilson? Okay. I will lower your hand if you would like to talk, you can raise it again. The next speaker I am showing in the queue is Eden Foley. Hello? Eden Foley, can you hear us?

**Eden Foley:** Yes. Hello.

**Juanito Rus:** You have two minutes whenever you're ready.

**Eden Foley:** All right. My name is Eden. I'm a socialist active with the group, Speak Out Now, which was one of the groups that helped organize the protest Monday. I want to say that I stand with Akeel statement. Our power comes from the streets. It comes from being the people who make this society run. It comes from being the people who can stop it from running. I agree with Akeel, that if we want to see things change, we have to depend on ourselves and each other, not the people that want to use us, use our movements for their political agendas or stop or quiet us with empty promises and phrases. It isn't only the police that are violent. They're just the violent enforcers of a system that under funds and destroys our schools, that poisons our water, and uses racism to try to divide us from rising up against it.

**Eden Foley:** The police are a problem because they are the enforcers of capitalism. They murder black people without provocation and have for centuries. Their origin in this country was as a slave catching institution because they exist to protect private property and keep working in poor people down. They come out to arrest looters and big businesses, but to defend the looting of black communities and the looting of poor and working communities around the

15



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

|  |  |
|---|---|
|  | world. I'm not here to ask anything of the city officials. You've proven yourselves incapable and uninterested in truly changing the system, Akeel, Xavier, and others taking part in this movement, we are the people we have been waiting for. If you want to get involved, let me know. And I put my email up there to contact me. Thank you. |
| Regina Jackson: | Thank you. |
| Juanito Rus: | Thank you. I will lower your hand. The next speaker I'm showing in the queue is a phone-in listener with the extension 0501. Hello extension 0501, can you hear us? |
| Gene Hazzard: | Yes. This is Gene Hazzard. |
| Juanito Rus: | Good evening Mr. Hazard. Two minutes, whenever you're ready. |
| Gene Hazzard: | Thank you. A number of years ago I was a victim of police abuse, excessive abuse. I want to encourage Akeel and Xavier and every other person who's 18 years of age and older, to look at running for elective office. Cause its our legislators who is sitting there that are looking the other way. We have available in districts one, three, five, and seven. Rise up like you're rising up now in this protest. And I wanted to admonish Noah Gile who always tries to be a champion of our youth. He has to remain totally silent with the abuse by the police in this situation. You haven't heard anything at all from him. And the commission, you should look at what mountain view has done to ban the choke hold. I don't believe in defunding the police, and the overtime take it away. But what I am supportive of is removing the weaponry from the police department. Black folks are terminally victims of police brutality. And I like to probably correct Akeel, it's more veterans officers. It's not excusing the young officers, who are the criminals that are shooting unarmed black folks and hispanics. |
| Juanito Rus: | Thank you, Mr. Hazard. Your two minutes are up. I will lower your hand. The next speaker I have in the queue, is Chandini Gaur excuse me if I mispronounce your name. Hello. |
| Chandini Gaur: | Hi. |
| Juanito Rus: | Can you hear us? |
| Chandini Gaur: | Yeah, can you hear me? |
| Juanito Rus: | We can hear you. You have two minutes whenever you're ready. |

16



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Chandini Gaur: | Hi, my name is Sean Deanigar, and I am a resident of Oakland. I just moved here and I just bought a condo and I pay property taxes, and I want to defund the Oakland police. You guys spent $330 million, which is about 20% of the city budget on this department. Meanwhile, you only spent $49 million on community and housing. They had a decrease of 29% in funding over the last school year. I want to ask all of the commissioners, how do you feel knowing that none of your residents feel safely protected by the Oakland police? We're in a pandemic and they're using tear gas, which directly affects the respiratory system. UCSF physicians have demanded that police stop using tear gas and rubber bullets. How do you guys feel about that? I thought that Oakland city council was here to protect citizens, but in reality, they're harming them. Fuck the police. I yield my time. |
| Juanito Rus: | Thank you. I will lower your hand. The next speaker I am showing in the queue, I appear to have lost a speaker, Earl Johnson. If you had your hand raised, Earl Johnson, please raise it again. And I will call on you. It appears we've lost that speaker. The next speaker I have in the queue is Deidre Conerly. Hello? Deidre Connolly, can you hear us? |
| Daijah Conerly: | Hi. Yes, Daijah. |
| Juanito Rus: | Dejah, sorry. Two minutes. Whenever you're ready. |
| Daijah Conerly: | Okay. So I'm a senior. I go to school in Berkeley, but I am a resident of Oakland. And I would just like to say, I hope that we can get an official followup of this meeting and how the demands are going so that we know that it's just not going in the trash or in one ear and out the other. A lot of the stuff has already been said, but I also find it crazy that 45% of Oakland's funding goes to the police department, but not as much goes towards education. I feel like a lot of the funding should be put towards people and investing in the youth rather than the people who have continuously been proved to do the community and the members of the community wrong. We as youth and civilians are often expected to react calmly when rubber bullets are being fired at us or tear gas is being fired our way, but police are okay to act on impulse and often get away with it. |
| Daijah Conerly: | These police need to be held accountable, and everybody needs to realize that just because you may have a high position in Congress or anything like that, these high positions do not get to ruin our communities, and plague our communities with these policies that this country was built on. It's just really frustrating. And I see a lot of people getting kind of worked up about it and it is something to get worked up about. A lot of the stuff has already been said, as I've said before, but on social media, something went viral about police |

17



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

|  |  |
|---|---|
| | kneeling, but we need legislation and policies and a complete reform of the justice system. And I just hope that in the future, we can have a followup about what some of our representatives are doing and what we can do in the future to progress rather than keeping the same cycle of institutionalized and systematic oppression happening. Thank you. I yield my time. |
| Juanito Rus: | Thank you. I will lower your hand. The next speaker I'm showing in the queue is Ariana Castellanos. Hello? Ariana Castellanos? Can you hear us? |
| Ariana Castellanos: | Yes, I can hear you. Can you hear me? |
| Juanito Rus: | We can hear you. You have two minutes whenever you're ready. |
| Ariana Castellanos: | Okay, great. Thank you so much. My name is Ariana Castellanos, and I'm a therapist who has for six years, provided mental health services to residents of Oakland with low income. On the night of June 1st, OPD sprayed protesters with tear gas. Deployed before the 8:00 PM curfew, which had only been put in effect that afternoon, a peaceful protest planned by youth organizers, which grew to the thousands. On June 3rd, a peaceful protest of several thousands gathered again after 8:00 PM to protest curfew and peacefully disbanded, as OPD stayed to protect their building. These events demonstrate the direct impact to police presence has in escalating peaceful protests and more over highlights the serious issues related to discernment and accountability from OPD. I understand the events from the previous weekend left energies high and on edge. It speaks to the complex nature of Oakland's needs and the police department's inability to understand the nuanced relationships, dynamics, and approaches to serve unmet needs of the community tear gas has shown to cause miscarriages and stillbirths. |
| Ariana Castellanos: | And we're in the midst of a pandemic, which is a disease that targets the respiratory system. Not only was it wildly irresponsible for OPD to deploy tear gas, it was outright violent and a serious public health threat. Public health officials have urged police to stop using tear gas as it induces coughing and touching the face at the very least. Deploying tear gas on a crowd of protestors organized by youth. Given these conditions sheds light on the glaring, inability of OPD to rise to the occasion and lead other departments. And logically leads us to the action of redirecting funds effective immediately. I'm 24 years old and I'm a therapist with a master's in social work. Eric Salgato was 23 years old and on Saturday he was murdered with 40 rounds shot by California highway patrol on our streets of Oakland. It is young people organizing. Young people signing up to provide mental health and social support. It is young people being killed by police. Currently $318 million is allocated to OPD. We demand a decrease by at least 50% and to redirect those to human services, I yield my time. |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

**Juanito Rus:** Thank you. I will lower your hand. The next speaker I'm showing in the queue is Rabiah Keeble. Hello, Rabiah. Can you hear us?

**Rabiah Keeble:** Can you hear me?

**Juanito Rus:** We can hear you.

**Rabiah Keeble:** Great. Thank you.

**Juanito Rus:** You have two minutes whenever you're ready.

**Rabiah Keeble:** Great. So what I'd like to say is this. For 400 years, the killing of black, brown and red people in this nation has been a common. They have been victims of systemic violence perpetrated by PDs all over this nation. We've tried reform and apparently reform does not work. And yet we see again and again, the same problems arise. We see an increase in militarization of police forces. We see an increase in the loss of human life. I believe we need to create a new and innovative way of policing. One that does not include a use of lethal force as a first choice. This is Oakland's opportunity to lead, to show the rest of the nation, how it's done. Through the collaboration and leadership of the youth and of other citizens of this city. We can do this. I have every faith that this can be done.

**Rabiah Keeble:** Additionally, I would like to encourage better training in the short term, until all of this is sorted out, on the use of firearms in nonthreatening situations. I consider rubber bullets, tear gas to be lethal weapons, and I believe they should be banned. They shouldn't be used on people and peaceful protests, which is a first amendment right. I would encourage everyone listening to do more than talk, get out and vote. Our vote means a lot. And I think that when we have the right people in place, we'll get the right results. I'm going to yield the rest of my time. Thank you all very much.

**Juanito Rus:** Thank you. I will lower your hand. The next person I'm showing in the queue is, my apologies, Michael Cooper. Hello, Mr. Cooper, can you hear us?

**Michael Cooper:** Hello. Yes. Thank you.

**Juanito Rus:** You have two minutes whenever you're ready, sir.

**Michael Cooper:** Okay. Hello. My name is Mike Cooper. I want to start by acknowledging the countless lives lost prior to in between George Floyd and Eric Salgato. I would like to state for the record that my views do not necessarily reflect those of

19



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

anyone but myself. I am a disabled, full time student, an independent journalist credentialed through the CFAPA, the president of the ACE resource network and the new president elect of the associated students of merit college. On Friday evening, May 29th, I went down to document the demonstration and report the positive side of things in solidarity with other reasonable or with other responsible demonstrators who made up the main body of the person. I ended up joining to peacefully March and chant, along with the others. After a great many officers refused to answer where the press line was being drawn and where journalists were expected to retreat to. It was just before 10:15, when our westward marched down.

**Michael Cooper:** It was just before 10:15, when our westward march down 14th street turned North on Clay street. At the end of the next block, police had set up a blockade, about three or four minutes later, the group began to proceed marching down the street towards the officers with the simple goal of continuing their march.

**Michael Cooper:** As we marched forward, the vast majority of the group held their hands up and chanted "Hands up, don't shoot" loud and clear to display their peaceful intent to authorities. One minute into chanting "Hands up, don't shoot" ordinances were fired upon us exploding on the ground and in the air overhead releasing tear gas on us, which was far from the first time as they had fired upon marches around an hour ago to prevent their march forward several blocks away.

**Michael Cooper:** Well, I acknowledge that a great many uncivil things occurred that night, they were outsiders that tailed the group, not the demonstrators themselves. The main body and in the place in time I described was clearly peaceful and putting forth a great deal of effort to make that obvious.

**Juanito Rus:** Thank you Mr. Cooper, your two minutes are up.

**Michael Cooper:** Thank you.

**Juanito Rus:** I will lower your hand. My apologies, I appear to have trapped Esther Kong. Esther, if you could again raise your hand in the queue. Esther, can you hear us?

**Esther Kong:** Hello?

**Juanito Rus:** Hello. You have two minutes whenever you're ready.

**Esther Kong:** Thank you. My name is Esther Kong. I'm an Oakland resident born and raised in the East Bay. I'm an environmental science student at Merit College. I'm currently recovering from a severe knee injury that kept me bedridden from



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

|  |  |
|---|---|
|  | March to April. So I cannot walk or stand for long periods of time, and I certainly cannot run. I was at the protest last Monday, wearing shorts and a knee brace and using a cane. So it's a very visible injury I'm recovering from. |
| Esther Kong: | I did not hear any warning from Oakland PD whatsoever. If I had heard a clear warning and been given a choice or a chance to move away, I would have left. If I had felt threatened at all by the stationary crowd, which included teenage children, I would have moved away. Instead, I was engulfed in tear gas, disoriented, losing my vision and hit by pieces of flash bang grenades. |
| Esther Kong: | Everyone was scared running for their lives and yet not a single person pushed or trampled me. Not only that, multiple people saw me trying to get away. Even in their own fear they recognize that someone needed help. People kept themselves in harm's way in order to help me get to safety. Shame on Libby Shaaf, shame on Susan Manheimer, shame on LeRonne Armstrong, shame on Oakland PD, shame on Oakland City Council for investing such a large portion of the city's budget on Oakland PD instead of Oakland people. |
| Esther Kong: | Shame on the city of Oakland, shame on us for giving you that power. There is an entire generation of people who are about to become voters. We've heard the words of these young leaders tonight. They are engaged, they know their rights. On top of that, they know what is right and they are watching you. You're about to lose your job. |
| Esther Kong: | Additionally, I second Daisha Connerly. Show us your receipts. Let us have a followup. Thank you, I cede my time. |
| Juanito Rus: | Thank you. I will lower your hand. The next speaker I am showing in the queue is Vladmir Jornitski. Hello, Vladmir can you hear us? |
| Vladimir Tornitski: | Hi, can you hear me? |
| Juanito Rus: | We can hear you. You have two minutes whenever you're ready. |
| Vladimir Tornitski: | Excellent. Thanks. My name is Vladimir Tonitski. I'm a resident of District 3. I want to first echo what others have said and then offer my own perspective on events on the ground here in Oakland over the last week. I think we all know that the selectively enforced show force of the short-lived curfew was a fiasco, and the use of tear gas during a respiratory disease pandemic was a predictable, but shameful travesty on the part of OPD. |

21



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Vladimir Tornitski: | I won't go into detail about the events after the student march, but before curfew on Monday 1st other than to echo and affirm what other commenters have mentioned. Throughout last weekend, I was left with the impression that OPD in collaboration with a number of other police forces on loan from around the Bay and CHP, who wanted to show force in a very narrowly conceived downtown corridor and around HQ at Seventh and Broadway. |
| Vladimir Tornitski: | While to my mind intentionally neglecting its ostensible duty of providing order in the city in order to score political points. In fact, on Sunday's protest, a police Lieutenant whose name, unfortunately I did not get was speaking to protesters at Eighth and Clay admitted as much in my presence when he said, "We want to be out in East Oakland stopping fires, but you're keeping us here instead." |
| Vladimir Tornitski: | To me, these are not the words and actions of a municipal service that's beholden to and coincident with public interest, but have a gang that acts strategically to protect its geographic and political turf with a combination of overwhelming force, and invading citizens via protection racket. |
| Vladimir Tornitski: | Finally, I'd like to urge any other public speakers on the call to make your voices heard once again on tomorrow's city council meeting, to affirm the text of a ballot measure, to clarify the ability of this commission to provide civilian oversight of OPD. There are multiple possible versions that can be adopted, to my view it's extremely important that the city attorney and counsel not torpedo the measure or insert poison pills, but strengthen and expand the commissions and our ability to provide oversight. |
| Vladimir Tornitski: | If we're serious at all about calls to restrict police power, it has to start with some semblance of accountability, which this commission can only with power behind it to countervail the power of the police. Thanks for listening. |
| Juanito Rus: | Thank you. Your time is up. I will lower your hand. The next speaker I'm showing in the queue is David Long. |
| David Long: | Hi. |
| Juanito Rus: | Hello. We can hear you. You have two minutes whenever you're ready. |
| David Long: | Thank you. First. I'd like to say thank you to Keelan Savior for your leadership this past week. I really appreciate what you're doing, and I'd like to echo the sentiment of many of the speakers before me. I think that defunding the Oakland Police Department is an appropriate route forward for the city. |

22



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

David Long: We can reallocate funds to city services that strengthen our communities instead of selectively policing our black and Brown residents and neighbors. The UF led protests, I think have given me a lot of hope for the city going forward. I am also heartened by the show of support here on this call for those voices. Let's continue this marching and I urge this commission to heed the calls we've heard today to defund the Oakland Police Department. That's all, I cede my time.

Juanito Rus: Thank you. I will lower your hand. [inaudible 01:13:30] and the next speaker I'm showing in the queue is a phone in with the extension 2190. Hello, extension 2190, can you hear us?

Joyce Wong: Yes. I can hear you.

Juanito Rus: You have two minutes-

Joyce Wong: Can you hear me?

Juanito Rus: Whenever you're ready. We can hear you.

Joyce Wong: My name is Joyce Wong. I'm a social worker in the city of Oakland, specifically working with homeless, senior citizens. And I am one of the last people in my agency, who's working on the front lines in meeting homeless seniors on the streets or in their temporary hotel rooms or housing.

Joyce Wong: I witnessed the terror of my seniors every day and as an indigenous and Jewish person, like the police terror, that's inflicted on black bodies in Oakland and around the world is unacceptable. No city should be proud of how many people are living in a tent. And 45% of their budget is spent on police who cannot even abide by basic human rights and human decency.

Joyce Wong: I woke up this morning after weeks of protest and flash bang grenades going off sometimes late into the night. I'm talking to my coworker, a black man living in Oakland about how terrifying it is to seal the tear gas that's wafting down for the breeze, watching young men and women, literally being shoved and pushed and slammed and broken, and gassed over and over again.

Joyce Wong: And knowing I can't go help them. I can't work as a medic. I can't work as a social worker because if I do, I expose all of the seniors that I'm working for right now. I'm the last social worker working. I feel terrified of the police. My clients feel terrified of the police. I have had maybe one police interaction in my entire

23



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

|  |  |
|---|---|
|  | life that didn't go completely sideways, and make me feel afraid or threatened or purposely intimidated over absolutely nothing. |
| Joyce Wong: | It is not acceptable. Black people are human beings. They have rights and privileges just like the rest of us except that we don't seem to see that. |
| Juanito Rus: | Thank you. Your time is up. I will lower your hand in the queue. The next speaker I'm showing in the queue is Ashley Greenwood. Hello, Ashley Greenwood. Can you hear us? |
| Ashley Greenwood: | Hello. I just wanted to start by saying Black Lives Matter. And I wanted to share my account of what happened on Sunday, May 31st at the intersection of 14th and Broadway at approximately 5:46 PM. A friend and I had been participating in the caravan for justice that was occurring around like Marin and downtown area for about an hour. |
| Ashley Greenwood: | When we decided to head to Latham Square to take a break. Up the block at 14th and Broadway, we could see that the caravan was still taking place and there were a number of people gathering on the sidewalk and in the intersection to show support. Around the same time, I noticed the police SUV vehicle parked at the corner of 16th and Telegraph watching the demonstrations up ahead. |
| Ashley Greenwood: | It was not there when we had first sat down, all of a sudden for no reason that I could just turn from my vantage point of about a block away, the police car peeled around the corner, going at least 40 miles an hour. Behind that three to four SUVs followed all speeding towards the intersection, around the same time there were loud bangs. |
| Ashley Greenwood: | And I first thought there were fireworks. White smoke started to rise from the intersection. I believe I heard three bangs from about a block away. I stood watching and all of a sudden the air started to smell spicy and my nostrils and eyes began to burn. It was then I realized that the police had fired pepper spray or some type of chemical weapon into the crowd. And there absolutely no cause for this, this protest was extremely peaceful. |
| Ashley Greenwood: | It followed the guidelines of distancing as outlined by the County. I mean, if the Oakland PD are going to have a temper tantrum over a car caravan, I can only imagine what they do when the situation of people's lives are on the line, especially our black and brown citizens. This is absolutely outrageous, and I really demand that the demilitarization of the Oakland PD begin now. Starting with getting rid of use of chemical weapons on our citizens. Thank you. |

24



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Juanito Rus: | Thank you. I will now lower your hand. The next speaker I'm showing in the queue is Sean Lee. Hello, Sean Lee. Can you hear us? |
| Sean Lee: | Yes. Can you hear me? |
| Juanito Rus: | We can hear you. You have two minutes whenever you're ready. |
| Sean Lee: | Thank you. Madam chair commissioners, I thank you for all your work and your service to the community. My name is Sean Lee. I've lived in District 1 all my life and graduated from high school in 2012. I couldn't be there with my friends at Oakland Tech on Monday, I watched with [inaudible 01:19:06] as the OPD used tear gas and rubber bullets against peaceful student demonstrators on Monday. |
| Sean Lee: | Then with an increasing sense of dismay as the mayor and department and the press conference filled with ... Gave a press conference filled with readily demonstrable lies. They violated their policies, the law and their oath to the constitution. I call on the commission to adopt the policy for the immediate session and decommissioning of OPD's entire supply of chemical weapons, rubber bullets, and flash bang grenades, including tear gas and pepper spray. |
| Sean Lee: | While in principle, these can be used in a manner consistent with the constitution guarantees of life and free assembly, according to law, the department and the administration have demonstrated that they are unworthy of this trust. The commission must investigate not only the officers who fired tear gas and gave the order to fire tear gas on Monday, they must also investigate every person in the chain of command from the frontline to the spokesperson who stood behind Libby Schaaf at that press conference. |
| Sean Lee: | If they are found to have lied to their superior officers or the public about the use of force, they too must be dismissed. If they ever test about fire against anyone in court, again for record of this indiscipline must be sent by this commission to the court as evidence of their lack of candor. |
| Sean Lee: | I would also have the commission put together a plan for defunding the department before the council if the department will not do it for themselves. Oakland can be better, Oakland must be better. I get my time. |
| Juanito Rus: | Thank you. I will lower your hand. The next speaker I'm showing in the queue is Michael Tigges. Hello, Mr. Tigges, can you hear us? |
| Michael Tigges: | I can, thank you. To the chair and all the members of the police commission, I'm one of your allies, an old white guy who unfortunately because of broken hip, |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

|  |  |
|---|---|
|  | couldn't be on the streets. But I will be on in the city council chamber tomorrow to back the coalition for police accountability and the commission's rewrite of the total mess that has been this ballot measure. |
| Michael Tigges: | Now I live in a part of Oakland that was never part of any of the demonstrations Montclair. And yet over the last several days, because everybody ... Because of the command brought everybody out of the neighborhoods ... Montclair opened to the looters and the looters took advantage of it. And there are at least seven or eight businesses in Montclair village that were looted. |
| Michael Tigges: | Finally, looking forward ... Since defunding the police is a pipe dream unfortunately, one of the things I want you to consider is when you get the authority to look at other policies is to look at the role of training officers. Remember Chauvin, the murderer in Minneapolis, where I grew up [inaudible 01:22:28] was a training officer and two of his rookies were forced to be part of the crime that was committed. |
| Michael Tigges: | So I would suggest rewriting our policy so that any training officer who has sustained complaints against them, either through ID ... I'm sorry, IID or Cipro, be unable to be a training officer and be dismissed. That way the culture will change, no other way. Thank you. |
| Juanito Rus: | Thank you, Mr. Tigges. I will lower your hand. Next speaker we have in the queue is Adoli Amana Tego, and excuse me if I mispronounce your name. Can you hear us? |
| Adelai Amatego: | Hi. Are you able to hear me? |
| Juanito Rus: | We can hear you. |
| Adelai Amatego: | Hi, my name is Adelai Amatego and I want to say that defunding the police is not a pipe dream. I'm a first generation American. My parents are from Ghana. They moved to America so that we could have a better life. They moved to America in the 1980s, immediately following famine and revolution that changed the landscape of the country that we are from. |
| Adelai Amatego: | Revolution is possible, change is possible and the advantage that our elected officials have here today is making that change happen by defunding the police. We need to defund the police. We have an opportunity to make a new society, and people whose lives have been fine, quite frankly are complacent. People whose lives have been fine think that it's a pipe dream to defund the police. We can create a better response system. |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Adelai Amatego: | We can create jobs that help people who have mental illness, that help people have economic equality, and that ultimately repair the devastation that capitalism has had on this country. And specifically on this stolen land. I cede the rest of my time. Thank you. |
| Juanito Rus: | Thank you. I will lower your hand. The next speaker I have in the queue is a phone in participant with the extension 0941. Hello, extension 0941- |
| Unknown Speaker: | Hi. |
| Juanito Rus: | Can you hear us okay? |
| Unknown Speaker: | Yes. Hello. Can you hear me? |
| Juanito Rus: | We can hear you. You have two minutes whenever you're ready. |
| Unknown Speaker: | I would first like to second the words of the anti-police terror project at the beginning of this call, the second, whether or not interim police chief Manheimer thinks that the tactics that were used on Monday were judicially used or whatever, I urge the commission to ban the use of tear gas and the use of rubber bullets and revise, whatever policy you have that allows the use of chemical weapons and militarized weapons against peaceful protesters. |
| Unknown Speaker: | It is apparent that that is even allowed. Additionally, I would like to request the defunding of the Oakland Police Department, including the highway patrol that was involved in the murder and killing of Eric Salgado. I would also like the firing of Sergeant Patrick Gonzalez, who has a history of violence and is still part of the police department. |
| Unknown Speaker: | We need to do better. The fact that we're allowing these people to stay in the police department is a clear signal of the problem inherent in our system. How do we allow this? We are essentially ... By allowing the police department to continue in this way, we are perpetrating systems of inequality that specifically target black and brown people. |
| Unknown Speaker: | We are upholding white supremacy, whether or not you'd like to think that or not, but the police department is a legacy and a hold over from slavery. We need to do better, and whether or not you think it's a pipe dream. I mean, come on, have you not seen what [inaudible 01:26:52] in New Jersey has done and how crime rates have gone down? |

27



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Unknown Speaker: | It is not a pipe dream, do better. Lastly, I would just like to say, fuck the police and I yield my time. |
| Juanito Rus: | Thank you. I will mute you. The next speaker I'm showing in the queue is another phone in speaker with the extension 5931. |
| Abner Hougie: | Hello. Can you hear me? |
| Juanito Rus: | We can hear you. |
| Abner Hougie: | Hi- |
| Juanito Rus: | You have two minutes whenever you're ready. Sorry. |
| Abner Hougie: | Yes. My name is Abner Hougie. I run an independent news outlet called Left Coast Right Watch that covers right wing extremism. I was live reporting on the night of May 31st. Myself and a group of a group of about 200 peacefully protesting civilians were corralled and fenced into a block closed off by OPD in downtown Oakland. |
| Abner Hougie: | They were fired on with tear gas and grenades mark around and flashlight bangs without warning or provocation. There were for the most part, people who were either marching or standing on the sidewalks, just talking to each other, minding their own business. I took a photo of one of the spent grenade and it had a manufacturing date of 2014. |
| Abner Hougie: | The defense technology safety data sheet for that particular grenade, and I believe you have this information already says that the warranty is for five years. Unless I'm mistaken, 2014 plus five is 2019 and we're in the year 2020. I want to know why OPD was firing on peaceful protestors, and I want to know why there were using expired munitions to do that. Thank you, attack and dethrone god, I yield my time. |
| Juanito Rus: | Thank you. At this time, we're going to close the queue to additional speakers. So I am showing the last speaker that I ... And I see a lot of people, all of a sudden raising their hand. The last speaker I'm going to take at this time is Jenna Hackman. I will not take any speakers who have raised their hands since then. Our next speaker in the queue is showing as Effie. Hello, Effie. Can you hear us? |
| Effie: | Hi there. Yes, I can hear you. |
| Juanito Rus: | You have two minutes whenever you're ready. |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Effie: | Just one moment. Can you hear me? So first of all, I just want to acknowledge the life of Eric Salgado, George Floyd, Brianna Taylor, and to the many others that were killed at the hands of police officers in this country. I'm a white ally and I stand behind the black and Brown people of the Oakland community and all over the country. |
| Effie: | I'm here today to demand that you immediately begin the process of defunding the police department and begin to reinvest funds into community departments that provide resources that truly protect and serve the people. Homelessness, poverty, substance abuse, and mental health issues, these are social issues that need to be approached with the dignity and care that they deserve. |
| Effie: | Defund the police. They have proven to not provide the safety and the care that the people of Oakland deserve. In this community, these are the expressions of the failures of Libby Schaaf and her staff. And these are also unfortunately the consequences of a systemic racist and corrupt government on the federal and local level. |
| Effie: | Police are the agents that maintain these systems, and by keeping black and brown people, oppressed and funneling people of color into privatized prisons for profit. This is our burden. This is what people of color have to live with. I was just at Eric Salgado's vigil, a young man who was shot 40 times and his pregnant girlfriend was shot in the stomach. This is sickening and disgusting. And he was shot 40 times. |
| Effie: | This has a number of things, at the very least it shows the lack of training and skill in the profession of policing. And at the worst, it shows a lack of compassion and a sheer lack of humanity. What we are seeing now and have many times before now is how corrupt the police are all across the nation. |
| Effie: | There are hundreds of videos circulating right now, all around the internet, showing the complete disregard for human life that these police have for the citizens. And I saw, and I felt this for myself at the protest in Oakland, I'm demanding that you immediately defund the police department and do your job right. Because right now you have blood in grave misconduct on your hands. |
| Effie: | You are failing not only as a member of legislator, but also the human beat being that bleeds the same red as those that were killed at the hands of police, defund the fucking police. |
| Juanito Rus: | Thank you. Your time is up. I will lower your hand in the queue. The next speaker I'm showing is listed as Fi Fi Fi. Hello, Fi Fi Fi. Can you hear us? |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Fi: | Yes. Sorry. Hi commissioners. My name is Fi and I live in Oakland. I want to thank the UF Organizers putting on the march less Monday and for their voices tonight. I want to sponsor their proposal to defund OPG. My partner had participated in the march. We're lucky he didn't get gas because when I woke up the next morning, there were videos of my friends getting gas. |
| Fi: | I just want to reiterate that the police training manual clearly states that tear gas, rubber bullets and pepper balls shall not be used for crowd management, crowd control or crowd dispersal during demonstrations or crowd events. Why? Because OPD has had a long history of brutalizing protestors. |
| Fi: | OPD continues to maim and murder us. We've had to go to court just to get OPD to stop shooting rubber bullets at us. Give us real responsibility, you need to immediately fire these officers tonight. Honestly, I'm appalled that it hasn't happened already. We don't need a meeting to discuss this, just fire the officers. |
| Fi: | Further, I can't think of a reason for the people of Oakland to pay for these officers' salaries. They have demonstrated that they're not fit for duty. The last OIG report indicated that police officers have been lying about the use of force, especially against our black community. I'm under the understanding that these officers have gotten retraining. |
| Fi: | We're tired of retraining, we're tired of seeing these officers on the streets, hurting our folks. We need you to commit de-fund OPD. Let's start tonight by firing these officers. I yield my time. |
| Juanito Rus: | Thank you Fi. I will lower your hand in the queue. The next speaker I'm showing is Jennifer Tu. Hello, Jennifer Tu. Can you hear us? |
| Jennifer Tu: | Hi. Yes. Thank you. |
| Juanito Rus: | You have two minutes whenever you're ready. |
| Jennifer Tu: | Thank you. Madam chair, members of the commission. Thank you for holding this listening session and arranging some really amazing presenters earlier. My name is Jennifer Tu. I'm a Chinese American and I'm a resident of District 3. I want to echo the statements earlier about tear gas, bullets and the other violent weapons used by the OPD over the past week and a half. |
| Jennifer Tu: | These do not keep us safe. Their presence does not de escalate. These definitely do not keep our cities you've said as they exercise their first amendment rights. I |

30



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

|  |  |
|---|---|
|  | urge the commission to immediately work towards banning OPD from using tear gas, pepper spray, rubber bullets, flash bang grenades, and riot gear protest. |
| Jennifer Tu: | And to ban bringing in external police forces that do not have a ban on the use of tear gas. Longer term, I support funding education and programs for [inaudible 01:35:40]. I support funding public mental health by mental health professionals, not police. |
| Jennifer Tu: | I support the work of the anti police terror project and I support defunding OPD. Thanks very much. |
| Juanito Rus: | Thank you, Ms. Tu. I will lower your hand. And the next person I'm showing in the queue is Pavan. Hello, Pavan can you hear us? |
| Pavan: | Hey, I can hear you. Can you hear me? |
| Juanito Rus: | We can hear you. You have two minutes whenever you're ready. |
| Pavan: | Excellent. Hopefully I won't have to take all of these two minutes. I live roughly 100 feet from where Eric Salgado was killed on the evening of June 6th. I have surveillance footage of what took place at that street corner. The CHP declared at least according to the San Francisco Chronicle and the police dispatch, that they were being shot at. The video doesn't show that. |
| Pavan: | In fact, what it shows is that a CHP officer unloaded 46 bullets into both Eric Salgado, putting him into an extra judicial execution and multiple bullets into his partner. And his partner was pregnant. And that bullet went into her stomach. That is a representation of a form of thug justice that I can't stand by. |
| Pavan: | While I live in East Oakland and District 7, I understand this area is a little bit less than like merit, but it doesn't deserve this style of police brutality. I'm concerned by what's taking place as we go forward from this point. While the protesters that met, I think they accomplished great things. They've rallied this group. I hope people will vote and show up at city council meetings and these meetings. |
| Pavan: | I'm extremely concerned that the style of investigation that's taking place by the Oakland Police Department, by the district attorney, by the California Highway Patrol and others is not open or transparent. The gentlemen that murdered Eric Salgado and it is murder in this scenario I suspect, I don't know what has happened to him. I don't know where he is. |

31



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Pavan: | He may be able to kill other people. If I shot and killed somebody, which I don't plan to do. But if I did that, the police department would brutalize me in the same way they brutalized Eric Salgado. There is no point in having a justice system if the Oakland Police Department stands in support of the behavior of the California Highway Patrol. |
| Pavan: | I would ask that this commission in my waiting seconds, would ask this commission, seek transparency. We want the name of this person and we want him in jail. Thank you. |
| Juanito Rus: | Thank you, Pavan. I will now lower your hand. Pavan, excuse me. The next speaker I'm showing in the queue is, Sarah Grieb. |
| Sarah Grieb: | Well- |
| Juanito Rus: | Hello? Can you hear us? |
| Sarah Grieb: | Yeah. Can you hear me? |
| Juanito Rus: | We can hear you. You have two minutes whenever you're ready. |
| Sarah Grieb: | I just want to say a day of peaceful solidarity turn the moment you showed up like you were guarding a war zone. You have no idea how to deal with protesters, and treated us as the enemy. You exemplified the exact thing we were protesting. Police don't have the training-code of justice or discipline that the military does and therefore you have no right to use military equipment. Tear gas is a chemical warfare in a pandemic it can spread disease. You think that you had done everything to deescalate the situation you've created? The US banned export in solidarity. The US banned the export of tear gas in solidarity with the Hong Kong protesters. Why are you using it on ours? You're supposed to protect and serve us and you failed. I implore that you be proactive and immediately forfeit 50% of your budget. Thank you. |
| Juanito Rus: | Thank you, I will lower your hand. And the next speaker I am showing in the queue is Hannah Paul. Hello, Hannah Paul, can you hear us? |
| Hannah Yoshimoto: | Hi. Yeah. |
| Juanito Rus: | You have two minutes whenever you're ready. |
| Hannah Yoshimoto: | My name is Hannah Yoshimoto. I'm 30 years old and a resident of District Two. I'm incredibly passionate about ensuring that our community is safe and |

32



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

nurturing for all people. And that goal will simply remain unachievable until we defund and dismantle OPD. As a white passing Asian woman, OPD has never given me a hard time, except as a protester where I have been teargassed over 10 times in the last four years. Last Monday, I joined the Two Mile March from Oakland Tech to Oscar Grant Plaza. Along the route, there were countless allies handing out water, masks and snacks. People were protecting and supporting each other more than OPD ever has. After nearly four hours, a smaller group kneeled and stood peacefully as police threw flash grenades and tear gas with no warning and carelessly into the crowd injuring many.

Hannah Yoshimoto:      I wanted to address a few of the lies that OPD has been spreading to the media about this incident. First of all, they claimed that the crowd was a totally separate group from the original protest. The entire group had split off from that huge crowd at 14th and Broadway and marched south, all of us were at the original protest and had marched together. Secondly, they claimed that the crowd was violent throwing glass bottles, we have video footage showing that it was two plastic bottles that were thrown from the far east corner of a crowd. Everyone booed and then it remains calm and peaceful for minutes before tear gas was thrown. Thirdly, they claimed that the crowd was free of youth and elders. That is a bold face lie. I watched as high schoolers were sobbing from tear gas and administering first aid to each other and imagining how traumatizing that must be as a youth.

Hannah Yoshimoto:      If we are not able to dismantle OPD as our comrades in Minneapolis have so bravely voted to do it is imperative that we defend OPD and ban the use of tear gas. Additionally, I would like to demand the firing of Patrick Gonzalez, a man who has caused such great harm to our community that does not deserve a title and a gun both which holds so much power. OPD is not a part of a broken system. It is an institution founded on systemic racism and is doing exactly what it was designed to do. Murder people of color and put them behind bars. This must end now. Fuck the OPD. I yield my time.

Juanito Rus:      Thank you, Ms. Paul. I will lower your hand. The next person I'm showing in the queue is, Gokce Sencan, excuse me if I mispronounced your name.

Gokce Sencan:      Hi, my name is Gokce Sencan and I'm an Oakland resident and I'm livid. And as you can tell from my accent, but not maybe from my appearance, I'm not from here because I came from a country whose government used the police force to terrorize, repress, unlawfully arrest and jail its own citizens using tear gas and rubber bullets. I saw people going blind, going into cardiac arrest and even dying due to rubber bullets and tear gas. And I came to America to get away from this abusive police force and state terror. I came here because I wanted to be able to protest without fearing for my freedom, my rights and my life. I wanted to

33



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

|  |  |
|---|---|
|  | contribute and let fellow residents feel safe and cared for, not feel disposable. I'm so disappointed. And so disgusted. This was not the America I was promised when I was sold the American dream. |
| Gokce Sencan: | This America is racist. This America puts narrow police union interests ahead of its own people's needs. And I see that this America is not that different from the tyranny I left behind. And this is not even the only thing. These last couple of weeks have already been devastating for our community. I see left and right, some of our communities signature shops, restaurants, and cafes shutting down. I read reports of the Highland Hospital and many affordable community clinics at the brink of bankruptcy. I see all those people vulnerable [inaudible 01:43:36] without help. And what else do I see? I see the Oakland police armed to teeth with riot gear, treating black and brown bodies as if their mere existence is a crime. I see the police who can feed their families thanks to our taxes, and yes, I pay taxes too, treating the people they're supposed to protect as criminals. |
| Gokce Sencan: | We're in the midst of a health crisis, setting aside money just to buy tear gas for the police department so that you can just your own people should not be your priority. Health services should be your priority. Obtaining PPE and medical gear should be your priority. Therefore, I demand that Oakland PD not only be defended, but it should be dissolved and rebuilt from scratch. Following Minneapolis' lead. Dissolve the department and we hire everyone who proves themselves to be capable. |
| Juanito Rus: | Thank you. Your time is up. I will lower your hand. The next speaker I'm showing in the queue is a phone attendee with the extension 7130. Hello, extension 7130. Can you hear us? |
| Rachel Holmstrom: | Hi. Can you hear me? |
| Juanito Rus: | We can hear you. You have two minutes whenever you're ready. |
| Rachel Holmstrom: | Hi. Thank you so much. Thank you everyone for being here. My name is Rachel Holmstrom. I live in West Oakland and I just want to echo and support the people who have come before me and saying, we must defund Oakland PD. We have to reduce their general fund by at least 50%. We cannot continue to authorize overtime for the OPD and drain resources that could be going to mental health, homeless support. There is better ways to use this money. And to see it being used to commit violence against peaceful protestors in my city is unacceptable. So yeah, just everything everyone has said. Anti-Police Terror Project is doing amazing work. And I just want to see that Oakland PD... That this commission hears everyone's plead and does actual meaningful change in |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

|  |  |
|---|---|
|  | rectifying the situation. So please defund OPD and thank you so much. I yield my time. |
| Juanito Rus: | Thank you. We'll, lower your hand. And the next speaker I'm showing in the queue is listed as Grace. Hello, grace, can you hear us? |
| Grace Shafer Perry: | Hello? Yes. Can you hear me? |
| Juanito Rus: | We can hear you. You have two minutes whenever you're ready. |
| Grace Shafer Perry: | Wonderful. Thank you. So my name is Grace Shafer Perry and I'm a Bay Area youth who participated in last Monday's peaceful protest. And I'm here today to voice my disappointment and anger over the fact that young people protesting anti-black violence with peace and unity were met yet again with this same violence, when we were tear gassed and arrested for no reason. Young people are the future. We hold within us a knowledge of the broken foundations of this country and this world, and still pushed to the forefront our hopes, dreams, and demands for creating a brighter future. One in which black lives matter is not a trend that follows news of the steady stream of black death at the hands of police, but rather a pillar of our equitable and loving anti-racist society. We are powerful beyond measure and we are valuable and demand to be treated as such and how our bodies and our voices protected, not tokenized on panels made to express the mirage of compliance with the police department that has never truly stood for us. |
| Grace Shafer Perry: | We call for action from this commission to hear us and act with our demands in mind. Again, we are the future. So protect us in the present. We are the Oakland that you are meant to represent. And though the majority of anti-black police violence that is flooding the news right now is taking place in different communities. When we critique this violence, we are critiquing the greater system of policing in America that must change, and that most definitely includes Oakland. Protect youth, elevate our voices. Listen to us, defund OPD and please fund Oakland. Thank you. |
| Juanito Rus: | Thank you, Grace. I will lower your hand. And the next speaker I am showing in the queue is Elof Esuf. Hello Elof? Can you hear us? |
| Elof Esuf: | Hi. Yes. My name is Elof Esuf. I'm a policy and research analyst. I live and work in Oakland and I'm calling in favor of defending the police department. OPD saw a need to change the system back when the MET program was created, where clinicians were on the front lines to respond to calls, and they did this because they saw the need to increase mental health support and only involved a police officer when absolutely necessary. And they found it was rarely deemed |

35



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

necessary. So defending the police department should not be a brand new concept. We are already aware that we need to increase supports elsewhere in social services. And that's a strategy I would love for us to implement and continue to research. Last year, $40,000 was allocated to study in cahoots in Oregon. And a report was to come out in 2020 with findings of how such a system could work here.

Elof Esuf:     I have yet to see such a report, but would love to see us finish the work we started, the work that was started to support our community. Oakland has different demographics and problems compared to Oregon, but there could be lessons learned as we try to move away from destructive systems. It's clear that the existing system does not make us feel safe. So I'm here to advocate for re-investing police funds into necessary social services, disarmament, demilitarization, data transparency, cutting contracts with schools that are already underfunded. We need to be investing in our youth, not hurting them. And we should continue researching successful models that do not center around police officers who continue to abuse their power. This is not new information. You will hear it from me and countless other Oakland residents. It's time to listen, act and serve as an example, get a headline for actually serving your residents, not for harming them. Thank you.

Juanito Rus:     Thank you. I will lower your hand. The next speaker I'm showing in the queue is A.S Ekatta. Hello, can you hear us?

A.S Ekatta:     Hello.

Juanito Rus:     You have two minutes. Whenever you're ready.

A.S Ekatta:     Oakland police department was one of the most corrupt and violent police forces in the country and has been terrorizing and criminalizing black communities since its very inception. How bad do we even have to be to get put under federal oversight in a system that gives police the benefit of the doubt at every single turn in the first place. You have proven over and over that you cannot be reformed. Even as the city government dumps one fifth of its entire budget into new gadgets and terror toys for you to unleash on the community. You know who the most dangerous among you are, with a core of 16 officers committing almost half of all police shootings from 2000 to 2010, yet you close ranks around them to protect your buddies, the killers and rapists and domestic abusers who get away scot-free with the DA and the mayor's help, proving that all of you supposed good cops are just as rotten as the rest. Only maybe a little bit more discreet in your racism and your violence.

36



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

A.S Ekatta:     The very fact that Town Halls like this are only being convened right now because white and other non-black people are being hurt in the streets by police is bullshit. From 2000 to 2016, almost three quarters of the Oakland residents you killed were black and you search black motorists 10 times more than white ones. You don't care about justice. You only care about optics and covering your asses. We non-black Bay Area residents see your lies for what they are and we do not accept any of it. We support our black friends, family and neighbors struggles for justice, which have gone on far longer than they should have had to in the first place.

A.S Ekatta:     How do you even live with yourselves? How do you look at your families in the eye after you have brought so much destruction on countless other families. Disband the police now. Sign on to Anti-Police Terror Project's Black New Deal, imagine different futures and invest in them. Give them the same space to fail that you have given the police over and over and over. Quit your jobs, do something useful with your lives and maybe then you can redeem some scrap of your shredded humanity. But until the day when the system is abolished, fuck the police. I yield my time.

Juanito Rus:    Thank you. I will lower your hand in the queue. Next speaker I'm showing in the queue is listed as Carson. Hello Carson, can you hear us?

Carson Lam:     Hello? Yes. I can hear you.

Juanito Rus:    You have two minutes whenever you're ready.

Carson Lam:     My name is Carson Lam and I am an 18 year old white woman. I am here because I am scared. I am here because I'm angry, because I get to be angry, because I get to cry and scream and run and I still get to breathe. I am here because the first Pride was a riot, because I get to love who I love because Marsha P Johnson, a black trans woman through that first brick. I am here because Latinos United for Justice came together to combat police brutality after Charles De Baca was shot and killed by the police on 35th street and East Oakland in 1968. I am here because change begets change and protest is disruption. I'm here because of the $57 million spent between 2001 and 2011 by OPD to somehow try to make up for the police abuse enacted on these communities. Because no amount of money offsets the weight the sirens carry and that existence is still viewed as a threat.

Carson Lam:     I am here because of Melvin Black, because of Bobby Hutton because of Oscar Grant, because of those whose names were never spoken, whose body cam videos were never watched, who stories were never told who all they were to the police was a threat and the bullet and the life that never got to matter. I am

37



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

here because black lives matter. Because black lives will always matter, because black lives have always mattered and because they have always been treated as if they do not. I am here because you might listen to me. I'm here because if you want police to ever be a beneficial part of this town, this state, this country, you need to listen to the black voices right in front of you. Thank you. I yield my time.

**Juanito Rus:** Thank you, Carson. I will lower your hand. Next speaker I'm showing in the queue is Andrew Morales. Hello? Andrew Morales, can you hear us?

**Andrew Morales:** Hi, can you hear me?

**Juanito Rus:** We can hear you. You have two minutes whenever you're ready.

**Andrew Morales:** Okay. Yeah. At this point, defunding is the only real option. Reforms pretty much a joke. Reform will work when people actually want to change. The fact that Erik Salgado was murdered two nights ago in the midst of all the political tension around police murders. Obviously OPD is not planning on changing whatsoever. And to speak to what people were talking about with the tear gassing at the protest last week, I have seen people circulating videos with timestamps on them, proving that it happened at 7:40, 20 minutes before the curfew actually occurred.

**Andrew Morales:** Yeah, OPDs budget has more than doubled in the last few decades. And this is not corresponded with any decrease in crime rates over the same period. The projected budget is going to be a 330 million. We need to defund by 50%. This proposed budget that's coming up is greater than the combined departments of the human services, transportation, housing and community development, libraries, parks recreation and youth development, economic workplace, and workplace development, race and equity, all those combined. We need to reallocate that funding back to mental health services, to education, to afterschool services that focus on the arts, sports, crafts, and tech. Everything that will help employ Oakland residents, things that will actually help with crime rates. Yeah, we don't have an option at this point. It has to be defunding. And given that this movement is organic. I don't think anyone's going to put up with any more bullshit surface proposals for reform...

**Juanito Rus:** Okay, Mr. Morales your two minutes are up. I will lower your hand. The next speaker I'm showing in the queue is Ayana Nakagawa. Hello Ayana, can you hear us?

**Ayana Nakagawa:** Yes, can you hear me?



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Juanito Rus: | We can hear you. You have two minutes whenever you're ready. |
| Ayana Nakagawa: | Thank you. Hi, I'm an OUSD educator and resident in Oakland, and I'm calling for the immediate disbanding, defunding and abolition of the entire OPD. Reform is an unimaginative, pathetic and cowardly proposal. We need abolition now. I was present at the moment that Ashley Green described at 14th and Broadway on Sunday, May 31st. I was in my car at the intersection when I saw police descend upon us at an alarming speed out of unmarked cars and buildings, laughing and smiling to each other as they began to tear gas us. Later that night around 12:30 AM, I was on the phone with one of my friends, as she witnessed militarized police jump out of an unmarked van in the Walgreens parking lot of High Street and 580 to corner a man with his hands up, shoot him down and then drag his body into the Walgreens. And nobody is talking about it. |
| Ayana Nakagawa: | Time and time again, we have seen the violence and terror that the police are allowed and encouraged to inflict upon the people of Oakland, specifically against black and brown people. In 2013 when I graduated from Mills College, we loudly protested Libby Schaaf's presence as our commencement speaker because of her appalling complicity with Oakland police. She did not listen to us then, and she is not listening to us now. Shame on her performative ally ship. She does not represent the people. I stand with the people's mayor Cat Brooks and the Anti Police Terror Project. If you hold any power and you do not fight tooth and nail to get the police defunded and abolished, then you are just as guilty as the officer who pulls the trigger. You are the ones enabling this behavior. You have blood on your hands. Your name and legacy will go down in history. The people are watching. Fuck the police. I yield my time. |
| Juanito Rus: | Thank you. |
| Regina Jackson: | Thank you. There's a hand up from Commissioner Harris. |
| Ginale Harris: | Thank you Chair. I'm listening to all of the young people speak and I have to say something because my heart is hurting and it's obvious that black and brown youth have no faith in the city administration or the Oakland Police Commission, or they would be calling in and voicing their outrage. I hear all the allies, which is great, but the allies can't speak for us. Listening to all the people speak, I realized that I was once a youth fighting for this very cause 40 years ago. Now I'm a gatekeeper/gladiator that will fall on the sword a thousand times, if it's for the betterment of my people. I want to first say to the youth, I love you all my soul. And that I am truly sorry that as your elder and community gatekeeper, I have not been able to protect you from the harm from the very people who are supposed to protect you. |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Ginale Harris: | I will probably be long gone before change in our community or administration happens. But I am in hopes that you will be the generation to change this. I will say that I will continue to be the fierce gladiator that they fear and continue to disrupt the comfortableness of keeping black and brown people oppressed in Oakland. You are my future and I love you. I will make myself available so that if any of you have questions on the past, I can answer them. These killings have been going on for 400 years and nobody cared. I will say you are right. Black lives do matter, all the time. Not just when the police killed them, but when you kill you, black lives matter too. So wake up. I love you. Truth over peace. And I had to say that, because I want all of you to know that. |
| Regina Jackson: | Thank you, Commissioner Harris. Mr. Ruse. |
| Juanito Rus: | Thank you chair. At this time. We'll move back to public comment. The next hand I have in the queue is Tara O'Flaherty. Hello, Tara. Can you hear us? |
| Tara O'Flaherty: | Hello. I am a nurse and I have worked as a school nurse in the past. I went down to Oakland to 8th and Broadway on the 29th of May. What I witnessed as far as the injuries were egregious. I saw mostly young women, in all honesty, it seemed as if the Oakland police department was targeting young women. I treated a number of rubber bullet injuries. One of the young women I followed up with, she said she couldn't feel her body after being hit. Her hands had both been hit and were gravely injured. Later, the following day, she sent me photos. She had been shot over 20 times for saying, "Fuck you." To the police. And I would like to echo her voice and say, fuck you to the police for brutalizing our children in the street. |
| Tara O'Flaherty: | It was her first protest. She's a 22 year old woman. You may have seen her photographs because I know that they've been shared with the Police Chief. I'm angry on the behalf of people of color in our communities. I'm angry on behalf of our youth that this has continued to go on that they are being threatened and demoralized by the police department. Shame on all of you for allowing this to continue and for not abolishing the police long before this. This is not a new issue. This has been going on for ages. We know you're corrupt. We all know you're corrupt. People do not trust you. They do not feel safe in their own neighborhoods, not because of their neighbors, but because of the police department. I would like to concede my time to allow other people to speak. But I would like to say that you are creating a public health crisis. We're in the middle of a public health pandemic. |
| Juanito Rus: | Thank you, Ms. O'Flaherty, your time is up. The next speaker I'm showing in the queue has the name Brenna. Hello, Brenna, can you hear us? |

40



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

Brenna Wood-Fitzpatrick:     Hi. Yes. I can hear you.

Juanito Rus:     You have two minutes whenever you're ready.

Brenna Wood-Fitzpatrick:     My name is Brenna Wood-Fitzpatrick. I'm a resident of Oakland, I work in Alameda. Last Monday. I was leaving my office in Alameda shortly after 8:00 PM. And as soon as I walked out of my office door, I was just like, "What is that smell?" And then when I breathed in further, my nose started burning and I realized that I was smelling tear gas in Alameda. And tear gas wasn't deployed in Alameda that night, the closest place it was deployed was in Oakland over a mile away from where I was. So the OPD had to have released an immense amount of tear gas for me still to be able to smell it and for it to physically affect me.

Brenna Wood-Fitzpatrick:     So it really does break my heart to hear the testimony of the people that were there in that vicinity. I have also heard that it got into buildings in the surrounding area. And so I'm also very worried about the health and safety of the people that live in that area and that work in that area. And there is just absolutely no reason whatsoever for the OPD to ever use a chemical weapon that is banned in warfare. Tear gas is banned in warfare and there was absolutely no reason whatsoever at any time for them to be using it on our citizens. I cede my time.

Juanito Rus:     Thank you, Brenna. I will lower your hand in the queue. The next speaker I'm showing in the queue is Loray Fernandez . Hello, Loray. Can you hear us?

Loray Fernandez:     Yeah, I can hear you.

Juanito Rus:     Okay. Two minutes whenever you're ready.

Loray Fernandez:     Yeah. I'm a white resident of Oakland demanding the firing of all OPD and law enforcement. We can't reform a state terrorist group. That's like staying with your abuser and expecting them to change. It's pretty clear that they're not going to change. At protests and on the street, I see OPD escalating situations and inciting violence, just generally terrorizing people like a terrorist group would. OPD and all cops are a white supremacist military group meant to uphold white supremacy and make rich white people feel comfortable. The only way forward to have a healthy, somewhat healthy community would be to release the budget towards reparations for everyone who's been severely impacted by OPD. Obviously a loan a tax, land tax, schools, food, housing, health services. It's literally everything that people need to survive, unlike being chased around by cops. And if you think that Oakland has a problem of violence, then pull the fucking police off the street.

41



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

**Loray Fernandez:** They're out of control. And if anything, we need mediators, which I've literally never seen a cop be a mediator. And to all the other people, all the white people who are in this meeting, be mediators in your neighborhood for people who are out on the street, who might have the cops called on them and get fucking killed. It's surprisingly easy to intervene and look out for your neighbors. I know you probably all do that, but fucking fuck the police. Fuck OPD and dismantle the police department.

**Juanito Rus:** Thank you Loray, your time is up. I will lower your hand.

**Regina Jackson:** Excuse me, Mr. Ruse. I know that we still have more than 30 people to speak, and I want everyone to be able to speak. I'm suggesting at this point that we go from two minutes to one minute to ensure that everybody gets an opportunity to speak before we ask the police questions.

**Juanito Rus:** very well. I can change it to one minute.

**Regina Jackson:** Thank you.

**Juanito Rus:** The next speaker I'm showing in the queue is Joanna Arenstein. Hello, Joanna, can you hear us?

**Joanna Arenstein:** I can hear you. Hi there. Thank you. Yeah, my name's Joanna Ehrenstein. I'm a citizen of Oakland and I'm speaking tonight to lend my voice to the widespread public sentiment that the American police system is beyond reform and the OPD sits squarely in the center of that storm. I am advocating for the complete dismantling of the Oakland Police and building a new citizen protection system, utilizing social and healthcare workers and resources who are unarmed and trained to assist and deescalate. I was present at the protest on Friday, May 29th, where peaceful protesters were assaulted with tear gas. I can only categorize that as bio-terrorism during a deadly pandemic. Prior to these attacks, public support for the OPD was razor thin and now your city will have to reckon with the reality that the OPD has lost what little support it had. This is evidenced by how many people on this call are ending their time with fuck the police. I yield my time. There was more I wanted to say, but I am out of time. I will just say all power to the people, I yield my time.

**Juanito Rus:** Thank you. I will lower your hand in the queue. And the next speaker I'm showing in the queue is Christopher Merchant. Hello? Christopher Merchant. Can you hear us?

**Christopher Merchant:** Yeah, can you hear me?

42



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Juanito Rus: | We can hear you. You have one minute whenever you're ready. |
| Christopher Merchant: | Thank you. So my name is Christopher Merchant and I've lived in District One for six years. This year, city officials are expecting a budget deficit of $80 million due to COVID-19. Meanwhile, OPD takes 44% of our city's budget. In light of recent egregious police violence, as well as documented cases of OPDs abuse and racial profiling. I urge you to advocate for a mid budget review that reduces funding for the OPD and moves funds into health, housing, education, and social services. Chemical weapons and rubber bullets must also be banned. Black lives matter. I yield my time. |
| Juanito Rus: | Thank you, Mr. Merchant. I will lower your hand in the queue. The next speaker with their hand raised I'm showing is Mariam El Magrese. Hello, Merriam. Are you there? Can you hear us? Mariam El Magrese. Can you hear us? |
| Mariam El Magrese: | Hi, can you hear me? |
| Juanito Rus: | We can hear you. You have one minute whenever you're ready. |
| Mariam El Magrese: | Hello. |
| Juanito Rus: | Hello. |
| Mariam El Magrese: | Hello? |
| Juanito Rus: | Hello, we can hear you. |
| Mariam El Magrese: | Hello? |
| Juanito Rus: | Hello. We can hear you. |
| Mariam El Magrese: | Hi, can you hear me? |
| Juanito Rus: | We can hear you. Whenever you're ready, you have one minute. |
| Mariam El Magrese: | Hello. |
| Juanito Rus: | Hello? |
| Mariam El Magrese: | Hi. Can you hear me? Oh, great. |
| Juanito Rus: | We can hear you. Yes. |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Juanito Rus: | We can hear you. Can you hear us? |
| Mariam El Magrese: | Oh great. |
| Juanito Rus: | We appear to be having technical difficulties with Mariam. |
| Juanito Rus: | Mariam, I'm going to not lower your hand in the queue and come back to you if you can see what's wrong on your end. |
| Juanito Rus: | And the next speaker I'm showing in the queue is Masha Ashabi. Hello, Masa. Can you hear us? |
| Masha Ashabi: | Hi. Can you hear me? |
| Juanito Rus: | We can hear you. You have one minute whenever you're ready. |
| Masha Ashabi: | All right. I want to thank you so much for putting this together, and I want to thank everyone who spoke before me for their incredible words. And I also want to start with recognizing the death of Eric Salgado in Oakland this past weekend by Oakland police, firing over 40 shots. This is a murder. This is not an oversight, and this is not behavior that can be reform. And I call for the officer involved in the shooting to be removed and investigated. I'd also like to echo the request for the body cam footage to be released from the arrest that occurred last Monday at the youth protest. |
| Masha Ashabi: | It is a disgrace that the city to stand behind the violent actions of its police force in the past week and across years that have terrorized this community. This week our nation has been gripped by protest calling for repair and meaningful change with police behavior and anti-racism and anti-blackness, and immediate reform to the terror of the police across communities in this country. And those protests against police brutality have been met with a staggering response of more brutality. All this proves is the need for massive defunding and demilitarizing of [crosstalk 02:13:57]. |
| Juanito Rus: | Thank you Mahsa. I'm afraid your time is up. I will lower your hand. |
| Juanito Rus: | And at this time I will call on Mariam El Magrese again. Hello Mariam, can you hear us now? |
| Mariam El Magrese: | Yes. |
| Juanito Rus: | You have one minute whenever you're ready. |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Mariam El Magrese: | Thank you. I'm a resident of Oakland. I'm 24 years old and I work at a social services agency that serves black and brown residents of Oakland. And every single day my work has made it impossible because of how underfunded housing, education, and health care is in Oakland, while funding for tear gassing of our residents continues. I understand that this is an independent commission, which also has a massive role to play in advocating against the shameful amount of funding that goes into this abusive police force. We are so beyond seeing policing as a social solution as what the city needs, and I'm also calling for the defunding of OPD immediately. |
| Mariam El Magrese: | This commission needs to go above and beyond to stop enabling the abusive OPD and help redirect the city's focus on investing in social and human services, and looking at the root causes of crime, of crime that is obsessively and ineffectively policed by OPD. I'm calling on you to use your role to work with activists and organizations that are already doing the work and the planning to promote alternative policing solutions and mental health informed interventions. Thank you. This is huge opportunity for the city to make a choice of how it's going to align its budget, defund the police and invest in social services. |
| Juanito Rus: | Thank you Marian, your time is up. I will lower your hand. |
| Juanito Rus: | And the next speaker I'm showing in the queue is listed as Eva. Eva can you hear us? |
| Juanito Rus: | Hello Eva, can you hear us? |
| Eva: | Can you hear me? |
| Juanito Rus: | We can hear you. |
| Eva: | Okay. |
| Juanito Rus: | You have one minute, whenever you're ready. |
| Eva: | I would like to second all of those who have already called to either defund or disband the OPD. I hope it's clear at this point that no minimal reform efforts, which are for all intents and purposes, gestures. Gestures will never do anything to root out the culture of white supremacy that policing in the United States was very explicitly built upon. As you have heard, people don't want minimal change, they want the police department as it exists today dismantled. I think drastic action is required on your part. Thank you. [Inaudible 02:16:37]. |

45



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Juanito Rus: | Thank you. I'll lower your hand in the queue. |
| Juanito Rus: | The next speaker I'm showing in the queue is listed with the name Mr. Holmes. Hello, Mr. Holmes, can you hear us? |
| Mr. Holmes: | Yes. Hi. Thank you for listening. Thank you for having me today. I am a 12 year resident of Adams Point, district three. I'm a 43 year old black man. I'm just going to lead with a question [inaudible 02:17:05], but the question is for Commissioner Takrbac, could we have some clarification on how protesters are to be cited and how they're going to be handled? What are the legal procedures behind that, so that we know exactly what we're in for, and how to prepare when we're out protesting if we were to be arrested. Thank you. |
| Juanito Rus: | Thank you, Mr. Holmes. I will lower your hand in the queue. |
| Juanito Rus: | The next speaker I'm showing is Dan Reisenbach. Hello, Dan Reinsenbach. Can you hear us? |
| Dan Reinsenbach: | Hi. Yes, I can. |
| Juanito Rus: | You have one minute, whenever you're ready. |
| Dan Reinsenbach: | Great. I just want to echo, obviously, the sentiments of essentially everybody that came before me, the anger, and the fact that this is unacceptable to continue. There is really no way to deny that the social contract and the trust of the community has been completely destroyed over an extended period of time in Oakland, and throughout our country. We have to find a way to enforce our law and our social servants to work for us again and value things beyond the violence that we've seen against under served communities, people of color, black people, black lives matter, fuck the police, but we have to do better. Thank you. |
| Juanito Rus: | Thank you. I will now lower your hand in the queue. |
| Juanito Rus: | And the next speaker I'm showing is Adrian Fuentes. Hello, Adrian, can you hear us? |
| Adrian Fuentes: | Hi. It's actually his mom, [inaudible 00:02:19:14]. |
| Juanito Rus: | Okay. You have one minute whenever you're ready. |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Adrian Fuentes: | Okay. Yes. My name is [inaudible 02:19:19] Oakland, born and raised, and I'm also a registered nurse, and I've worked for 28 years in nursing. I took my sons to that June 1st March and we marched down, and it seemed like we were going to be okay, but I got a gut feeling that something was going to go wrong. And I just said, we have to leave. And so we left, didn't know everything, I'm listening to what happened to these people here, and it looks like we're going to have a lot of white allies and [inaudible 02:19:48] is in trouble. But yeah, you know what? Defund the police, shit, abolish it. And let's just reroute that money to the community, that's where it needs to go. And, I left Oakland for the reason that I felt unsafe for my sons. And so, that's telling me something there. So anyways, fuck the police. |
| Juanito Rus: | Thank you [inaudible 02:20:17]. I'll now lower your hand in the queue. |
| Juanito Rus: | And the next speaker I'm showing is Victoria Steffes. |
| Juanito Rus: | Hello Victoria, can you hear us? |
| Victoria Steffes: | Hi, hello. |
| Juanito Rus: | You have one minute, whenever you're ready. |
| Victoria Steffes: | Hi, I'm a 29 year old white woman and a new resident of district one. I urge you to begin taking steps immediately to defund and abolish the Oakland Police Department and [inaudible 02:20:45] by the [inaudible 02:20:46] legacy of police brutality in this community. We've witnessed with the police force is itself a source of violence in our community, terrorizing and perpetuating the oppression of my black and brown neighbors. Reform has not proven effective. Last week has shown that the police force's implicit biases imagined fears and threatened egos are putting the public in danger. Abolishing the police isn't a radical idea anymore. I implore you to follow the lead of the Minneapolis city council and take immediate steps to defund and abolish the Oakland Police Department and construct a new paradigm for public safety, were safety responders, mediators with specialized training, respond to emergency situations without guns, as appropriate. Well worn at any time, it is outrageous that the OPD has employed tear gas in the middle of a viral pandemic, adding to the public health crisis. In summary, de-fund OPD. |
| Juanito Rus: | Thank you. Your time is up at this point. I'll lower your hand. |
| Juanito Rus: | The next speaker I'm showing in the queue is a Collin speaker with extension one five seven four. Hello, extension one five seven four, can you hear us? |

47



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Juanito Rus: | Phone call [inaudible 02:22:09] D with the last four numbers, one, five, seven, four. Can you hear us? |
| Regina Jackson: | Go ahead and move on Mr. Rousse. Hopefully they'll come back. |
| Juanito Rus: | Very well. |
| Juanito Rus: | The next speaker I'm showing in the queue is Assata [inaudible 00:10:34]. Hello, Mr. [inaudible 02:22:36], can you hear us? |
| Assata: | Yes. And I pass with the hope that you can give someone who hasn't had a chance to speak, please. Thank you. |
| Juanito Rus: | Very well. I will lower your hand. |
| Juanito Rus: | The next speaker I'm showing in the queue is Amelia McGowan. Hello, Amelia. Can you hear us? |
| Amelia McGowan: | Hi. Can you hear me? |
| Juanito Rus: | We can hear you. You have one minute whenever you're ready. |
| Amelia McGowan: | My name is Amelia McGowan. I am a Oakland resident and Oakland native, and I'm a social worker. I have over 12 years of mental health experience, a master's degree, a license that I had to take multiple tests to obtain, and 3200 hours of supervised work experience. I work with youth in Oakland and when I need a mental health assessment, I have to contact the police to place children on a psychiatric hold. I'm calling for the defunding of the Oakland police so that trained mental health professionals who have the expertise to deal with delicate and traumatic situations like this are able to do this versus me having to call the police on young children and teenagers who are black and brown and already have negative and traumatic experiences with OPD. Please defund Oakland police and reallocate this funding to social services and social workers. Thank you. |
| Juanito Rus: | Thank you. I will lower your hand in the queue. |
| Juanito Rus: | The next speaker I am showing in the queue is Aminah Hanif. Hello Aminah, can you hear us? |
| Aminah Hanif: | Can you hear me? |

48



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

Juanito Rus:          We can hear you. You have one minute whenever you're ready.

Aminah Hanif:        Okay, great. My name is Amina [inaudible 00:12:27]. I am a born and raised resident of East Oakland, district seven. I stand with [inaudible 02:24:32] Riley and those who have spoken before me. I would like to make those aware of this call, that the police commission is to give the Oakland community the power to oversee and investigate its police department. But three of the seven people on the commission are appointed by Mayor Shaft and only two are community appointed individuals. I would like to know why isn't the majority of the commission representing the Oakland community that is being impacted by police brutality. Why aren't there any young people? Why aren't there any people who have actually been in through the criminal justice system represented, besides John Jones the third? People who are actually suffering from an experience police terror should be the ones representing the majority of the commission. As a black woman, I'm upset and traumatized beyond words. And I should be enjoying my life instead of fighting for my breath. I yield my time.

Juanito Rus:          Thank you. I will lower your hand.

Juanito Rus:          And the next speaker I'm showing in the queue is Holly Wilson. Hello Holly Wilson. Can you hear us?

Holly Wilson:         Hi. Can you hear me this time?

Juanito Rus:          We can hear you.

Holly Wilson:         Perfect.

Juanito Rus:          You have one minute whenever you're ready.

Holly Wilson:         Thank you. Since you all so graciously took up this investigation, I want the names of the involved CHP officers who executed Eric's Helga and his unborn child. Stop protecting literal murderers. I want you all abolished. I will not celebrate what others consider small victories. I will not dance with you at protests, no matter what color you are. I will not praise you for taking a knee as you clock right back into a racist system of work where y'all continue to kill people. I will not celebrate choke hold bands, such as New York states most recent effort. That bar is in hell and I will always work to raise it so my community is protected. Commissioner Harris, if I heard you correctly, how dare you try to weaponize your tears and allude to black on black crime in the same breath. All high levels of crime are interracial and stem from a fucked up system that leaves all people with no choice but to do what they deem is necessary to

49



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

|  |  |
|---|---|
|  | survive. Black folks already know other black lives matter. And that's why we're here angry at y'all. Now stop fucking killing us. That's all I have to say. Thank you and fuck off OPD. |
| Juanito Rus: | Thank you. And I will lower your hand in the queue. |
| Juanito Rus: | The next speaker I'm showing in the queue is Sam Mendes. Hello, Sam Mendes. Can you hear us? |
| Sam Mendes: | Yes, I can hear you. Can you hear me? |
| Juanito Rus: | You're very faint, but we can hear you. You have one minute whenever you're ready. |
| Sam Mendes: | Yes. So, I am a 25 year old first-generation non-binary teaching artist, born and raised here in Oakland, California. I have taught Oakland youth, both in West Oakland, East Oakland, and these kids are my babies. All my life I have experienced police brutality within my own home and outside on the streets. I am a victim of police violence in 2017 when I had 13 officers on top of me. I am enraged and witness that OPD continues to target Oakland youth, Oakland homeless people, Oakland black and brown bodies, and nothing you're doing is stopping this. I am tired because I am Oscar Grant, I am Stella Squat, I am Jessica Williams, I am Alex Nico, I am Erica Salgado, and unfortunately, many more that you guys continue to hurt. I am asking you to abolish police and fuck you for trying to hurt and gas lit our youth by your tears. I am tired. |
| Juanito Rus: | Thank you. I will now lower your hand in the queue. |
| Juanito Rus: | And the next speaker I'm showing in the queue is Alec Uberson. Hello Alec Uberson. Can you hear us? |
| Alec Uberson: | Can you hear me? |
| Juanito Rus: | We can hear you. |
| Alec Uberson: | Thanks. |
| Juanito Rus: | You have one minute whenever you're ready. |
| Alec Uberson: | Hi, my name is Alex Uberson. I'm a molecular biologist and I work at UC California in Berkeley. I think that I, through my field of study, am particularly aware of the danger of COVID-19, but I don't think it takes a PhD to realize, and |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

follow me here in this thought experiment, that purposely infecting people participating in peaceful protest with COVID-19, would be a horrific approach to crowd control. I don't think any of you would be able to sleep at night if that's what we were doing to control crowds and to handle protests in our city. Yet we authorized the Oakland police department to use rubber bullets on innocent protestors, 15 of every 100 people shot with a rubber bullet are permanently disabled, and three people out of every 100 shot with a rubber bullet will die. We authorize OPD to use tear gas, which beyond just arbitrarily torturing people, leads to a scene that I bore witness to on Friday night when I was teargassed, of people ripping off their mask, sneezing, crying, coughing, and yelling. You're making this worse.

Juanito Rus:    Thank you. Your time is up. I will lower your hand in the queue.

Juanito Rus:    The next speaker I'm showing is John Lindsay-Poland. Hello John Lindsay-Poland. Can you hear us?

John Lindsay-Poland:    Yes. I can hear you.

Juanito Rus:    You have one minute whenever you're ready.

John Lindsay-Poland:    I worked for the fellowship, sorry. I worked for the American Friends Service Committee, which supports defunding the police, which is going to require actions by a lot of different people. It's institutional change, it's the change of power. And I want to say to the commission and people listening that the commission's meeting on Thursday has three different agenda items that are doorways to that end. One is a review of the OPD budget. A second is about non-police mental health crisis response. And a third is about military equipment. So I hope people will approve that and speak to that in order to make the dramatic changes that we need. Second, question for OPD. First, who gave the orders to disperse rubber bullets and tear gas? Second, what are the other Pds, police departments who came on which nights, and who was in command of those other PDs? and finally, when the CHP comes in, what and to whom do they communicate to OPD? We know that sometimes police departments point fingers at each other, we can't allow that to continue to happen. Thank you.

Juanito Rus:    Thank you. I will turn it back to the chair.

Regina Jackson:    I appreciate it. For those people who are still waiting to speak in the queue, we're going to come back to you, but I feel like we are overdue to get some of the questions that have been posed answered by deputy chief Armstrong and other questions. And then we also have a subject matter expert on crowd



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

|  |  |
|---|---|
|  | control, on the crowd control policy. So if you will just indulge us, we're going to turn it over to deputy chief Armstrong to answer and address some of the questions that have imposed over the course of the last two hours. We thank you for your patience. Deputy chief, are you there? |
| D.C. Armstrong: | Yes, good evening. Can you hear me? |
| Regina Jackson: | Yes. Yes. Thank you. |
| D.C. Armstrong: | Thank you for having me. I've sat by and I've listened to our community and I understand their frustration and understand their hurt and their pain, as a result of actions on behalf of our department. And so I just want to, first of all, say that the Oakland Police Department does not believe its appropriate and it's not within our policy to deploy tear gas on peaceful protesters. And so the first thing I'll acknowledge is that some information early on that came out, was early on in the investigation, and all of our deployments are considered uses of force and are currently under a use of force investigations, according to policy. So, I'll speak specifically about what the commission asked about, which was when is the event no longer lawful and according to our policy, is defined as an unlawful assembly, is set forth by penal code four-zero-seven, which is interpreted as a boisterous or tumultuous crowd that has conduct that poses a clear and present danger of imminent violence, or when the demonstration or crowd even, is for the purpose of committing acts of criminal violence. I'm sorry, committing a criminal act. |
| D.C. Armstrong: | So that's according to our policy about what defines an unlawful assembly, that's when officers would determine that that particular demonstration or protest was no longer safe. So then secondly, we'll say there's only three circumstances in which the OPD is allowed to deploy tear gas or other munitions. Our policy states that we can deploy smoke or gas if there is a threat of imminent violence to the community or an officer. We can also deploy when other techniques have failed or will not be effective in dispersing the crowd. And lastly, and only under the instruction or an approval of a high ranking commander, in this case for every single night of protest events, we've had a designated incident commander who would be responsible for making a decision of the deployment of gas or tear gas. |
| D.C. Armstrong: | When such determination is made, what type of force under current policies are permitted? We really facilitate what we believe is three different types of protests. There's peaceful protests, there's protests, and that could be marches as well. Then we have what we call confrontational protests where there are some that are in a confrontation with law enforcement or willing to engage in unrest. And then there's violent protests where weapons or bottles or other |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

devices are thrown at law enforcement or law enforcement is attacked. So, those are three different protests. We do not deploy and should not deploy according to policy munitions on a peaceful protest. When officers decide, when the decision is made to deploy, there needs to be imminent danger, there needs to be imminent danger present or violence.

D.C. Armstrong:    So, those are the times when they can be deployed. So I will say that we will be, at the department, we'll be taking a thorough look at each and every time there was a deployment of munitions to look at if that deployment was within policy. That will also be reviewed at the highest levels in the organization to make sure that officers followed all of the protocol in our crowd control policy. Officers are mandated. We are mandated when a unlawful assembly has been classified, officers are then, declared officers, the command staff and the officers are required to give announcements. Those announcements should be heard throughout the crowd, that the announcements are being given to you. That crowd should also be given the opportunity to exit that area and told what route they can exit. These things should all happen to deployment unless an officer had an imminent threat.

D.C. Armstrong:    If that officer did have an imminent threat, that should be documented in a police report, and we should have some body worn camera footage to also support that, all of which will be reviewed in the investigation. So, that is one of the things I wanted to make clear. Since the protest, how familiar are you with the use of force policies? Prior to any protest or demonstration or event, there is a briefing with all staff that is working that event. During that briefing, we cover the crowd control policy, as well as our use of force policy, so all officers are advised of both and have a very thorough knowledge of both.

D.C. Armstrong:    They are mandated to follow both the use of force policy, as well as the crowd control policy. There were questions around our overtime expenditures. Due to the number of protests we've been facilitating over the last two weeks, we haven't come up with a full overtime number, but we are tracking all of our expenditures. The city has also issued a state of emergency, so we will be seeking reimbursement for funds for the overtime expenditures, as a result of the state of an emergency to address these marches and demonstrations, if they qualify.

D.C. Armstrong:    We have requested mutual aid on several evenings. We've had mutual aid sent from cities across the Bay area and Northern California. When we do our after action report, we'll identify all agencies that came to support us. So each night different agencies came as a result of the call for mutual aid. So I can't speak directly on each night which particular departments showed up, but we will



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

|  |  |
|---|---|
|  | have that assessment done during the after action report for each night where we had protest events in the city of Oakland. |
| D.C. Armstrong: | So far, we have 24 complaints that we have taken, formal citizen complaints have been taken. All of those complaints have been forwarded to the CPRA as well. I know that the CPRA has taken in citizen complaints as well. We will both be fully investigating those complaints. I want to make sure that I correct any misinformation that came out earlier on from the department where initially we were advised that there wasn't women or children, or even elderly, in the crowd where the deployment happened on Monday. Chief Manheimer and I will reserve our comments moving forward until we see the full investigation to ensure that that's consistent with the video, with the statements. |
| D.C. Armstrong: | And so, we just want to make sure and make sure as we've heard people's comments in the public, we want to make sure and correct that, to make sure we reserve that comment until we actually see the full investigation and examine when officers deployed, what reason they had for deploying, what was the imminent danger or threat that the officer perceived, and the manner in which they deployed it. |
| D.C. Armstrong: | I want to assure the public that we take this very seriously. We haven't been engaged in this type of crowd control event in several years where we deployed a tear gas. And so it's not something that we use in every crowd control event. We've done hundreds of crowd control events in the last year and not deployed tear gas. And so, we will be examining both policy and decision making around the deployment of gas. |
| D.C. Armstrong: | And so I think we, it is not going on deaf ears, the effect that this has had on the community and chief Manheimer has also reached out to San Francisco PD, who has a policy around their limited deployment of chemical munitions. And we'll be looking at their policy to see if there's some additional things that we might be able to take from their policy to limit the use of tear gas, maybe more if necessary, |
| Regina Jackson: | Excuse me, Deputy chief- |
| D.C. Armstrong: | Yes. |
| Regina Jackson: | [crosstalk 00:02:41:23]. I just wanted to ask for you to go a little deeper on that particular subject. |
| D.C. Armstrong: | Yeah. |

54



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Regina Jackson: | Talk about whether or not you've done an inventory control on the number of canisters prior to the event and what you have now. And then I also understand that there was munitions that were left on the ground, and that those are kind of dangerous. Can you talk about the reasoning for leaving the munitions on the ground? |
| D.C. Armstrong: | Yes. So the first thing I say is that the OPD does have a policy that requires our officers to take an inventory of what munitions they bring out into the field, an inventory as to what munitions they deploy, and then at the end of the night to inventory it back again, to ensure that they have an accurate count of what they came with and what they deployed, and then what they left with. And so that's our practice. And so, we continue to make sure that when our officers deploy, if it's safe to do so, that we retrieve all of our belongings. We want to be able to retrieve those. We want to be able to collect all of the canisters that we use. But on evenings, we had other outside agencies in our city, some of which did deploy munitions. And so, while we may have picked up some of our munitions, other agencies may not have. So we have talked to our staff about in the future, just listening to community, saying that these canisters have been picked up in the community. That is a lesson that we have learned that I spoke to my staff already that in the future, we will sweep the areas and make sure that we retrieve those canisters and other things like that, whether it was OPD or an outside agency that deployed it. |
| Regina Jackson: | Okay, thank you. Continue. I'm sorry. |
| D.C. Armstrong: | No. So again, the investigations not only will be investigated by the Oakland Police Department's internal affairs division, but also investigated by the, CPRA. What is the practice for reviewing a complaint for conduct of a non OPD officer in a mutual aid event in the city of Oakland? So when the Oakland police department does a full review of every single day of events, and we look at every single use of force and deployment, first we'll examine if that use of force deployment was within policy and within the law. And then we also will see if it was an OPD deployment. If it was not an OPD deployment, we will be notifying the department that was responsible for that deployment, letting them know that they did have a use of force in our city. So, we'll do that. |
| D.C. Armstrong: | We review each one of our uses of force, and I know that I've spoken to chief Manheimer. There will be a thorough review of every day's after action report. So the incident commander for every single day event will be responsible for completing an after action report, which includes all uses of force, and which will examine all relevant, to make sure it's consistent with relevant policy, and then making a determination whether that force was in or out of compliance with our department policy. |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| D.C. Armstrong: | The last thing I'll say is that all of our investigations, including our after action reports, as well as our use of force investigations are subject to review by the federal monitor. The federal monitor will be also given an after action review of the events as well. And he and his team will review if the force was within department policy. I'm sorry, just one more thing related to if I know within your mailboxes commissioner, Chief Manheimer has already begin to assess based on the national push for getting rid of certain techniques, use of force techniques. So she has begun the process of banning, we've already banned chokeholds, but we will begin the process of banning chokeholds as well as the carotid restraint. We will be bringing out to the police commission for policy change that will include the ban of both the chokehold and the carotid restraint. |
| D.C. Armstrong: | We also have been reviewing different recommendations, like [inaudible 02:46:29] that has some recommendations around immediate changes that departments can make. And so I think much of the work that has been considered national practices or best practices moving forward, we have already taken on in our use of force Ad-Hoc, which is requiring deescalation requiring warnings before shootings occur, requiring exhausting all alternatives prior to shooting, duty to intervene by officers in our department. Not only we go a bit further than just intervening, the failure to intervene and report is considered misconduct in and of itself, and which could lead to up to termination. We ban shooting. We already have ban shooting at moving vehicles. And then requiring a use of force, we go beyond even a use of force continuum, best practices is use of force options and so we've expanded that. |
| D.C. Armstrong: | And then requiring comprehensive reporting, I think Ad-Hoc can a test to the work that we've done, that we have comprehensive reporting on behalf of members of our department when they use force. So with that, I submit it back to you chair. |
| Regina Jackson: | So deputy chief, who was put in charge of the demonstrations? |
| D.C. Armstrong: | So every night there is a incident commander at the deputy chief level or captain level dependent on the expected size of a protest or demonstration. So on the nights in question, there has been a deputy chief in charge of each night's event. |
| Regina Jackson: | So the Monday night who was in charge of that demonstration? |
| D.C. Armstrong: | I believe Deputy Chief Holmgren was in charge of the... he was the incident commander for Monday night. He'll be doing an after action report for all the events relevant to Monday night. |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Regina Jackson: | There is... and I'm sure that the other commissioners may have some questions, but since we were following up on the tear gas, the question that I have around these different, the munitions, how are they disseminated to the troops since you also had... what do you call them? The mutual aid agreements? Did you disseminate your stuff to them? How did that go? |
| D.C. Armstrong: | No. So we only have specially trained officers that deploy these munitions. It's a very select group. They have special training in the deployment of these particular munitions. We don't distribute them to other agencies. Other agencies come with their own munitions. Prior to sending any agency into our community, they first meet with OPD command staff. We go through our crowd control policy with them, and we advise them that what particular munitions are not authorized by our policy. We can't force them not to bring those, but we do let them know that we ask that they not use certain munitions. We'll say again, that the Oakland Police Department throughout the events did not deploy any rounds. I think we heard some complaints about being hit with rubber bullets. The department did not deploy and does not deploy rubber bullets. |
| Regina Jackson: | So when the after report is done by the mutual aids entities, as well as yourselves, when will we be able to get that report? |
| D.C. Armstrong: | So we request that all mutual aid provide us reports of their uses of force. When after action is complete, that will be included as a part of the after action. |
| Regina Jackson: | So can we get that report like next week? |
| D.C. Armstrong: | I won't commit to next week. I think the investigation is a pretty lengthy process. And so I want to give it its time for... because we're talking about two to 300 officers that are involved in those events. And so there is a review process for all officers who wrote written reports, and those can be in the hundreds. We usually, we'll give it a 30 to 60 day period to get all of that complete because that includes review of body worn camera footage as well. |
| Regina Jackson: | So we should be able to get that rapport by July 15th? |
| D.C. Armstrong: | Yes, we can work towards July 15th. Hopefully with the idea that this... we've seen a slow down in protests and all of our protests as of recently has been pretty peaceful protest, and so it's allowing us to begin to work on that administrative side of it. And so as long as the protest stay tempered and we don't have to go to a full deployment and bring everybody into the community to help out, I think we can begin to start that followup work. |

57



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Regina Jackson: | That's excellent. The next thing that I wanted to ask was, you identified Holmgren for Monday night, can you identify all of the, I think you called it, watch commanders? |
| D.C. Armstrong: | The incident commanders? |
| Regina Jackson: | Incident, excuse me. Yes. For each of the nights since the protest started. |
| D.C. Armstrong: | Yes. And every night, there was different factors on every different night. I can go into... Chief Holmgren was the incident commander on Friday, May 29th. I was the incident commander on Saturday, May 30th. Chief Holmgren was the incident commander from May 31st and June 1st. |
| Regina Jackson: | Thank you very much. I want to make sure we have a subject matter expert that asked to be able to speak Rachel Letterman. I think that it would be important for us to let her speak on the crowd control policy. And then if the commissioners have additional follow up questions for you or for interim Chief Manheimer, then we can ask those then. Is that all right? |
| D.C. Armstrong: | Yes. |
| Regina Jackson: | Okay, great. So thank you. Ms. Lederman, are you there? |
| Rachel Lederman: | Yes, I am. |
| Regina Jackson: | Thank you very much. You have the floor. |
| Rachel Lederman: | Is it possible... can I show a photo by just sharing my screen? |
| Regina Jackson: | No. We asked you to send the photo... Oh- |
| Rachel Lederman: | There's one actually if you can...well, we'll start with that then- |
| Regina Jackson: | We can see it. |
| Juanito Rus: | You can direct me what photo to show and I'm happy to do that for you. |
| Rachel Lederman: | Can you show the one of the woman's back with multiple wounds? Yeah, that one. |
| Regina Jackson: | Oh my God. |

58



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

Rachel Lederman:    So we just heard Deputy Chief Armstrong state that no specialty impact munitions were used, and that mutual aid agencies were fully briefed on OPDs crowd control policy, which prohibits these type of munitions from being used in crowds. They're absolutely prohibited for crowd control and they are not for use on an individual, if that person is in a crowd and can't be... and is surrounded by other people, they can only be used under OPDs on policy. If the person is a safe distance from other people. As you can see here, this person... actually you can't even see, Oh, the huge hematomas on her body. This is actually the person that the nurse who spoke was referring to. She was shot about 20 times after she said a rude word to the police.

Rachel Lederman:    So whether or not this was done by an OPD officer, mutual aid office that the mutual aid is under the OPD incident commander. They're responsible for making sure that they follow the crowd control policy. And actually the mutual aid is not supposed to be on the front line, doing crowd control. If this was mutual aid, it's still completely in violation of OPDs own crowd control policy, as well as obviously the law, because there was no reason to shoot all these munitions at this person. There's a couple more pictures that show people with the similar marks. And so this person was randomly shot in the chest. This is not a target area for these so-called less lethal munitions. And here's another one, this person's shot right above the heart. This it's not a quote unquote safe area that the police are allowed to target with these munitions.

Rachel Lederman:    I have more, but these are the only ones I'm going to show right now. The reason I put this picture in this is just because the blue tips munition was... these were found on the street. The blue tipped one is one that OPD, last I heard, carries. They refer to them as [inaudible 02:56:51], I think, but basically they are plastic and rubber munition that is shot and causes blunt force injuries, sometimes referred to as less lethal. But all of these types of impact projectiles are potentially lethal or can cause very serious injuries. I'm a civil rights attorney and I work with the National Lawyers Guild, we're the group that sends the green hatted legal observers out to demonstrations and does a lot of legal support for demonstrations.

Rachel Lederman:    And back in 2003, we got involved with perhaps what might've been a misguided reform effort when the Oakland police shot more than 50 peaceful antiwar picketers in longshoreman with these so-called Less lethal munitions, which I'm going to refer to as SIM, specialty impact munitions. So the NLG and the ACLU sued, and we spent about nine months negotiating with OPD to create a crowd control policy, which became a federal court order. This was supposed to obviate these type of injuries. But then what we've seen over the more than 15 years since then is that each time movements are on the rise, OPD just tosses its own crowd control policy in the garbage regardless of the fact that it's a



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

federal court order. We had to file two more lawsuits, after OPD cause many serious injuries and made unlawful mass arrest of protesters in 2010, 2011. Again, we spent months negotiating OPD and the City of Oakland agreed on a policy which prohibits the police from shooting dangerous munitions and explosive grenades into crowds.

Rachel Lederman:     We did a lot of followup and actually trained a lot of the officers and we thought they were doing better, but this past 10 days have shown that we actually made a big mistake in allowing OPD to continue stocking these munitions at all, and to continue stocking chemical weapons. OPDs own policy recognizes that chemical weapons like tear gas can produce serious injuries or death. The policy, as I think was mentioned, dictates that crowd control chemical agents like tear gas should only be used if other techniques have failed, there's imminent violence and the police have no other alternative.

Rachel Lederman:     But OPD has violated this policy repeatedly May 29th, May 30th, May 31st, June 1st, even though as many people pointed out we're in the midst of a pandemic of a respiratory illness, and this is just about the worst thing that they could do. So we heard from a number of speakers about the high school organized march on Monday, June 1st, this was a peaceful march, but the police launched a barrage of tear gas, flash bang grenades ammunition. As far as I can tell from all the people I've talked to and the video I've reviewed, this was all in response to nothing more than one person throwing a bottle.

Rachel Lederman:     Most of the crowd was just actually peacefully standing with their hands up. The narrative that the police put out about this as Deputy Chief Armstrong partially admitted is false. We've seen nothing indicating any large scale aggression from the crowd that would necessitate this world war three kind of a barrage of force. And it's beyond dispute that OPD didn't give any warning or order to disperse before they started tear gassing and shooting. So, I've talked to a number of people who were halfway up the block from the police line and heard no warning. And then were trapped in the tear gas and unable to get away because they just couldn't run fast enough or overcome by the gas. Similarly, the previous night, May 31st, your guests was used on people who were trying to leave the car caravan, were in their cars causing no harm.

Rachel Lederman:     Bystanders standing around on the street were tear gassed when there was no unlawful activity taking place, there was no reason for these chemical agents to be used. And the thing is that each time they've been using the tear gas, they're also throwing the flash bangs or which we call CS flash grenades and shooting the SIM directly into the crowds. Whether or not this is OPD or another agency, it's clearly been prevalent starting on Friday, May 29th. The OPD policy expressly prohibits shooting or throwing these munitions into the midst of a



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

crowd. It might seem like throwing many explosives in conjunction with tear gas is an expedient way to get rid of protestors. It actually causes chaos and injuries. On Friday someone was trampled, on May 29th. Tossing the CS blast grenades, those are the ones that have a flash in a bang into the air above the crowd or at their feet, has caused [inaudible 03:02:48] injuries, and on other occasions, severe chemical burns, permanent hearing loss.

Rachel Lederman:    And it has in the past subjected the city to major liability. The impact munitions are prohibited for crowd control. They have caused permanent brain damage, when a peaceful protester during Occupy Oakland was hit point blank in the head. The officer was aiming for someone far behind him. Even though OPD knows this and experienced this tragedy and paid a whole bunch of money out for it, they continue to use these weapons in an unreasonably hazardous manner on the slightest excuse it seems. The NLG legal observers report, there was no unlawful crowd activity in their vicinity on May 29th when they were forced to run by chemical agents and CS blast.

Rachel Lederman:    They were unable to escape the tear gas exposure and at one point, three legal observers scrambled to get out of the street when police began tossing explosive CS blast grenades right at them. But when they went onto the sidewalk, motorcycle officers rushed at them. It was terrifying because they couldn't escape to safety and there were no announcements telling them what to do or where to go and nothing going on to justify this very high, dangerous level of force. Another legal observer was actually struck with a SIM, a rubber bullet, when simply observing half a block from the police line.

Regina Jackson:    Ms. Letterman. I would just like to ask if you could wrap up in about 30 seconds because we're still having to hear more testimony, so just wanted to-

Rachel Lederman:    So I think it's clear that OPD must not be allowed to stop chemical weapons, CS blast grenades or SIM for crowd events. I don't want to be back in another 15 years looking at another similar horrific photo of someone shot multiple times in the back like we have in the past it's time for some real change and the mutual aid can't be used as a cover for OPD to violate its own policies. They're responsible for making sure mutual aid comply. I also just want to mention another violation was that a number of the people arrested have been taken to Santa Rita Jail, even though the statewide emergency order provides zero bail for most offenses. The policy, as well as the emergency order require that those arrestees should have been cited and released in Oakland and not end up spending 12 to 14 hours potentially getting infected or spreading infection in the jail.

Regina Jackson:    Thank you very much. It was very insightful. Appreciate your comments.



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Rachel Lederman: | Thank you. |
| Regina Jackson: | Thank you. Deputy Chief Armstrong, we're going to go back to you. |
| D.C. Armstrong: | Yes. So, thank you chair. A couple of things I just want to address, I think, I've heard from Ms. Letterman, as well as the department has received a letter from both her and Mr. Channon, we will be responding to that letter. I just want to clear the record that most of what we've heard is centered around OPD deployment. I think what is missing from the conversation is the amount of violence that OPD was incurring. Is clear that if you look at the Downtown Oakland, over 200 businesses have been looted and destroyed. Officers were under immense violence through the throwing of rocks, bottles, Molotov cocktails. We had over 30 officers injured, some of which were transported to the hospital. And sadly there was a federal security officer murdered during these protests. We had people shoot firearms at the building. |
| D.C. Armstrong: | We may several arrests and recovered firearms. So the idea that OPD was not facing any violence throughout this protest is just not true. And so that's why I've asked the commission just to reserve judgment until we do our after action reports. I think a lot of what we've heard today centers around people what... isolated stories. We want to make sure that we do a comprehensive review of all of these incidents and take them into context of what was actually occurring on that particular night. Be able to read reports and look at OPDs body worn camera footage, as well as our own video camera footage that we had in the community that evening. And so I just think, if commission... we know that we report to you and we know that you will have a chance to review and make a determination as to the appropriateness of our use of force on each one of those evenings. |
| D.C. Armstrong: | I think Chief Manheimer has committed to a thorough review and bringing that forward to the commission when it's complete, we are not trying to hide anything. If we did not comply with our policies, we want to hold our staff accountable. We want to make sure our community understands that we take this serious and that we are not out here trying to hurt or injure people. We also don't want to incur our officers to be injured as well. We're all human beings and nobody should be assaulted, not whether you're a protester or a police officer. And so we just want to make sure that we go through our thorough investigative process. And if we've made mistakes, we'll acknowledge those mistakes and we'll take corrective actions and hold people accountable. But we want to make sure that we do, with all due respect, that we're given an opportunity to at least do a thorough review. |
| Regina Jackson: | Deputy chief question, have you all ever had an external after report done? |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| D.C. Armstrong: | Yes, we- |
| Regina Jackson: | [crosstalk 03:08:54] Not by you, but outside. |
| D.C. Armstrong: | Yes. We consistently face a thorough review and [inaudible 03:09:04] does a thorough review of course as well. |
| Regina Jackson: | All right. I think that some of the challenge obviously is in that first report and then turned out that it was not accurate. And so then there was another report and I know that we all want some clarification. [inaudible 03:09:26] The commissioners? I'm sorry, I didn't mean to cut you off. |
| D.C. Armstrong: | No, I understand it. And so I will say that on behalf of the department, I think we want to be transparent and try to get information out to the public as soon as we can. And sometimes when you're doing an investigation, things do change as new evidence comes in or new video is brought to light. And so we're consistently reviewing evidence as it comes in. And then that's sometime may change even certain viewpoints that we had early on as we learn more. And I think it was just our effort to be transparent and speak about what it is that occurred on these evenings. And so we recognize that and when we need to correct information, I think that's the honest way of doing it is to acknowledge that we recognize that things may have changed. |
| Regina Jackson: | Thank you very much. Commissioner Anderson has a question. |
| Tara Anderson: | Thank you, Chair Jackson. First, I want to thank you Chair Jackson for your leadership and pulling this hearing town hall together on such a short timeline. I'd like to thank our panelists, the speakers, all of the public speakers, just been a tremendous display of courage to share your stories, your traumas. And we have a responsibility certainly as a commission and certainly myself as a community appointed member to the commission to hear those voices raise them. As we serve at our role as this innocent oversight body to the Oakland Police Commission. I heard a lot about some of the very policies that our legislators have been bringing up about banning the tools of oppression like tear gas and rubber bullets, and while the chokehold, which I want to clarify for folks who may not understand the chokehold is the breath to brain pathway. |
| Tara Anderson: | You can think of it and is already banned in California, but the carotid hold is the blood to brain pathway. So to think that there would be exclusion for one over the other, in some regards as ridiculous. So absolutely we need to ban these tools of repression. I'm also interested in our dialogue around complete reform to our justice system and proposals that have been made around national registries for bad actors, officers who engage in misconduct and rotate from |

63



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

department to department. The culture remove qualified immunity. And the fact that through binding arbitration findings by our very own CPRA or IA itself within the police department can be resolved or overturned. And then more recent conversation that we've seen modeled in other communities. And we'll have a good fortune to discuss on our Thursday agenda around defunding the police and understanding police budgets. I'd also like to call to attention AB 2054 Kamlager bill, which would create the funding opportunity for emergency services. A grant program that would pull resources towards a crisis response by medically trained mental health professionals.

Tara Anderson:     I think it's important to control and ban the tools of oppression, but we also must pull it out from the roots. And I'm struggling with understanding how we do that in Oakland. And especially when we have one of seven primary arresting agencies falls under our discretion or our jurisdiction as the Oakland Police Commission. So I would love to hear from the panelists about given... and I appreciate the expert presentation that we just heard and the horrifying photos that we saw and trying to understand how we, and our duty as the Oakland Police Commission can carry forward, rooting out this deep, deep role of... we can't just take away the tools of oppression. It's deep and we need radical reform. And I certainly see revision of LL as a way forward, continuing in that radical reform.

Tara Anderson:     But I'm very interested, especially from our early panelist, youth leaders and the other experts on the panel about how we can root out this kind of... not the police department, we certainly want for our City of Oakland. And I do believe that deputy chief also joins in the sentiments about wanting a culture of a police agency should one continue and opened that represents value that we can call upon to truly feel safe.

Regina Jackson:    Yes. Thank you. Let's see. I think you were asking a few of the panelists to comment, and unfortunately, I think the only one that is still with us is John Jones III. Did you want to direct your question to him or?

Tara Anderson:     Thank you chair. John, if you would so be inclined to respond, I think my question really ties to great policy efforts that have been put forward about banning these tools of oppression, tear gas, rubber bullets, particular holds, other types of reform, including national registries and defunding police. What do you see as a way forward? And as someone who is responsible for appointing members to the Oakland Police Commission, what are next steps?

John Jones III:    I would thank you. I think for me, that's a start. It's important to look at all the moving parts, right? There's different aspects of this that's important. So certain use of force. It's important to look at to your point, what are the things that we



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

can make sure it doesn't happen again? What is a protocol around tear gas, for example. The police commission has an opportunity, and I want to connect this with the city council, the importance of looking at how can we shrink the proverbial elephant in the room. Someone told me how you eat an elephant, it's the same way you eat a loaf of bread, one slice at a time. Right? I mean, I believe that. I mean... and then, excuse me, because my thoughts are a little... I'm a little distracted by my five year old over here.

John Jones III:    I've been still trying to follow and pay attention. I would say that also, I think it's important to have deeper conversations, which include exploring this topic and more, because I think sometimes it's a tendency to create something quickly that may feel good. But one thing I've learned the importance of dotting our I's and cross our T's... excuse me. That's my five year old. Daddy's Still working, okay. We're working to keep you safe. So I'm about to end right there. My apologies.

Regina Jackson:    No, that's good. Thank you very much. I think that's very helpful. I actually want us to take a look at this whole tear gas thing. I want to understand why we still use it when San Francisco doesn't. And I wonder deputy chief, if you can speak to that and educate us around that and what is our way forward? I would like to see us not have chemical weapons, but is there something I'm missing?

D.C. Armstrong:    So, we've reached out to San Francisco and San Francisco does use the tear gas. They do have access to it, their specialized teams bring that munition with them when they're dealing with crowd control situations. I think what you've heard from both myself as well as Ms. Letterman and Mr. Channon and other venues is that our OPD policy is very-restrictive when it comes to the use of tear gas. And so imminent danger is a very high standard, or committing a serious violent acts is a very high standard. And so I think we have put parameters in place based on past incidents, to control this. I think to chief Manheimer point today, and her memo to you guys, is that we are going to look at San Francisco's model and see if there's a way in which we could can minimize the use of it. But I think our history, if you look at our past history, we have not frequently deployed tear gas. It is not something that we go to frequently. We have been very good about, in the last four to five years, with coordinating with those that are having protests in our community.

D.C. Armstrong:    And so following our policy, which requires us to make contact and see if we can facilitate a peaceful demonstration. And I know that in this case, for the first time in many years, this was not one that, we met some confrontation as well as some violence. And so we will go back and do a thorough review and see, and look at the appropriateness of our deployments, and then examine if there's a need for us to look at different ways of doing things. I think we're open to that.

65



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

|  |  |
|---|---|
|  | We're not at all saying that these were, that every night was perfect. And I know that that means that there's always room for us to grow from what occurred in each one of those evenings. And so we'll be looking to learn from those evenings. |
| Regina Jackson: | Okay. Thank you very much. I see Commissioner Prather, and as you just mentioned, Mr.Chanin. So Commissioner Prather, you're up first. |
| Edwin Prather: | Thank you Madam Chair. Can you hear me okay? |
| Regina Jackson: | Yes. |
| Edwin Prather: | Fantastic. So I just wanted to make a couple of comments, and it occurs to me that we are having a discussion on two issues, and I want to make sure we're not conflating the two issues here. And the first to me is very much about OPDs responses to protesters and to crowd control. Everyone knows, following my record on this, on the commission, I'm not one to rush to judgment. But it certainly appears that not everything was done perfectly by OPD in terms of both responding to protestors and crowd control, but it seems to be more of a national theme. And so I can't just point the finger at OPD, although I'd like to, because every time I turn on the TV or turn my computer, I'm seeing people, officers in riot gear push down an old man in Buffalo, or I'm just seeing all kinds of officers, basically under the guise of standing up for law and order, really expressing this violent contempt for democracy, a violent contempt for the first amendment. |
| Edwin Prather: | And it's completely unacceptable, and especially unacceptable in a city like Oakland that has such a history. We are so rooted in the history of social protest. And the fact that we don't know, the city of Oakland and our citizenry, and we don't know how to deal with protest, this is wrong. We need to do better. To me this is very simple, no rubber bullets, no chemical weapons. These items are about overcoming resistance. Looting, as I heard, Deputy Chief Armstrong mention, looting is not resistance, looting is petty theft. Looting is a misdemeanor, looting is a violation of penal code section 484. This is not violent towards officers. Okay? Using a lethal weapon, such as rubber bullets or a chemical weapon, is not only excessive, these are weapons of last resort. So we as a commission need to look at this as soon as possible. |
| Edwin Prather: | But I want to say this, and I know that Interim Chief Manheimer, I know Deputy Chief Armstrong, and I know there are other members of OPD listening in to this Town Hall, it's you don't have to wait for us. You don't have to wait for the city council to weigh in to do the right thing. Just because something is allowed under policy, And as we all know because we've been looking at policies for |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

three years now, that some policies aren't up with the times. Whether it's right morally and in the protection of our citizenry must be decided, you as a department, must look at this now and make a decision now.

Edwin Prather:     And I heard Deputy Chief mention, well, we're going to do a thorough inquiry. We don't have time for a thorough inquiry. You know what's right, do it now, or we'll do it for you. And when we do it, we'll take it to the city council, and we'll, again, we'll do it for you. OPD has to be proactive, look at itself internally and make its own changes. Now is the time to make changes. Okay? So that's item number one about protests and crowd control.

Edwin Prather:     Two, this is really about a bigger systemic issue about the policing of black Americans. And we've heard from a number of speakers that, why is it that... And I just want to crystallize this for everyone, because this is what everybody's saying, why don't American police forces, including LPD, act as if they're accountable to black Americans? They act like black Americans, aren't citizens, and this is wrong. Everyone knows this is wrong. Why is it that citizens in Oakland don't feel safer when OPD is present? This is wrong, this needs to change.

Edwin Prather:     And if I were an officer and I took an oath to uphold the badge, and to protect and to serve, and to protect my community, and make my community a safer place, and my entire community didn't feel safer when I was present, I would have a problem with that. And I think that OPD needs to look at itself right now and decide how it's going to make changes to gain the confidence back of our citizens. The police department has been acting for years as if the community should change to it, but that's wrong. The police department needs to change to the community.

Edwin Prather:     And whether we're talking about defunding, or the changing of priorities, or using mental health professionals, or other kinds of professionals and not sending guns to every time there's a contact with a member of the Oakland police department, whatever it is, everything has to be on the table at this point, because this bigger systemic issue about the policing of black Americans has to be solved. And this is where it starts, in a progressive city like Oakland, we have to lead. We have, what's been called the strongest police commission in the country, and we need to make sure that we are pushing this issue. That status quo is not acceptable, that we are finding ways to make policing better, to make our citizens feel safe and feel confident in our police department. And so, again, I implore you Deputy Chief, and I'm sorry, because you're the only one on the panel here with us.



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

Edwin Prather:     Look, I do want to say, I appreciate you being here. You are of the highest character, you are a standup guy and you're taking the hits for the department tonight, and I appreciate you. But this is the message we have to send to you, and you have to take back, is that OPD has to make immediate analysis of itself. It has to make immediate changes for the better, because if you don't make the changes, if OPD doesn't proactively make the changes, we're going to do it for you. The city council's going to do it for you. And frankly, the Mayor's going to do it for you. And so thank you, Madam Chair for allowing me my little diatribe here, but I think it was a couple of points that needed to be said. So thanks.

Regina Jackson:     Commissioner Prather, I absolutely agree with you and I'm sure there are a bunch of nodding commissioners if we could see everybody's face. At this time, I want to give Mr. Chanin an opportunity, he's been waiting. And then we have to go back to the, I think, 10 or 12 public testimonies that have been waiting patiently. Go ahead, Mr. Chanin.

Jim Chanin:     Can you hear me now?

Regina Jackson:     Yes.

Jim Chanin:     Okay. Thank you. Look, I know you have a hard job, Chief Armstrong, but you're making it harder by what you're doing. Not you, but the people who aren't here tonight in the Oakland police department who have been very, very bad actors during this demonstration. After Occupy Oakland, Chief of Police Downing, Ms. Letterman, who you've already heard from, and I, taught crowd control to every Sergeant in the Oakland police department, every one. And we work great together, I'm sure I don't agree with everything that Chief Downing feels or says, and I'm sure the reverse is also true, but we did it together. We were received well, we even got applause a couple of times. And we've had, since those lectures, six years of relative peace until now, frankly now, I am incredibly disconsolate. I don't know what to do.

Jim Chanin:     You guys allowed Sheriff Ahern, who is horrible. I was there 51 years ago when the blue meanies, they wore bright blue uniforms, had shot and killed James Rector in a demonstration off a roof in Berkeley. Nothing has changed since then with the Alameda County Sheriff's, and you let him dictate to you how to act in this demonstration, and tonight you're seeing the result. You should, I don't know what it takes, but he should not be part of your mutual aid anymore. He is a thoughtless, horrible human being who doesn't believe in any part of your crowd control policy. In fact, I've heard rumors that he threatened the OPD with withdrawal of his mutual aid if you didn't do what he said. Well, you should take him up on his offer. Take him up on it.

68



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

Jim Chanin:   I didn't see any evidence of medical aid, which is required by the crowd control policy, despite these horrible pictures that Rachel Letterman showed and all the other speakers. It is not right to harm innocent people because violent people are among them. It's exactly like if every person said that you officers are all like the cop who killed Mr. Floyd. Okay. Does that make you happy? Well, think of how people feel when they are injured recklessly by Oakland police and their allies for doing nothing but expressing their first amendment rights. This crowd control policy is meaningless when you have stinger grenades that we found on the ground, which are explicitly banned by the crowd control policy.

Jim Chanin:   I think that your next meeting, or whenever you can notice it, it seems like you have to be an idiot to use tear gas during a pandemic. But if Oakland police continued to use... No, not if they use, at your very next meeting or whenever it could be noticed, you should ban tear gas during this COVID pandemic. How can you rationalize using tear gas, which is medically proven to exacerbate COVID, how can you do that? It's just, it's staggering. I don't get it. Okay? So don't do it, just don't, because waiting for them to do it, if they do it tomorrow... I know Chief Manheimer is listening. And by the way, Chief Manheimer, we wrote a seven page letter to you, and we have heard absolutely nothing from you. Unlike your predecessors, who were responsive to the National Lawyers Guild, who actually taught a class with us, you have not said one word tonight, and you have not said one word in response to our letter, which detailed explicitly all the bad things that you did, your department did.

Jim Chanin:   The people you deployed, Patrick Gonzalez, Hector Jimenez. Hector Jimenez, I saw a picture of him on the line in uniform, ready to go, Hector Jimenez killed two of my clients. He shot one in the back, and another one he killed also. Of course they were both black, of course it was in East Oakland because that's what Hector Jimenez is allowed to do in the poorer parts of our city. And now you have him on the front lines. It's outrageous. I could go on. I could talk about the $10 million that Oakland has spent in crowd control situations from a certain period to 2012, at the exact same time San Francisco paid zero. So we're not talking about some pie in the sky solution. We're talking about something that can be done, and is done right across the Bay most of the time. I could go on a long time, but out of loyalty and respect for the remaining speakers, I'm going to yield my time now.

Jim Chanin:   But I've just begun to unwind on OPD for the absolute travesty of this demonstration. And especially as compared to the other good jobs that they did in Berkeley, Chief Alison was there. And finally, let me just say this, this mixing of OPD with Alameda County Sheriff's, I've never seen that before. Never. OPD was a distinct group in Berkeley when that demonstration. Mutual aid always was put in the background, but now they're not. Okay? I don't know how this



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

|  |  |
|---|---|
|  | happened, or why it happened, but it should stop happening right now. Thank you. |
| Regina Jackson: | Thank you, Mr. Chanin. I think I saw a hand from Commissioner Jordan. Was that correct, or no? And then we're going to get back to our public testimony. I really appreciate everyone who's waited so long. Okay. So yes. |
| David Jordan: | Yeah, I'll be brief. I was just, I wanted to point out to Mr. Chaning, that we are going to be reviewing that special equipment policy later this week. So this fits perfectly well, as the current draft of the policy is already on the agenda, and they see no reason why the commission can't have a deeper, more robust conversation about the use of sponge or rubber bullets, CS gas impact, CS projectiles, along with that. It seems like that should be our first and most obvious step, given everything that we've heard tonight. |
| Regina Jackson: | Yes. |
| David Jordan: | Yeah. |
| Regina Jackson: | I think that we will be making a lot of decisions around how to make sure that public safety is safe. So thank you very much for your comment Commissioner Jordan. I want to go back to Mr. [Rousse 03:35:38] so that we can honor the folks that have been so steadfast in waiting for their turn to give testimony. Mr. Rousse. |
| Juanito Rus: | Thank you chair. At this time, I'm showing 10 people remaining in the queue from our original cutoff. |
| Regina Jackson: | Yes. |
| Juanito Rus: | And then additional 18 people who have joined the queue after that time, so I will take the comment from the 10 and the commission can let me know what they would like to do after that? |
| Regina Jackson: | Okay. Thank you. |
| Juanito Rus: | The first name that I'm seeing in the queue at this time is Edwina Baier. Hello, Edwina. Can you hear us? |
| Edwin Baier: | Hello? Can you hear me? |
| Juanito Rus: | We can hear you. You have one minute, whenever you're ready. |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Edwin Baier: | Great. I just wanted to say that the story that we've been hearing over the last few days and George's story, Oakland story is not new and it's the story of my entire lifetime. I'm an Oakland resident, and I want to say shame on Libby Schaaf, shame on the OPD, shame on the city of Oakland. But also thank you to the courageous people of Oakland, thank you to the black and Brown people who have suffered and continue to suffer, and are brave and hopeful against police terror. Our voices need to be heard, and you may not realize it, but our voices are already being heard here and around the world. Change can no longer be deferred, and it's time, it's our time and you can help us change the world. You can change the story of my life, and the story of all of our lives. Fund education, fund healthcare, fund youth programs, fund art, fund life, and defund the police. Black lives matter. I yield by three seconds. |
| Juanito Rus: | Thank you, Ms. Byer. I will lower your hand. And the next speaker I have in the queue is Taylor Nelson. Hello, Taylor Nelson. Can you hear us? |
| Deborah Nelson: | Hi. And for the record, my name is Deborah Nelson. And I have patiently waited with my college age daughter since six o'clock. And just a quick question, there were many, many people a couple of hours ago who ceded their time, and specifically stated others could talk. So I don't know if you're willing to honor that at this late hour. |
| Deborah Nelson: | I want to twist the narrative a little and address the fact that in the report that I've seen for the monthly information, the statistics regarding the equity, as it relates to outreach, seem a little bit... You have data that shows that only 41% of your sworn staff are accounted for, with the majority of them living in Contra Costa. But when you break it down by city, then it looks good, it looks like Oakland leading the way by 9% with the last report that I see online. So my request of the city is to do a lot more on your proactive outreach, both gender and diversity. That's represented of the city. If in fact defunding the police doesn't take place, the community needs to look like a community. And growing up here in East Oakland, I can tell you it doesn't look like that anymore. |
| Juanito Rus: | Thank you Deborah. |
| Deborah Nelson: | And so- |
| Juanito Rus: | Your time is up. I'm going to lower your hand at this time. And the next speaker I have showing is listed as Idris. Hello Idris, can you hear us? |
| Idris: | Yes. Can you hear me? |
| Juanito Rus: | We can hear you. You have one minute whenever you're ready. |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Idris: | All right. I'm want to applaud Commissioner's Anderson, Prather and Chanings' statements, specifically the willingness to defund the police and ending the use of the chemical warfare and projectiles against citizenry. In particular, I want to ask the commission for four things, and Commissioner Harris, I'm disappointed by your comments. And I want to ask you, if any of the commission is not ready to take action, I ask that you step down and make space for people who will. Especially the leaders we've heard today. In particular, I'm looking for you to create a transition plan to abolish the OPD and transition to alternative programs. |
| Idris: | I'm looking for you to implement the CDCs recommended national violent death reporting system and DDRS, which will allow us to track how much violence is being caused by the OPD. I'm looking for you to draft a military ordinance that would have the effect that was discussed earlier, and to hold a forum, similar to this one with Chief of Police's and Manheimer present, on a monthly basis until we have trust in her. And it's not appropriate that she's not speaking here on behalf of all those murderers she's responsible for. Thank you. |
| Juanito Rus: | Thank you. I will now lower your hand. And the next speaker I have in the queue is [Maria Zamudio 00:22:38]. Hello, Maria, can you hear us? |
| Maria Zamudio: | Yeah. Hi. Can you hear me? |
| Juanito Rus: | We can hear you. You have one minute, whenever you're ready. |
| Maria Zamudio: | Hi, my name is Maria I'm a resident of district three. As I've been sitting here waiting for my chance to speak, I have heard multiple sirens, multiple helicopters above me. I have just heard flashes and bangs to demonstrate that the continued militarization of our streets is still happening by OPD. I know you all are commissioners, your job is to oversee the police department, and as has been said multiple times before, this department is beyond reform. It needs to be deeply defunded, the resources should be allocated to housing, healthcare, dignified jobs, and the things that really make sure our community is secure. We're in the middle of budget season, let's put the money to good use. |
| Juanito Rus: | Thank you. I will now lower your hand. And the next speaker I'm showing in the queue is [Daniel Chan 00:03:41:58]. Hello, Daniel Chan, can you hear us? |
| Daniel Chan: | Hi. Can you hear me? |
| Juanito Rus: | We can hear you. You have one minute, whenever you're ready. |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Daniel Chan: | Hi, my name is Daniel Chan, I was born and raised in Oakland, I graduated from Oakland Tech in 2004. First, I want to thank everyone who spoke before me, I appreciate hearing your voices and comments. It's not enough to register and vote. Know who your commissioners are, know who your councilmen, councilwoman, assembly members, sheriffs, all elected officials. Make your voice heard. All politics are local and officials need to be held accountable. |
| Daniel Chan: | What I would like to see is the following, a solid plan to move the OPD out of federal oversight. We have been in federal oversight for 17 years stemming from the Oakland Riders case. We have had many, many police chief changes in that time, most recently Anne Kirkpatrick this year. What are the defined goals and measurable outcomes we need to achieve? To revisit the relationship between district attorney's office and the police. How's the district attorney supposed to prosecute police misconduct when they rely on the same police to prosecute formal crimes? Three, I'm concerned about qualified immunity in the general sense that actions taken by the police are treated differently than actions taken by the public. While they are authorized to exercise the use of force, it seems that they are never held accountable when things go wrong. |
| Juanito Rus: | Thank you, Mr. Chen. Your time is up. I'm going to lower your hand. And the next speaker in the queue is [Billie Jean Carter 00:03:43:30]. I am seeing that Billie Jean Carter is on an older version of Zoom, so I'm going to have to briefly promote them to the panel. Hello, Billie Jean Carter, can you hear us? |
| Billie Jean Carter: | Yes. Can you hear me? |
| Juanito Rus: | We can hear you. You have one minute, whenever you're ready. |
| Billie Jean Carter: | Okay. Just to revisit the history and come forward. If we go back to World War II, it's an historical fact that Oakland recruited white men from the South during World War II to deal with the large population of blacks that were coming from the South. If we come forward to the sixties and the abuse of black people in Oakland during the 1960s, to the 10 black men being killed in 1979, to The Riders, to the pedophiles that are, some of whom are still working with the police department. Oakland police department is an agency that is out of control, has been out of control, and I just believe that it should be designated an unlawful organization and a terrorist organization. And it should be dismantled and reconstructed from the bottom up. Thank you. |
| Juanito Rus: | Thank you Mrs. Carter. I'm going to mute you. And the next speaker I'm showing in the queue is Serena Lim. Hello, can you hear us? |
| Serena Lim: | Yes. Can you hear me? |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

Juanito Rus:         We can hear you. You have one minute, whenever you're ready.

Serena Lim:          Hi, my name is Serena Lim. I'm an attorney and resident of Montclair, Oakland. A couple of friends and I were leading a car caravan protest, organized by Anti-Police Terror Project on Sunday, May 31st. We were one of the first cars at the red light at 14th and Broadway. When at 5:45 PM, dozens of officers swarmed the intersection. Everything was peaceful, and the OPD representative, who just spoke, was utterly disingenuous to this commission as they could not possibly justify any violence toward them on 14th and Broadway. When they deployed tear gas.

Serena Lim:          There was no announcement or dispersal order, and I saw them throw at least five canisters of tear gas toward our car, and about 20 to 30 peaceful bystanders. People were crying and trying to pour water into their eyes. That evening, myself and another friend in the car started to have trouble breathing. I have asthma, and this past week I started wheezing, which I haven't done in a year. I'm also in the middle of IVF and tear gas is toxic for fertility. It's dangerous and unethical that OPD tossed tear gas for no reason, especially when folks are having so much difficulty during coronavirus. And please disarm and defund the OPD, it's a racist organization-

Juanito Rus:         Thank you.

Serena Lim:          Targeted protestors-

Juanito Rus:         Your time is up. I'm going to lower your hand. The next speaker I'm showing in the panel is Txana Wukong. Forgive me if I mangled your name. Txana, can you hear us?

Txana Wukong:       Yes, I'm here.

Juanito Rus:         You have one minute, whenever you're ready.

Txana Wukong:       All right. Let's just get facts straight. Prisoners and inmates were once known as slaves, police were once known as slave catchers. The only thing that's been reformed is the words used ain't nothing else changed. So let's just be real with how we turn this, because police have always been white supremacists, police have always been terrorists, police have always been illegal in the eyes of humanity and all laws of nature.

Txana Wukong:       So with that said, defund the police. But after we defund the police and disband the police, we will still have people from the police walking around with guns,



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

with violent intentions. Not only defund or disband the police, jail the police, reform their minds, restore peace in our world because I have physically, and been able to verbally stop violence in my community without police. We don't need you. We are better off without you. As soon as we can get rid of the police, we can once again, restore peace. Ashay.

**Crowd:** Fuck the Police.

**Juanito Rus:** Thank you. I'm going to lower your hand now. The next speaker I have in the queue is Annalise Dohrer. Hello Annalise. Can you hear us?

**Annalise Dohrer:** Yes. Can you hear me?

**Juanito Rus:** We can hear you. You have one minute, whenever you're ready.

**Annalise Dohrer:** Great. Thank you. My name is Annalise Dorver and I was born and raised in Oakland. I'm currently living in district one. I am in full support of completely defunding the OPD and immediately banning the use of tear gas and rubber bullets. We have an opportunity here to be better Oakland, why not take it? Let's instead invest in housing, jobs, youth programs, restorative justice, and mental health workers to keep the community safe. Let's set an example for the rest of the country. Thank you. Let's go Oakland. I cede my time.

**Juanito Rus:** Thank you. I will lower your hand. And the next person I have in the queue is listed with the name of [Carmen 00:30:55]. Hello, Carmen, can you hear us?

**Carmen:** Yes. I can hear you. Can you hear me?

**Juanito Rus:** We can hear you. You have one minute, whenever you're ready.

**Carmen:** Okay. So my name is Carmen, I live in occupied Ohlone land in district three. And I urge you to listen, and actually really listen to the community, the mass, to not only defund, but also disband the police. Are redirect those funds to meet the needs of your constituents, including housing, jobs, mental health services, and more. I call absolute bullshit on your so-called policy on crowd control and the use of force, those are blatant and biased excuses.

**Carmen:** We need not to only reduce OPDs general fund budget, but complete disband the department of trigger happy terrorists, trained in military tactics dating back to the times of Urban Shield. I used the word terrorist intentionally because OPD, much like other police, ICE agents, border patrol and military, create terror in the communities while employing unnecessarily violent tactics against black



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

and brown people. Like the vile use of tear gas, flash grenades and more, like rubber bullets. The system is historically founded as white supremacist slave patrols, there's no reason for there to be an agency that gets away with murder while our tax money pays for legal settlements due to police murder, misconduct, negligence, let alone pay for bullshit overtime. You can't reform white supremacy.

Juanito Rus:     Thank you, Carmen. I'm going to lower your hand now. At this time Madam Chair, we have gotten through all of the public commenter's who had their hands raised at the cutoff point earlier this evening. I have 22 hands in the queue, but I will turn the meeting over to you for a decision.

Regina Jackson:     Okay. I'd like to make sure that we can hear everyone, but we're going to, I think we need to reduce the time again because it's just getting too late. Let's do 45.... time again, because it's just getting too late. Let's do 45 seconds and hear from the last of the public testimony. Thank you.

Juanito Rus:     That's another possibility, chair. I know that the time limit for submitting written public comment for this meeting was at 5:30 this evening, but I believe that on your authority, we could extend that if people who are still in the queue want to submit a written public comment that we could include those with the transcript.

Regina Jackson:     That's a great suggestion. We can offer that. If people would like to submit their comments in writing to us, and that will be great. Let's see how many more we have.

Juanito Rus:     Very well. I am changing the clock to 45 seconds and I will continue with the, now 21 people left in the queue at this time, ending with [Okiam 00:03:51:57]. The next speaker I have in the queue is Ivy Limieux. Hello, Ivy. Can you hear us?

Ivy Limieux:     Can you hear me?

Juanito Rus:     We can hear you. You have 45 minutes whenever you're ready.

Ivy Limieux:     Okay. 45 minutes. Great. Because I first want to say, shame on you all for lowering our time. We are paying for you to speak. We're paying you guys to listen to us so we should get all two minutes, and if you guys need to stay overtime, better we pay you guys over time then the fucking OPD. I'm a new resident of Oakland, Bay area native born and bred. I want to say the recent events are not a surprise to me. They're not an outrage and generations of family experience have shown me that OPD and all PD in the Bay area are a terrorist organization. Do I even need to remind you guys of the embarrassing,



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

|  |  |
|---|---|
|  | tragic and appalling expose of sex abuse and trafficking that happened a couple of years ago? My mother was part of that. Oakland PD is not only should be investigated for the absolute atrocities that they committed this last weekend, but for everything that they've done in the last 50 years. |
| Juanito Rus: | Thank you, Ms. Limieux, your time is up. I'm going to lower your hand at this time. Next person I have in the queue is Annalaura Castrovaldivia. Annalaura, can you hear us? |
| Annalaura Castrovaldivia: | Yeah, I can hear you. Hi, my name's Annalaura Castrovaldivia. I'm a resident of district seven. I have been all my life and honestly, I don't know why we continue to tell you all the same things time and time again, and no one learns. I left to get my bachelor's degree, and now I need to get my master's in order to get paid a third of what OPD gets paid on a regular salary, and I'm an educator for the OUSD system. I think it's ridiculous. I just marched with all of the family members of Eric Salgado, and to see the pain in everyone's body, and all of their family members is, I don't even know how you guys could continue to honestly do the job that you do, because it's a shame. |
| Juanito Rus: | Thank you, Annalaura. I'm going to lower your hand at this time. |
| Juanito Rus: | The next speaker I have in the queue is Alan Marling. Hello, Alan Marling. Can you hear us? |
| Alan Marling: | Okay. Can you hear me now? |
| Juanito Rus: | We can hear you. You have 45 minutes whenever you're ready. |
| Alan Marling: | Hi. I'm Alan Marling, Oakland resident. I just marched with the black youth for Eric Salgado. The CHP murdered him and shot his wife, causing her to miscarry. I wish I could say this sort of behavior doesn't represent police at large or OPD in particular. That's not the case. Across the nation, the servants of law have shown themselves to be lawless. The servants of peace act more like mobsters. I call for 50% of the OPD budget be immediately defied for the roadmap for abolishment of the entire department. Any city official, especially the mayor, not prepared to do that should resign. I yield the rest of my time, and fuck the police. |
| Juanito Rus: | Thank you. I will lower your hand. |
| Juanito Rus: | The next speaker I have in the queue is Anicia Santos. It appears that Anicia using an older version of Zoom, so I will promote them briefly to the panel. |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Anicia Santos: | Hi. Can you hear me? |
| Juanito Rus: | We can hear you. You have 45 seconds whenever you're ready. |
| Anicia Santos: | Thank you. I want to echo Mr. Prather's incredulity that your response to people being seriously injured and killed is that you'll be assessing the situation in weeks and that you also weren't prepared for this type of crowd control, and your gut reaction to a new situation is to tear gas and shoot at and beat anyone around. An organization that makes that unchecked decision should not be in existence. It's more evident that OPD are unequipped to keep Oakland safe, and that OPD is the greatest threat to this community, and that they must be defunded. I would also ask if you can speak to how militarized police in riot gear need more protection than the unarmed, unarmored peaceful processors that are victims of this wave of police violence? There's no answer to the terror that the black community faces at the hands of OPD, and I would agree with a previous speaker that you should sit here and listen to us until we are done speaking. |
| Juanito Rus: | Thank you. I will now remove you from the panel. At this time, the next speaker I have in the queue is Trent Hannibal. |
| Juanito Rus: | Hello, Trent. Can you hear us? |
| Trent Hannibal: | Can you hear me? |
| Juanito Rus: | We can hear you. |
| Trent Hannibal: | Okay. |
| Juanito Rus: | You have 45 seconds whenever you're ready. |
| Trent Hannibal: | I'm ready. Hi. My name is Trent Hannibal. I'm from North Oakland, [inaudible 03:57:07] to be exact. Tell me, man, I'm sorry, but fuck the police. They absolutely need to be defunded. That money needs to be going to Youth Uprising, YEP, [inaudible 03:57:20] or Atlanta College, a lot of these other places they're going to sit there and treat the foundation, restrict the foundation of the community of Oakland. I'm telling you I've been time and time again, harassed by the cops. This is nothing new. Shit is stupid. The culture has not changed since the murder of the black Panther party. You feel me? We got the whole black writers situation happened recently. Of course, with you guys raping the kids and shit, man. You all got to get this shit together. All right. We need to defund the cops and fuck the police right now until forever. I succeed my time. |

78



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Juanito Rus: | Thank you, Trent. I will lower your hand. The next speaker I'm showing in the queue is Rebecca Ruiz. Hello, Rebecca. Can you hear us? |
| Rebecca Ruiz: | Yeah, I'm a resident of district five and I just want to say that OPD has a complete disregard for human life. In the past week, I've seen them tear gas crowds with children in it. They've thrown flash grenades at crowds of people. One went off next to my ear. I was deafened for a little bit. I want to remind people that these are not nonlethal weapons. They're less lethal, which means sometimes they're lethal, which means they're lethal. They also don't wear masks at the demonstrations. I pleaded with them to put on masks. They're incredibly rude. They refuse. They walk around you sober without masks on during this pandemic. I want to urge Oakland to be on the right side of history here and have officials take a look at OPD. This is an obsolete organization. This is a barbaric organization and we are not in a place where we need to be putting up with it anymore. |
| Juanito Rus: | Thank you. I'm going to lower your hand at this time. The next speaker I'm showing in the queue is listed as [Cpena 00:08:12]. That's C-P-E-N-A. Cpena, Hello? Can you hear us? Hello, Cpena? Can you hear us? |
| Regina Jackson: | Go ahead and move on and maybe she'll come back. |
| Juanito Rus: | Okay. The next speaker I see in the queue actually spoke earlier, so I'm going to lower your hand at this time. The next speaker I showed in the queue is Reisa J. Hello, Raisa J, can you hear us? |
| Reisa Jaffe: | Yeah, I can hear you. |
| Juanito Rus: | You have 45 seconds whenever you're ready. |
| Reisa Jaffe: | Okay. I want to just second or third all the comments related to defunding the police. I'm really disappointed in the comments from the gentleman representing the police department. These comments did not demonstrate being really open to hearing what the community was saying. Calling out the death of the federal officer, which has not been demonstrated to have anything to do with the protest is just horrifying to me. Calling out the violence on the police without any reflection of how much of the harm to the police was caused by the violence that the police was committing in the first place. Protecting property is not more important than protecting people. Thank you. |
| Juanito Rus: | Thank you. I will lower your hand at this time. The next speaker I have in the queue is listed as Mandela. Hello, Mandela. Can you hear us? |

79



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Regina Jackson: | Go ahead and move ahead. Hopefully we can get her back. |
| Juanito Rus: | Very well. I'm going to lower their hand at this time. The next speaker I have in the queue is listed as Megan. Hello, Megan. Can you hear us? |
| Megan: | Hi. Can you hear me? |
| Juanito Rus: | We can hear you. You have one minute whenever you're, or 45 seconds. Excuse me, whenever you're ready. |
| Megan: | Great. Thanks so much. I'm a resident of district one. I wasn't going to say anything, but then I was listening to the call and I was so infuriated by deputy chief Armstrong's comments that I had to speak. I can't believe that he's trying to hold the OPDs report on their own behavior hostage by saying they can finish it faster or by the July 15th deadline, if we protest less or protest more peacefully. I don't know how we get more peaceful than a car caravan, but maybe he can tell me. I'm also infuriated like the last caller, by him trotting out the killing of a federal security officer as an example of the violence that OPD endured during the protest, even when I'm looking at an article in the San Jose Mercury News from yesterday that says even law enforcement things that it's unconnected. It is a coincidence that happened at the same time as the protest. It is criminal cynical, sick and twisted of the OPD to keep implying protestors killed this man. |
| Juanito Rus: | Thank you. Your time is up. At this point, I'm going to lower your hand and turn to the next speaker who is Kellen Thomas. Hello, Kellen Thomas. Can you hear us? |
| Kellen Thomas: | Yes, I can. Hi. My name is Dr. Kellen Thomas and I live and provide mental health care here in district three. Watching a week ago, Oakland police tear gas hundreds of peaceful protesters on Monday before curfew, including children and elderly as was just clarified was lied about the night after it happened because of a single water bottle being thrown across the barrier gate, is a completely inaccessible and excessive use of force after a simple water bottle. How was anyone's life under threat with that many police officers in riot gear. It's a joke. Police instantly retaliated with a flash grenade and an outrageous barrage of flash grenades and tear gas to follow. This needs to stop now. You're harming public life. Thank you. |
| Juanito Rus: | Thank you, Mr. Thomas. Your time is up. I'm going to lower your hand. The next speaker I'm showing in the queue is a phone in participant with the last four digits, one five, seven, four. Hello extension one, five, seven, four. Can you hear us? |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Cathy Leonard: | Yes. My name is Cathy Leonard. I'm an Oakland native. My question is how many more black men, women and children have to be killed in this country by federal, state and city sanctioned murder and mayhem. We have been in this country 400 years after being kidnapped from our native land. Ever since that time, the local police department and every police department in the city, in the entire United States, has been responsible for the deaths of black men, women, and children. I urge everyone tomorrow to vote at the city council meeting at 11:30 and demand that the council vote unanimously to pass the police commission's version of measure LL six until we can defend the police. Anybody, any council person who does not vote to support the police commission's version, stop saying black lives matter because it doesn't matter if you vote against the police commission. Thank you. |
| Juanito Rus: | Thank you Ms. Leonard. Your time is up. I'm going to lower your hand. The next speaker I have in the queue is listed as Em Juno. |
| Em Juno: | Hi. Can you hear me? |
| Juanito Rus: | We can hear you. You have 45 seconds whenever you're ready. |
| Em Juno: | Okay. I'm an attorney for the homeless based in Oakland. In addition to the longterm call for defunding the OPD, I would like to call for the immediate action that can be taken today to publicly correct the record regarding Monday nights protest, to retract the statement that the OPD made, that they were sure the crowd was clear of minors or that there were Molotov cocktails and to issue a formal apology and immediately vow to cease the use of tear gas, flash bangs, and kettling. Additionally, I ask that body cam footage for the protest to be released to the public. I was in that crowd Monday night. I walked from Oakland Tech with many others. I stood next to a 10 year old girl and her parents when we were teargassed. I assisted an elderly man on the way out. He had a cane. I took video and audio footage where people were screaming for the gas to stop. Let the public judge you for tear gassing peaceful children. |
| Juanito Rus: | Thank you. I will lower your hand at this time. The next speaker I have in the queue is Brooke Daily. Hello, Brooke Daily. Can you hear us? |
| Brooke Daily: | Yes. |
| Juanito Rus: | You have 45 seconds whenever you're ready. |
| Brooke Daily: | All right. We send our kids to school and if we send our kids to school and they come back sick with some kind of a chemical exposure and a week later, the principal couldn't tell us what happened. He would be fired. If the |

81



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

superintendent couldn't tell us, he would be fired so fuck Lauren Armstrong. Fire Lauren Armstrong for having the nerve to show up today and tell us a week later, he can't answer a simple question. Did OPD do it? That's a well established pattern. It's a lie promising to investigate yourself eventually. Lauren Armstrong gets paid over $400,000 a year in salary and benefit. He lives in Dublin. In 2018, he said racial disparity in police stops us due to the fact that racial groups commit more crime than white people. Fuck Lauren Armstrong. Fire Lauren Armstrong. Fire the whole OPD. Defund OPD-

Juanito Rus:    Thank you Mr. Daily. Your time is up. I'm going to lower your hand at this time. The next speaker I have in the queue is Jennifer Lee. Hello, Jennifer. Can you hear us?

Jennifer Lee:    Hi. Can you hear me?

Juanito Rus:    We can hear you. You have 45 seconds whenever you're ready.

Jennifer Lee:    Okay. I'm ready now. Black lives matter and de-fund OPD. I was shot in June 1st by OPD before APM, as I was peacefully protesting with the Oakland Tech students. They directly shot a stun grenade that exploded in my back and gave me blisters. My ear was ringing like that scene from Saving Private Ryan. I don't know if OPD understands irony, but here's an example. Police brutalizing people for protest and police brutality. They claim they gave us orders to disperse. I was pretty close to the front on Monday and I didn't hear shit. I can't believe all the weapons that OPD has, you don't have money for a better sound system. You all got money to brutalize us, but not for speakers? OPD has been live action role playing first person shooter games and Oakland residents have been their targets. I don't care about policy or reform because OPD doesn't follow their own policies. At this point, throw the whole thing in the trash. Defund and dismantle OPD. Thank you. Bye.

Juanito Rus:    Thank you. I will lower your hand at this time. The next speaker I have in the queue is listed as Defund OPD. Hello, Defund OPD. Can you hear us?

Defund OPD:    Yes. I can hear you. Can you hear me?

Juanito Rus:    We can hear you. You have 45 seconds whenever you're ready.

Defund OPD:    First of all, fuck you for shortening our time and allowing that Armstrong motherfucker to take five, 10 ass minutes to say nothing, to say bullshit, to say lies that we all know are lies. No one is fooled by your shit. All of you on this call allegedly moderating this meeting, fuck you for not interrupting him and doing fucking nothing. To you, [inaudible 00:17:30], as a brown person to a brown



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

person and to all the other non black people on this call, shame on you. Shame on us. Shame on you for being a part of and participating in a white supremacist organization. Black people are watching and our time is coming. Get it the fuck together. De-fund OPD right the fuck now, consequences.

**Juanito Rus:** Thank you. At this point, I'm going to lower your hand. The next speaker I have in the queue is listed as OakYam. Hello, Okiam. Can you hear us? Okiam, can you hear us?

**OakYam:** Wait. Wait, wait. I'm here.

**Juanito Rus:** I can hear you. You have 45 seconds whenever you're ready.

**OakYam:** All right. I called for abandonment of the OPD. No matter the recommendations you give, nothing will ever stop them from killing us. I knew Gary. He was killed by Hector Jimenez. How dare you put Hector Jimenez on the line. He traumatized me and all of the men in Oakland, and he should never have been made a cop again. For the boy that was just murdered by the police, it's already been too long that they have not been put in jail and that they have not been released to let us know who they are. The Oakland PD is just a part of all of the systemic racism that's ever been put on black America. They do not need to be empowered anymore. The police in America started all of the violence. All of the violence started with the police. They created all of the games. Why should the people who created the violence be the ones who stop it. That makes absolutely no sense.

**Juanito Rus:** Thank you, OakYam. Your time is up. I'm going to lower your hand at this time. The next speaker I am showing in the queue is listed as Lola. Hello, Lola. Can you hear us?

**Delores Tahata:** Hello. My name is Dolores Tahata. I'm in Oakland. I live in district five. First, I want to say defund Oakland PD. The goal is, and always will be abolition. I want to name the fact that half of the people killed by police are people with disabilities, which means that predominantly the folks that are killed by police are people of color with disabilities. We must elevate that fact and name how the system and how police are ableist as hell and how abelism and racism are intrinsically linked. An Oakland organizer told me once that where Oakland goes, the world follows and leadership is with the people. Defunding the police gives community based solutions the much needed resources to move towards a more just Oakland. Your role as a police commission is either to get with the movement and defund the Oakland PD or get out of the way.



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

**Juanito Rus:** Thank you, Delores. I'm going to lower your hand at this time. The next speaker I'm showing in that queue is Muki Barkan and I apologize if I mangled your name. Muki, can you hear us?

**Muki Barkan:** Can you hear me?

**Juanito Rus:** We heard you for a second. We lost you. Hello? Can you hear us?

**Muki Barkan:** Can hear you me?

**Juanito Rus:** We can hear you now. You have 45 seconds whenever you're ready.

**Muki Barkan:** Yeah. I don't understand how police aren't criminally charged. I don't understand the reason behind the immunity they get. Yeah, it feels like there's no alternative, but to defund them. They ought to be abolished as should prisons and corrections officers budgets. Yeah. I yield my time. Thank you very much.

**Juanito Rus:** Thank you. At this point, I will lower your hand. The next speaker I'm showing in the queue is listed as Valeria. Hello, Valeria. Can you hear us? Hello, Valeria.

**Valeria:** Hello?

**Juanito Rus:** Hello. We can hear you now. You have 45 seconds whenever you're ready, sir.

**Valeria:** Yeah. I was out protesting Monday night and we were excessively tear gassed. I don't understand how Oakland PD can claim that there were Molotov cocktails thrown or that minors were cleared before they threw tear gas because we saw them not clear anyone, immediately put their masks on and start tear gassing everyone. We have video proof of them doing it over like 10, throwing over 10 bombs, which seems really excessive. Also, the murder of Eric Salgado by CHP officers was abusive, was unnecessary. His pregnant girlfriend were killed and I don't understand how you can support the Oakland PD continuing to receive money for the kind of behavior that they choose to put out. It's disgusting and [crosstalk 04:13:39]. Fuck you. Fuck you.

**Juanito Rus:** Thank you, Valeria. I will lower your hand at this time. Next in the queue. I have an Annalisa Avalos. Hello, Annalisa. Can you hear us?

**Annalisa Avalos:** Hi. Yeah, I can hear you.

**Juanito Rus:** You have 45 seconds whenever you're ready.



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Annalisa Avalos: | All right. I was at the protest in Oakland on Monday and we did excessively get tear gassed over a fucking water bottle, which is ridiculous. There were 12 and 13 year olds right next to us. The Oakland PD did not say anything. They just immediately put their masks on and they started throwing tear gas over a fucking water bottle. Also, Oakland PD, they have $318 million allocated to them with only a hundred million in human services and 47 million in affordable housing. Why would you give that much money to police officers when they're just killing people like Eric Salgado, and fucking not keeping us safe when they're getting the most money out of everyone. Fuck you. Fuck you [crosstalk 04:14:45]. |
| Juanito Rus: | Thank you, Ms. Avalos. Your time is up. I will now lower your hand and turn to the next speaker in the queue who's listed as Mark Nystrom. Hello, Mark Nystrom. Can you hear us? |
| Mark Nystrom: | Yeah. Can you hear me? |
| Juanito Rus: | We can hear you. You have 45 seconds whenever you're ready. |
| Mark Nystrom: | When attending the car caravan protests, I drove by 15 police officers huddled together like hamsters on a wheel. I raised my sign that said Justice, Tony McDade. As the buck tooth looking dumb ass cop smiled, laughing as if this was joke. People are dying. People are being fucking murdered. Look sad. Don't smile at us. You soulless ego driven, inbred idiot. These are the dumb asses protecting us. You all are murderers. You all are racists. Libby Shaft, Oakland PD. Your souls will rot in hell. Eric Salgado, rest in peace. Black lives matter. Fuck the pigs. Fuck the police about the system that oppresses. You will all fall. |
| Juanito Rus: | Thank you, Mr. Nystrom. At this time, I'll lower your hand. And the next speaker I'm showing in the queue is listed as Shill Sinha. It appears that Shill is using an older version of Zoom so I'll briefly promote them to the panel. Hello Shill. Can you hear us? Let's see. |
| Shill Sinha: | [crosstalk 00:25:24]. |
| Juanito Rus: | Can you hear us now? Shill? Oh, you just muted yourself again. |
| Shill Sinha: | [crosstalk 00:25:35]. Can you hear me? |
| Juanito Rus: | We can hear you. You have 45 seconds whenever you're ready. |



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Shill Sinha: | My name is Shill Sinha and I'm an Indian American resident in district three. I want to thank Akil Riley, Xavier Brown and everyone else involved in organizing the protest on Monday, June 1st. To say that OPDs deployment of tear gas was done judiciously is a blatant line and insults the intelligence of everyone that was present. Tear gas is a chemical weapon that has been in war. It's a completely inappropriate response to a plastic water bottle being thrown at any time and a mindbogglingly stupid and vile act in a pandemic. It can't wait, is nowhere close to enough. A department that claims to protect and serve while gas lighting the community and terrorizing its black and brown members is not a department that should exist, let alone have a $330 million budgets. Reallocating 50% of OPDs budget is the bare minimum. Fund education, fund affordable housing, fund social services, defund OPD. I yield my time. |
| Juanito Rus: | Thank you, Mr. Sinha. Excuse me. I got muted myself. Thank you, Mr. Sinha. I'm removing you from the panel at this time. I'm going to turn, it looks like again, to C. Pena. Hello, C. Pena. Can you hear us? |
| Carla Pena: | Can you hear me now? |
| Juanito Rus: | We can hear you now. You have 45 seconds whenever you're ready. |
| Carla Pena: | Thank you. My name is Carla Pena. I'm an Oakland resident in district four. I was present for the May 31st car caravan. It Ended in tear gas, flash bangs, and militarized police corralling folks who were peacefully protesting. I saw firsthand is please descend on us from all sides with from marked and unmarked vehicles without announcing what was happening, without cause. It was unprovoked. Police surround us. A police officer got into my partner's face without a mask during a fucking pandemic and asking us to turn our car around. OPD was aggressive and violent. I'm asking that we disband OPD. Police protect white supremacy. There's no amount of policies that will fix that. Not the OPD or any police department. Put money into our communities and keep money out of the racist, violent and murderous institution that is OPD. Thank you. |
| Juanito Rus: | Thank you, Ms. Pena. I will now lower your hand and the last person in the queue I have listed as Leonardo. Hello, Leonardo. Can you hear us? |
| Erica Ruby: | Hello? Can you hear me? |
| Juanito Rus: | We can hear you. You have 45 seconds whenever you're ready. |
| Erica Ruby: | Sorry. My name is Erica Ruby. I am a citizen in district six. I was at the protest on Monday night when the police fired flash bang bombs and tear gas at a nonviolent crowd. There's overhead camera footage from the news helicopter. |

86



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

If a bottle was thrown, it did not reach the police line before they started to fire upon us. Additionally, I was among the protesters who were arrested when the police cut all this in on Broadway between 14th and 15th. Police at that time did not wear any masks despite the fact that they were touching us in our faces and there was nothing done to protect us at that time. The cops gas lit us by being polite while arresting after firing upon us while we were peaceful. That's fucked up.

Juanito Rus:  Thank you Ms. Ruby. Madame chair, at this time, I have no more public comments. I returned the meeting to you.

Regina Jackson:  Thank you very much. First, I want to say that this has been an incredible town hall. I want to thank all of the citizens that got on the call, more than 515 according to my count. I want to thank the panelists and as well, our excellent commissioners. At this point, we're talking about consideration of requests for information. I have already made the request for the after report to be received by July 15th. I will be sharing the crowd control policy with everyone to review. I know that on our next meeting, which is only three days from now, that we will be reviewing and taking action on quite a few things that are directly related to this meeting. If there are any further questions or recommendations from the commissioners, please raise your hand. Otherwise, I will entertain, it's been a long night. I will entertain an adjournment for the meeting and will do my followups via email.

Regina Jackson:  Let me see. Let me unmute everybody. Okay.

Regina Jackson:  What is your pleasure, Commission?

Jose Dorad:  I move we adjourn.

Regina Jackson:  Okay. It is the move. Is there a second?

Tara Anderson:  I second, Commissioner Anderson.

Regina Jackson:  Thank you. It has been moved and seconded. We've taken public comments. Can we go for a vote, please? Commissioner Dorado?

Jose Dorado:  Aye

Regina Jackson:  Commissioner Anderson?

Tara Anderson:  Aye.



# OAKLAND POLICE COMMISSION
## SPECIAL TOWN HALL MEETING TRANSCRIPT
### June 8, 2020
### 6:00 PM

| | |
|---|---|
| Regina Jackson: | Commissioner Prather? |
| Edwin Prather: | Yes. |
| Regina Jackson: | Commissioner Harris? |
| Ginale Harris: | Yes. |
| Regina Jackson: | Commissioner Smith. |
| Thomas Lloyd Smith: | Yes. |
| Regina Jackson: | Commissioner Gage. |
| Henry Gage, III: | Yes. |
| Regina Jackson: | Sorry. Vice Chair Gage. |
| Henry Gage, III: | Yes. |
| Regina Jackson: | Okay. Very good. Let's see. I think we are adjourned. It is now 10:22. I want to thank everybody. This has been an incredible town hall and I appreciate everybody's flexibility. Thank you, Deputy Police Chief Armstrong. Was a tough meeting? We've got a lot of work to do. Everybody be safe. Good night. |
| Henry Gage, III: | Good night. |
| Regina Jackson: | Thank you Mr. Rus. |
| Regina Jackson: | Mm-hmm. |

**From:** Anne Spevack
**Sent:** Monday, June 8, 2020 12:25 PM
**To:** Rus, Juanito
**Subject:** Oakland Police Commission comment - Item IV

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

This is my public comment on item IV for tonight's police commission agenda:

Hello, my name is Anne Spevack and I am an Oakland resident. The City and the Police Commission have made an effort in recent years to improve accountability and oversight of our City's police officers. However, this is clearly not working. During the peaceful protests last week, OPD repeatedly used violent tactics that the City and Commission have said were unlawful. Black and brown people continue to be murdered in our streets by the very people who are supposed to defend them. Reform only goes so far if the institution is broken at the core. We must defund the police, invest in community services, and develop a crisis response department that is grounded in anti-racism and community support.  Thank you.

**From:** Claire Wilkens
**Sent:** Monday, June 8, 2020 1:41 PM
**To:** Rus, Juanito
**Subject:** Public Comment for Police Commission Meeting Today (6/8/2020)

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

June 8, 2020

Hello,

My name is Claire Wilkens and what follows is my comment for today's Oakland Police Commission Town Hall meeting on OPD's response to peaceful protests following the recent killings of George Floyd, Breonna Taylor, Ahmaud Arbery, Tony McDade, and other unarmed Black folks. OPD has long (always?) been a corrupt police force. OPD has never had a good reputation, locally or nationally. OPD has had so many chances to reform, and the city has time and again failed to fix the department.

Why would OPD tear gas protesters, fire rubber bullets at people, and arrest scores of people? Why would OPD corral Oakland civilians into areas of downtown and block off exits? It is almost as if the department WANTS to brutalize the people it is meant to serve and protect, and the police WANT to exert their dominance over civilians are protesting police brutality. This show of force is 100% the wrong direction, and the city's residents are done with this inept and brutal police force. We will work to defund OPD, especially defunding purchases of weapons of war.

I have asked all of my friends, my parents, and other Oakland residents I know, "What has OPD ever done for you? Have you ever called the police? Did they help you with your problem?" And the majority of people I know have responded that OPD seems to do nothing when needed. Yet when there is a civil rights movement springing up, OPD is ready in a flash, ready to parade its military-lite weapons. OPD is there with antagonistic cops, some of whom have killed black and brown folks in this town with complete immunity, re-traumatizing the activists who seek a more peaceful world.

I ask that OPD stop using tear gas, rubber bullets, and the cordoning/ trapping/ corralling methods of criminalizing citizens. This isn't the Oakland that any of us want, and OPD isn't making us safer - they are making us fearful, they are killing people, and they need to be reined in.

Thank you,
Claire Wilkens

**From:** Dilshanie Perera
**Sent:** Monday, June 8, 2020 1:19 PM
**To:** Rus, Juanito
**Subject:** Public comment for Police Commission meeting today (Monday, June 8, 2020)

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Dear Juanito Rus,
Please find below my public comment for inclusion under Agenda Item IV of the Oakland Police Commission's town hall meeting today.
Thank you,
Dilshanie Perera
------------------------

To the Oakland Police Commission:

My name is Dilshanie Perera and I am providing public comment for the Police Commission's agenda item number IV on Monday, June 8, 2020.

Recently I have been deeply disturbed by how the Oakland Police Department (OPD) has handled encounters with peaceful demonstrators. The OPD has fired tear gas, flash bang grenades, and rubber bullets into crowds of people. As you know, these are weapons of war (tear gas is, in fact, banned in situations of war) that may have lethal consequences. It has been reported that the OPD has engaged with crowds of protesters this way multiple times, including firing tear gas at a group that included youth and teens after a peaceful youth-led demonstration on Monday, June 1. This is unacceptable and deeply distressing. I am writing to demand that the Oakland Police Commission not only ban the use of any kind of force and violence against protesters, and ban the OPD's use of tear gas, flash bang grenades, and rubber bullets, but also work toward more substantial defunding measures.

The increasing militarization of the police in Oakland has had the effect of both perpetuating violence and deepening the effects of systemic racism against Black and Latinx communities in Oakland. This is absolutely unacceptable. Police misconduct has gone on for too long. I demand that the Police Commission prioritize the well-being of Black and Brown residents by redirecting the money that has inflated the budget of the OPD for so long to housing, mental health services, jobs, youth services, and restorative justice programs in Oakland.

To this end, I demand that the Police Commission recommend to the Mayor and Oakland City Council that the following measures be implemented at their mid-cycle budget discussions this month:

1. **Reduce the Oakland Police Department's general fund budget by $150 million** (50%).
2. **Refuse unauthorized overtime for members of the Oakland Police Department** (N.B. since the OPD has used their overtime to teargas children, this is an extremely reasonable demand)
3. **Refuse to use Oakland General Fund money to pay legal settlements due to police murder, misconduct, and negligence** (why should the general public suffer budget cuts and restrictions due to the violence and moral failing of police officers?)

4. **Invest the general fund budget amount sequestered from OPD into housing, jobs, youth programs, restorative justice, and mental health services to keep Oakland communities safe.**

I am in support of the actions above as first-step measures on the way to fully defunding the Oakland Police Department. In my time as a resident of Oakland, and in my research about the OPD, I have not seen how this paramilitary force keeps residents and communities safe at all. As a concerned resident of Oakland, I am calling for accountability, as well as the full defunding and abolition of the police.

Sincerely,
Dilshanie Perera

**From:** Emily Juneau
**Sent:** Friday, June 5, 2020 4:49 PM
**To:** Rus, Juanito
**Subject:** Public Comment for Special Town Hall Meeting

> [EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Full name: Emily Juneau
Agenda Item: IV. Community Round Table and Open Forum

I would like to express concern over two issues: the conduct of the Oakland Police Department in responding to the student-led racial justice march on Monday, June 1st; and the subsequent narrative members of the OPD presented to the media. I was in attendance at that march as a peaceful protester, during which I was in the crowd at 8th and Broadway when OPD officers began firing flashbangs and tear gas into they crowd at a little past 7:30pm. The only warning I heard was the teenage girl next to me shout "gas!" before the first bang went off. Later, we were ordered to disperse up Broadway, but found ourselves boxed in by OPD officers on several sides. Despite warnings that our assembly would be unlawful at 8pm, we were not given any avenues to disperse. I was assisting an older gentleman with a cane. Several of us were detained, which included one woman being thrown to the ground by three officers and into other members of the crowd who were already on their knees with their hands up, myself included. While detained, no one was read their Miranda rights, and an officer Gonzales ordered others to "find something to cite them with". A young black man started to give the detainees a speech thanking us for our allyship and was arrested in front of us for not being part of the media. I was released with a misdemeanor charge. The following few days, I read articles where members of the OPD claimed that the protest had been violent and that there had been Molotov cocktails, that the tear gas was used at curfew, and that there had been no children or elderly people in the crowd. I saw with my own eyes that that was false and I am deeply concerned that members of the OPD would deny that they tear-gassed and flashbanged minors, or that they began firing at unarmed nonviolent protesters before the curfew. I'd like the OPD to issue an apology and correct the record.

**From:** Jade Rivera
**Sent:** Monday, June 8, 2020 1:18 PM
**To:** Rus, Juanito
**Subject:** Public Comment for Special Townhall Meeting June 8th 2020

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hi, my name is Jade Rivera and I live in District 2. I'm calling today as part of the movement demanding that we divest from police forces and invest in community programs that actually make our communities safer. I'm calling with four demands today: 1. Reduce OPD's General Fund Budget by 50%, 2. Prohibit Unauthorized Overtime for OPD, 3. Refuse to use General Fund $s to Pay for Legal Settlements Due to Police Murder, Misconduct, or Negligence, and 4. Invest the Money that is Saved in Housing, Jobs, Youth Programs, Restorative Justice, and Mental Health Workers. Thank you!


--
Jade Rivera
Founder of Sunnyside Micro-School in Oakland, CA
Author of Micro-Schools: Creating Personalized Learning on a Budget
2016 Honoree for distinguished service by the California Association for the Gifted
Ed.D. Student, Bridges Graduate School for Cognitive Diversity
www.jadeannrivera.com

**Please be advised that I do not respond to emails after 7 pm on weekdays or on weekends. Within this timeframe, I will do my best to reply to your email within 24 hours. If you do not hear back from me, please feel free to reach out again. Thank you.**

The information contained in this transmission is confidential.  It is intended only for the use of the individual or entity to which it is addressed.  If you have received this communication in error, please notify the sender immediately and permanently delete the original message, attachments and all copies. Thank you.

**From:** Johanna Romero
**Sent:** Sunday, June 7, 2020 1:28 PM
**To:** Rus, Juanito
**Subject:** Agenda Item 4: Roundtable

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Roll Call for Non-Black Folks

Hola,

My name is Yoyo Romero, I live in Berkeley near Ashby Bart.

Adding item: Encouraging folks to add themselves to the Grassroots Law Project to volunteer. Platform via email and Slack that's connecting organizers across different states to coordinate together, and includes training and resources.

I'd also like to collectively have a conversation around taking action as non black folks beyond protesting, donating, and signing petitions.

Thank you so much for putting this call to action together. Fuerza!


With Gratitude,
Johanna "Yoyo" Romero

**From:** Max Chanowitz
**Sent:** Monday, June 8, 2020 12:43 PM
**To:** Rus, Juanito
**Subject:** Public Comment on Oakland Police Comission Meeting, June 8

> [EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Agenda Item IV (Open Forum)

Does the Commission ever plan to address the allegations of racism and corruption against Commissioner Ginale Harris outlined in the memo below?



These allegations, and the Commission's refusal to address them or hold Commissioner Harris accountable, really seems to undermine the Commission's credibility and suggests an atmosphere of corruption and insider-ism — much like that which they are tasked with fighting in the Police Department. Obviously the most important task of this moment is to address problems with police violence, corruption, and systemic racism — but we shouldn't allow the Commission to sweep their own corruption under the rug, or it will continue to get worse.

Max Chanowitz, Oakland resident

**From:** Nina Haft
**Sent:** Monday, June 8, 2020 1:48 PM
**To:** Rus, Juanito
**Subject:** Agenda Item 4 - Round Table

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Dear Colleague,

I am writing to submit my comments about Oakland police conduct at protests and demonstrations, this week and ongoing. I have lived and paid taxes in Oakland for 30 years, have directed my own Oakland-based professional dance company for 20 years, and worked as a public educator - including as a City of Oakland Artist in Residence - for longer than that.

The use of force, tear gas and other aggressive tactics on peaceful demonstrators this past week is unacceptable. Detaining journalists covering protests is a violation of all our civil rights. To be sure, there are agitators taking advantage of the protests to loot and destroy property. But this is not a valid excuse to harm peaceful protestors, or to restrict the right to peaceful assembly by the people of Oakland, and in particular by our youth who organized the hugely popular demonstration on Monday, June 1st.

The imposing of curfews does not prevent property damage. It gives the message that property is more important than human rights and justice.

Detaining protestors out after curfew is like arresting people sitting in at the lunch counter in Greensboro, North Carolina because they are upsetting folks' appetites. It is LONG TIME NOW FOR PEOPLE TO BE UPSET.

Declaring a curfew AFTER a peaceful protest has started is a stupid decision that endangered the lives of our next generation of Oakland leaders.

White supremacy, corporate plutocracy and anti-blackness is destroying us all. The youth of Oakland understand that, and they are leading the way.

Policing has NOT solved problems affecting every day Oakland residents, such as health disparities, wage theft or immigration protection. I support the reallocation of City of Oakland funds from OPD into education, mental health and community justice initiatives. Not only will we all be safe, we will also be happier.

Thank you for reading, and for registering my comments in today's Town Hall.

Nina Haft
Artistic Director, Nina Haft & Company

**From:** Penina eilberg-schwartz
**Sent:** Sunday, June 7, 2020 7:47 PM
**To:** Rus, Juanito
**Subject:** Public Comment for tomorrow's OPD Town Hall - Agenda Item 4 - Penina Eilberg-Schwartz

> [EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hi there,

I'm submitting my statement for public record in advance of the Oakland Police Commission's town hall tomorrow.

I am commenting on Agenda Item #4 and my full name is Penina Eilberg-Schwartz.

I was horrified by the OPD's suppression of our community's protests over the past two weeks. The use of tear gas and other dispersal methods,  particularly at the march organized by Oakland Tech high school students, should be cause for a total review and ultimate upheaval of OPD practices and policies.

I am aware that the OPD said they used tear gas only against people instigating violence, but many of my friends (as well as the local media), documented that the police fired tear gas and rubber bullets at peaceful student protestors.

The choice to institute a curfew, a tool with a long racist history, was also unconscionable. As a white person with class privilege, this curfew was not targeted at me. But I understood very well what it could mean for Black Oakland residents, unhoused folks, and people of color in my community.

Tear gas, rubber bullets, and curfews are tools to silence the people we should be listening to most, the people whose leadership we should be following. The communities who have been most impacted by the long violence of policing in this country, and in Oakland specifically.

The OPD has taken too many lives, and should at *the very least* stand back and listen to the rage people feel at yet another series of police killings.

I am ashamed that my tax dollars go to support this violence and suppression -- let alone in the midst of a pandemic when people have been sick, our houseless community members are unsupported and subject to constant sweeps, and so many are in danger of losing their homes.

I believe the OPD's budget should be DRAMATICALLY cut, and its funds redistributed to services that would actually protect our community, like health care and housing. I say this in painful awareness of the housing and homelessness crises in our city -- to which I as a white transplant have contributed.

The truth is that our community knows how to take care of itself, and could do so remarkably well if given sufficient resources. Black-led organizations have shown the truth of this by feeding communities and offering transformative justice models proven to resolve conflict.

But until the budget changes, the OPD should *at the very least* commit to seriously reexamine both its use of force and protest dispersal practices. Tear gas and rubber bullets and curfews should simply NEVER be used to quell political protest.

Instead, the OPD should ask community leaders -- especially Black community leaders -- what is needed to keep people safe at protests, and if they can support. If they are not needed, they should stay home.

Thank you,
Penina Eilberg-Schwartz - Paralegal, Editor & Writer
Oakland resident

**From:** Rachel Gagnon
**Sent:** Monday, June 8, 2020 12:52 PM
**To:** Rus, Juanito
**Subject:** Please halt the use of tear gas

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

To the Oakland Police Commission:

As a resident of Oakland, I am writing to urge you to immediately halt the use of tear gas for crowd control. As you know, tear gas has been outlawed as a method of warfare and should not be used under any circumstances—but especially on members of your own community while they are exercising their right to protest.

Additionally, I urge you to follow through on the recommendations proposed in the  City's performance audit published on June 1. As stated, "Oakland's Police Commission was created to be one of the most powerful police oversight bodies in the country, however, it must be effectively organized and properly supported to use its power to create lasting systemic change for the community and the Police Department."

To best serve our community, we need you to take this responsibility seriously and prioritize policies that are of the highest importance to our collective safety. Halting the use of tear gas should be just one of those priorities.

 I look forward to attending the Town Hall this evening, and hearing what actions you will be taking to prioritize the safety of our community and increase police accountability.


Thank you,


Rachel Gagnon
North Oakland, 94609

**From:** Sarah Wolken
**Sent:** Friday, June 5, 2020 1:30 PM
**To:** Kalb, Dan; Tellez, Ana; DJeffress@oaklandca.gov; Jones, Kimberly; At Large; Rus, Juanito; Benson, Adam; City Administrator's Office
**Subject:** Subject: Oakland Resident for Defunding the OPD

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

To the Oakland Elected Officers,

My name is Sarah Frederick Wolken, and I am a resident of Oakland.

This year city officials are expecting a budget deficit of $80 million due to COVID-19. In light of recent police violence as well as many documented cases of OPD abuse and racial profiling, I urge you to advocate for a mid-budget review to reduce funding for OPD.

The unjust policing of Black people has to end now. The terrorizing of low income neighborhoods, must end now.

Our tax dollars have been used in extraordinary amounts for the payroll of a police force that have proved to be ineffective at maintaining public safety. We have not seen improvements to safety, homelessness, mental health, or affordability in our city. Instead, we see wasteful and harmful actions by Oakland's police officers.

We urge you to act swiftly with conscience, to reform the budget. Use the resources towards solving homelessness, rehabilitation, social services, education. We implore you to give every member of our community experiencing homelessness a place to call home and the treatment they need. And invest in the education of our youth. The wellbeing and survival of our current and future generations depend on the swift action to move funding towards programs that can actually uphold the safety and nourishment of our community and especially of the lives of Black individuals and families.

Our city has been at the forefront of the action for Black Lives Matter. We can be a beacon for other cities to follow if we have the integrity to change.

Sincerely,

Sarah Frederick Wolken

██████████████████████

████████████████

**From:** Sen Mendez
**Sent:** Saturday, June 6, 2020 10:58 AM
**To:** Rus, Juanito
**Subject:** Public Comment for 5/8 City of Oakland Meeting

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hello my name is Sen Mendez, I am a teaching artist born and raised here in Oakland, California. First and foremost, I am enraged and tired. I am enraged to learn about the millions of dollars the city of Oakland invests into the Police Department so they can terrorize and attack our houseless community members and our housed communities fighting for their livelihood to be treated respectfully and peacefully on the streets of Oakland. I am tired that despite the historical history of Oakland's social justice movement, Regina Jackson supports the decision to erase the Black Panther's legacy by allowing OPD to attack the community members of Oakland during our protests. Regina Jackson, if you are wondering what to do during this time- You need to redistribute OPD funding back into the city of Oakland's Racial and Equity funding, you need to tell Libby to stop all new expensive housing developments from completing and you need to tell Libby to house our homeless community members! I am tired of your lack of leadership and your ignorance towards our wellbeing, You are literally telling OPD it is okay for them to kill, hurt and abuse the Oakland community. Thank you for listening.

--
**Sen Mendez -** *They/He*
**Visual Artist**

**From:** Sine Hwang Jensen
**Sent:** Monday, June 8, 2020 12:21 PM
**To:** Rus, Juanito
**Subject:** Public Comment

> [EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Dear Mr. Rus,
I'd like to submit the following comment to the commission for the special town hall meeting on Oakland Police Department Response to First Amendment Assemblies and Peaceful Demonstrations, Review of Applicable Department Policies and Procedures. Thank you very much.

I'm writing to echo the call from community organizations and the national uprising to defund the police and reallocate those funds into initiatives that support and empower communities. The Oakland Police Department has handled recent and historic peaceful demonstrations with escalations of violence that are unacceptable and put the community at unnecessary danger during a global pandemic. The long history of racism perpetrated by and within the OPD towards Black members of the community has shown that the OPD cannot be a trusted institution with the health, safety, and well-being of the community. From the long history of racial disparities in police stops and civilian deaths to the 2017 sex exploitation scandal, it is not surprising that there is broad distrust and disapproval of the OPD within the community. I support the calls for the establishment of an independent all-civilian oversight structure and that militaristic tactics, weapons and collaborations be rejected. The safety and health must be community-led for it to make a long-lasting impact.

Thank you,
Serina Jensen

**From:** Alex Hareland
**Sent:** Monday, June 8, 2020 5:31 PM
**To:** Rus, Juanito
**Subject:** Oakland Police Commission Town Hall

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Question for Agenda Item III:
What commitment will Oakland Police Commission make to ensure that less-lethal weapons will be used and how will those measures be audited, and what are the ramifications for using lethal and less-lethal weapons for crowd control?

Thanks

Alex Hareland



tldrpress.org

**From:** A. Turner
**Sent:** Monday, June 8, 2020 5:29 PM
**To:** Rus, Juanito
**Subject:** Public Comment for Oakland Police Commission Special Town Hall Today

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hello Juanito Rus,

My name is Amber Turner, I am an Oakland resident, and I am submitting public comment on Item IV for the Oakland Police Department Response to First Amendment Assembles and Peaceful Demonstrations, Review of Applicable Department Policies and Procedures happening today.

I am appalled by the OPD response we have seen over the past week. Using chemical agents, flash bangs, and impact munitions on people protesting, journalists, and legal observers is absolutely unacceptable. Arresting and holding people in Santa Rita for cite-able and zero bail offenses is disgusting.

For the past week, my neighborhood was full of police in riot gear, sirens, and helicopters around the clock. From Friday-Monday nights, tear gas entered into our windows. One of my elderly neighbors with a lung condition had trouble breathing during this time due to the tear gas. Tear gas is a violation of the Geneva convention and it should never be used, period. The tear gas, noise from helicopters and flashbangs, and fear for the safety of my community knowing OPD was attacking those involved in civil disobedience made it impossible to sleep and feel safe in my own neighborhood.

We need to hold OPD accountable for their blatant violations of its own crowd control policy. This is unacceptable. We can do better.

Thank you,
Amber Turner

**From:** Anne Kelson
**Sent:** Monday, June 8, 2020 3:20 PM
**To:** Rus, Juanito
**Subject:** Police Commission 6/8: Public Comment, Item III (Submitted in Advance)

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

To Whom It May Concern,

I attended the protest in downtown Oakland on Friday, May 29, 2020. I went there as a legal observer and as a lawyer who has worked on First Amendment issues, starting from my law school internships at the Electronic Frontier Foundation and the ACLU of Northern California, to litigating speech issues in federal and state cases in California and the Ninth Circuit. I am submitting this statement as an Oakland resident, a lawyer who practices in this City and as a witness to key events that unfolded at the beginning of the recent protests.

The May 29, 2020 protest began relatively peacefully. By nightfall, a large crowd of several hundred protestors had gathered in front of the Oakland Police Department ("OPD") headquarters at 7th and Broadway. Protestors held signs and chanted and recited the names of victims of recent police violence. At some point, the police appeared to fire concussion grenades to disperse the crowd. Up to then, I had not seen any major vandalism beyond spray paint and none of the protestors appeared to have physically challenged the police. After several rounds of concussion grenades were thrown in the crowd, a protestor came up to me to show a grenade clip that he had found on the ground.

A few minutes later, OPD had an officer announce over the loud speaker that the protestors had a first amendment right to assemble. Later I was able to hear a second announcement which stated that we were being given 3 minutes to disperse or we would be arrested as part of an unlawful assembly. The concussion grenade explosions continued and it was hard to hear the full announcement. Nonetheless,OPD heavily teargassed several hundred protestors, including my friends, as we were peacefully retreating up Broadway, in compliance with the order and before the 3 minute warning was up.

Before any board had been removed from Walgreens or the other downtown businesses, OPD had already heavily deployed several rounds of teargas on peaceful protestors. I am still shocked to the core. As someone who has attended rallies and demonstrations with more than a million people in New York City, DC, London, and LA, I have never seen teargas deployed in the way that we experienced it that Friday night on the main street of my hometown.

While I was unable to leave my home and had to take several days to physically recover, I watched in horror as the OPD continued rampant and indiscriminate assault upon journalists, our youth, medics and other legal observers. For example, on Sunday before it was dinnertime, OPD had already deployed heavy tear gas on protestors at Frank Ogawa Plaza. Then, on Monday night, OPD teargassed high school students who were walking home from a well attended and highly publicized peaceful march. OPD did so before curfew had commenced and after a full weekend of complaints to the mayor and the City council.

OPD did not stop its aggressive and unlawful tactics until Wednesday evening, after several council people submitted a letter to the mayor. Since that time, I have learned that teargassing civilians is against international law and is in violation of the current judicial order that controls OPD practices. For these reasons, I support the Police Commission and its decision to hold an emergency town hall meeting to address the unlawful and excessive use of force by OPD in the recent protests. I am hopeful that positive change and reform can be made particularly given that Governor Newsom and both state and federal lawmakers are in the process of issuing legislation to protect protestors from excessive force and brutal police practices exemplified in the protests last week here in Oakland. To that end, it is imperative that the City of Oakland and all relevant offices and agencies act to ensure that OPD is held accountable and never again allowed to use teargas and other tactics of excessive force against protestors.

Anne S. Kelson
Kelson Law Group

**From:** B
**Sent:** Monday, June 8, 2020 4:05 PM
**To:** Rus, Juanito
**Subject:** Public Comment for Town Hall: Agenda Number IV

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hello members of the Oakland Police Commission,

My name is Brendan and I am an Oakland resident living in District 1. I'm writing today about the defunding of Oakland's Police Department.

I voted for Measure LL to found the police commission but since then have continued to see the police act in unjust and violent ways toward my community. As someone with asthma, the wanton use of teargas and arrests (of people protesting *police violence*) in the middle of an epidemic I find disgusting. The idea that increased oversight and monitoring of police behavior will curb police violence hinges on this idea: people trained to be violent with violent tools at their disposal will not use these tools unnecessarily. The idea that "policing done right" encompasses nonviolence is in direct contradiction to the training police receive and the history of policing in this country.

The OPD is not, and will never be, a remedy for an array of community needs from homelessness to mental illness, addiction, domestic violence, and others. The 44% of Oakland's discretionary budget that OPD receives could be better spent creating resources that address these needs or investing in resources that already exist locally.

I am calling on you as the commission I voted for to pressure the city to defund the Oakland Police Department and put these funds toward supportive, responsive services that address the needs of Oakland's black and brown community. Low-income communities of color have felt the brunt of COVID19 and will continue to feel the repercussions long afterward. Many march because they felt their lives were in danger long before the pandemic began and this money can go toward saving lives (in these communities especially) in the future.

Thank you so much for your time,
Brendan Page


--

☐ ☐ ☐ ☐ ☐
☐ ☐    ☐

**From:** Camille R.
**Sent:** Monday, June 8, 2020 3:44 PM
**To:** Rus, Juanito
**Subject:** Fwd: Public comment on agenda item #4

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Dear Commission,

In regard to the oversight of Oakland Police Department and their behavior historically as well as during current events. In good conscience, I do not believe we can continue to fund OPD at the same level and allow them to be militarized against community members. Not only have police tactics against protests been inhumane and constitute war crimes i.e the use of teargas.

It also highlights the root cause of why oversight is not enough. We need to defund OPD and reinvest in Oakland where schools and nonprofit organizations have gone without. They do community work and truly invest in prevention in Oakland, not reactive fear and aggression against Black and brown folks.

I write to express our dissent towards OPD's treatment of protesters, their ongoing egregious treatment of our Black and brown neighbors, their use of teargas and rubber bullets, and the list goes on.
We want more than incremental change.

Regards,
Camille Rodrigues

**From:** Caroline Chou
**Sent:** Monday, June 8, 2020 2:34 PM
**To:** Rus, Juanito
**Subject:** Public Comment

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hi Juanito,

I'm Caroline. I want to make a comment on Agenda Item 4. I am outraged and appalled by the police force and it's abuse of power on peaceful demonstrators. The police department needs to be defunded and the city's money should be invested in bettering our communities. As a community member and an individual who works with our Oakland youth, I strongly believe that money should be invested in education, in youth programs, in mental health programs, restorative justice programs, and in HOUSING. Cops need to be fired and the focus of Oakland needs to be towards creating public safety programs NOT A MILITANT STATE targeting those who are UNDERSERVED. All that money can be used to better our city. Band-aid solutions don't work and end up costing us more. It's time for government officials to LISTEN TO THE PEOPLE.

Thank you for your time,

Caroline Chou

**From:** Charlie Edman
**Sent:** Monday, June 8, 2020 3:03 PM
**To:** Rus, Juanito
**Subject:** Agenda Item 4: Roundtable

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

I'm an Oakland resident and healthcare worker, and am writing to say that OPD's response to the community exercising their first amendment rights is unconscionable. When high school students-children!- organized a march against police brutality, OPD deployed tear gas against them during a global respiratory pandemic. How is that justifiable? It isn't. I am appalled, once again, by the actions of the OPD.

This violence is yet another reason to defund OPD, and redirect that massive budget to sustaining and supporting our community. The Oakland Police Department continually harms our most vulnerable community members, and must be defunded and disbanded. Black Lives matter, and it is time for the city of Oakland to act like they do.

Charlene Edman

**From:** Colin Swenson
**Sent:** Monday, June 8, 2020 2:46 PM
**To:** Rus, Juanito
**Subject:** Submitting comment for Oakland Police Comission Town Hall

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hello

My name is Colin, I am an Oakland resident. I'm writing today to express my dissatisfaction with the Oakland police department. The City of Oakland must defund the OPD. We do not need a militarized police force in Oakland. The time is now to make a change.

Colin Swenson



**From:** Courtney Riddle
**Sent:** Monday, June 8, 2020 3:31 PM
**To:** Rus, Juanito
**Subject:** public comment for 06.08.20 meeting

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

for item III

my name is courtney riddle and i'm a concerned neighbor in oakland. i do not feel safe with the police presence as it currently exists and i do not feel like my community and neighbors are being adequately served or protected from harm. it's absolutely unacceptable that the OPD is inciting violence during peaceful protests, and it's inhumane that tear gas was ever used, especially during a global pandemic.

please realize that these incidences are NOT isolated. they are evidence of a pattern of misconduct. they are evidence that we need to open up conversations about disbanding the OPD and re-allocating resources into more progressive forms of community aid. oakland has the opportunity to be on the cutting edge of awareness and action in this country. please take note of the alternative ideas presented during this and other meetings, please listen to the community's requests, and please step forward and make an example for others to follow! disband the OPD, and create a budget designed to reduce harm.

thank you.
-c

**From:** Danielle Gaito
**Sent:** Monday, June 8, 2020 3:11 PM
**To:** Rus, Juanito
**Subject:** Public Comment for Special Town Hall Meeting

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Full Name: Danielle Gaito
Agenda Item: IV. Community Round Table and Open Forum

Fuck OPD, defund the police, abolish ICE.  I am a peaceful protestor who was arrested last Monday, June 1st, under Alameda county's hastily enacted curfew, and I demand that the record be set straight.  Your curfew was put into place so quickly and sloppily that many protestors who were already out and protesting when the curfew was announced, and were unaware until AFTER we had been gassed and flashbanged, which also came without warning from the police.

Regarding the use of gas and grenades against a small group of peaceful protestors at 7th and Broadway, connected to the youth protest: ONE PLASTIC WATER BOTTLE WAS THROWN AT THE POLICE LINE, HITTING NO ONE.  I saw police begin to put on gas masks —there were two minutes after the water bottle was thrown that nothing else was thrown to escalate. More water bottles and a few small bits of debris were thrown AFTER flashbangs went off without prior notice. Susan Manheimer has lied about this in her press conference, even falsely claiming that molotovs were in sight and being prepared. I would like to see any proof of these claims.

Susan, you've also lied, stating that your department made sure seniors and minors were not in the crowd before deploying your suppressive tactics.  I saw a twelve year old boy I'd met nearly avoid being hit with a flash bang that ended up grazing my arm. Your police did nothing to warn us that you were escalating: protesters at the front of the barricade warned the rest that gas was likely incoming.

During the mass arrests at 14th and Broadway, a crowd of peaceful protestors ON OUR KNEES WITH OUR HANDS UP had two people brutalized without cause. One officer dragged a Chicana girl by her arm face first onto the street, and another white officer literally jumped over me to grab a black man by the shirt to start hitting him.  We were not Mirandized while in custody, and I heard an officer Gonzales tell other cops to "find something to cite them with" if they were unsatisfied with the curfew citation.  Most arresting officers didn't know the citation code, where to find it, or what was going to happen to those of us who were arrested.  At one point, an officer detaining a protester behind me claimed "wow, you're more organized that I am!" at finding a sharpie in the detainee's backpack.  Yes, unaffiliated peaceful protestors ARE more organized than professionally armed bullies, and that is why we need to defund the police IMMEDIATELY.

I'd tell you you should be ashamed of yourselves, if I didn't think you were beyond shame.  I demand a public apology for the excessive force used against peaceful protesters; we deserve the truth.

**From:** Danielle Watts
**Sent:** Monday, June 8, 2020 5:02 PM
**To:** Rus, Juanito
**Subject:** Comment for Police Commission Special Town Hall Meeting June 8 2020

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

----------------------------------------------------------------------
Hello Juanito Rus,
My name is Danielle Watts, I am a District 4 Oakland resident. I am writing my comment regarding Section III.

First, I was in the group of protestors near the front and in sight of the police Monday afternoon at 7:40pm when the police fired flash bangs and tear gas at the crowd. Wildly inaccurate statements about the lack of peace in the crowd came from City officials that were, at a minimum, gross exaggerations. That was a peaceful crowd despite their anger, and the blatant lies or misrepresentations of reality throughout the past week by police across this nation have severely eroded what trust in their institution remained. I am appalled. Secondly, that the City of Oakland chooses to use chemical weapons banned by the Geneva Conventions on citizens, during a pandemic, is repugnant. This is not community building, and the city broke faith with the First Amendment through these actions. I want every elected official in this room to think deeply about the definition of a police riot, and the role they have in allowing the Oakland PD to militarize with so little training, so much budget bloat, and with so little community faith.

Thank you,
Danielle Watts

**From:** Danny Karp
**Sent:** Monday, June 8, 2020 3:47 PM
**To:** Rus, Juanito
**Subject:** Public Comment: 6/8/2020 Agenda Item 4: Community Roundtable/Open Forum

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

**Name:** Danny Karp
**Agenda Item:** 4 Community Roundtable/Open Forum

**--Comment--**
My mind is filled with so many concerns when it comes to law enforcement in Oakland and this nation. I am a white male that is scared for my friends in the black community as a simple walk to grab a cup of coffee, or a drive to the store, is not as safe for them as it should be for me. The ever increasing "forceful control" over "peaceful control" that is now common place in law enforcement is something that should not stand. I understand that it is Police department's Job is to serve and protect but they have clearly abused that right by resorting to violent actions instead of peaceful plans.

The police's quick response to violence over peace should not be common place and we need much greater punishments and restrictions so these police officers are held accountable for their actions. Baton/Tear Gas/Rubber bullets/Physical force should not be used as a first action when trying to uphold the law in a peaceful manner.

Many lives have been lost, and injuries obtained, for no reason at all so what will the Oakland Police Commission be doing to take action over these injustices? Police officers need to be held to the same standard as everyone else that breaks the law as they are doing it themselves all the time.

Thank you for your time.

**From:** Nathan Cross
**Sent:** Monday, June 8, 2020 5:10 PM
**To:** Rus, Juanito
**Subject:** conference questions Section IV 06/08/20

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Denise M. Dixon
Item number IV

-It is time for the OPD to work with the community. In the avenues 70-105th, we need to see officers in the community before tragedy occurs. The Affluent neighborhoods get foot police, they meet the community, learn the names of the parents and the names of their children. Why is it not possible for the neighborhoods surrounding Seminary through 105th, have the opportunity to meet, talk, discuss with the police who have these areas?
-I would like to be a member of a proposed OPD restructured committee. So many of our young men are afraid of police because of what they've seen in person and on tv.
 Do the police understand that they work for the community? If not, maybe this should part of their sensitivity training.

**From:** Emily Moldenhauer
**Sent:** Monday, June 8, 2020 3:00 PM
**To:** Rus, Juanito
**Subject:** Public comment for Oakland Police Commission Town Hall Meeting

---

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

---

Hello,

I am an Oakland resident of 9 years and I would like to know the following:

1. Why is the OPD allowed to use tear gas and rubber bullets on civilians during protests when the use of tear gas has been prohibited in WARFARE?

2. Why it takes 1200 hours of training to become a cosmetologist but only 600 hours of training to become a police officer, and why, within that training there is no racial justice, social justice, and implicit bias training REQUIRED?

3. How many hours do the OPD officers-in-training spend on conflict resolution/de-escalation?

4. Why does an officer (who has been trained so much more thoroughly in using a firearm than in using mediation tactics) have the right to deal with a person dealing with a mental health crisis, rather than a medical professional or a social worker?

5. When is the city of Oakland going to follow in the footsteps of Minneapolis and vow to disband the OPD and replace it with a community-led system of public safety?

6. What is your plan for truly weeding out white supremacists within the force?

--
Emily M.
She/her pronouns

 MY NEW EP, CONSIDERATION IS OUT NOW EVERYWHERE 
↓
https://linktr.ee/emilyafton

**From:** ezra goldman
**Sent:** Monday, June 8, 2020 5:21 PM
**To:** Rus, Juanito
**Subject:** Comments for special town hall meeting bullet IV

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Ezra Goldman
Agenda item IV

I am deeply disappointed by the militarized police presence in our city these past weeks that only proves that we need to defund the police and reinvest those funds in other community services that support the needs of our community. We fell asleep to helicopters and police sirens for days and weren't even allowed to go outside after 8pm. Peaceful local protestors were getting gassed with chemical weapons, shot with rubber bullets, and hit with flash grenades. My wife and 2 year old wanted to go to the Oakland Tech protest a week ago. I'm glad they didn't. I saw photos of another 2 year old getting shot at with tear gas with their dad. Then the audacity for the mayor to stand behind the police chief and claim they were acting in "self defense" because "1,000 people who split off from the main group" were "throwing bottles". I call bullshit. We see your lies. And we vote. Oakland is not a war zone but it feels like it. This is not "violent outside actors". It's peaceful locals. You are just proving our point that police brutality is real. And we are fed up. Abolish the police.

**From:** Gabriela Netter
**Sent:** Monday, June 8, 2020 5:15 PM
**To:** Rus, Juanito
**Subject:** Comment for Oakland Police Commission

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

As an Oakland resident, I am writing to request that the Oakland Police Commission take immediate action to reduce police violence in the OPD. Last night's killing of Erik Salgado is yet another example of the need for change.

Specifically, the Commission should hold the OPD accountable for:

- Banning chokeholds and strangleholds
- Requiring warning before shooting
- Banning shooting at moving vehicles

These policies can significantly impact the risk of civilian deaths, which disproportionately fall on people of color.

In addition, the Commission should work with the Mayor to shift funding from OPD to community services that will contribute to a proactive reduction in crime.

Best,
Gabi Netter

2302 Valdez St. #316
Oakland, CA 94612

Oakland Police Commission Special Townhall Meeting
June 8, 2020
Grace Harvey – Public Comment on Agenda Item IV


It is our moral imperative to stop police violence.

Oakland cops have terrorized Black and brown people with impunity for decades – and right now, taking to the streets is our way of demanding change. We've marched in solidarity with George Floyd and his family, for Breonna Taylor, for Tony McDade, led by young people envisioning a safer, more equitable and vibrant world. We've protested the city's racist curfew, we've driven the length of Oakland trying to stay safe from a deadly pandemic while still exercising our right to make our voices heard. **OPD's tactics throughout have been pathetic, disgusting, and in bad faith. They are punishing the symptoms of a problem when we should be eradicating the cause.**

Just a few months ago, the United States House of Representatives voted unanimously to ban the export of "tear gas, pepper spray, grenades, rubber bullets, guns, semi-automatic rifles and other crowd control equipment to the Hong Kong police" (HR 4270). Voted unanimously. Republicans in the House joined with Democrats in voting to unequivocally ban the export of tear gas to Hong Kong because it was being used to violently quell pro-democracy demonstrations abroad.

Why do we allow Oakland police to carry and use weapons designed to wage open warfare on our people – weapons so egregious that even our massively divided legislature was able to unite in opposition to them?

This is not a partisan issue. This is not a controversial issue. This is larger than just bringing OPD's actions in line with national standards of constitutional policing. This is about human rights. The fact that OPD has used tear gas repeatedly on protesters, most notably last Monday minutes before the city's racist curfew had even begun, is unconscionable. **The city needs to ban the use of tear gas immediately. The city needs to follow that by reducing OPD's general fund budget by 50%, and I can think of a great way to begin: stop escalating protests by sending in squads and squads of cops outfitted for war against demonstrators.**

It's difficult, deluged as we are by a tidal wave of news every day, to pick out and remember individual stories, so I will remind you of one I saw recently. On June 3rd, a 22 year old named Sarah Grossman died in Ohio after the police tear gassed her in a crowd hours before curfew. Is one of Oakland's young souls next?

**From:** Kala H
**Sent:** Monday, June 8, 2020 5:22 PM
**To:** Rus, Juanito
**Subject:** Oakland Police Commission Public Comment

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Public Comment in Reference to Item # 3b.

Dear Oakland Police Commission, my name is Kala Heekin and I am a resident of Oakland. I am disgusted and outraged by the actions of OPD during the youth-led march and other demonstrations that have taken place in defense of Black lives. Not only has OPD's use of tear gas, flash bangs, and rubber bullets caused physical harm and traumatization of demonstrators but the actions of OPD have increased the risk of COVID-19 spread. The use to chemical agents and tactics like kettling actively prevents our neighbors from wearing masks and places them in higher risk situations where they will be more likely to contract or transmit COVID-19. The use of these weapons, including tear gas, which is banned by the Geneva Convention for use in war, should NOT be used on civilians exercising their First Amendment Rights. I stand with my community and demanding the end of the use of chemical agents, flash bangs, and rubber bullets on demonstrators in Oakland immediately. As we move forward, Oakland must divest from OPD and re-invest into our community's future with real safety solutions from unarmed workers that are grounded in conflict deescalation, equitable housing access, and health care for all.

Sincerely,
Kala Heekin

**From:** Silver Webb
**Sent:** Monday, June 8, 2020 5:24 PM
**To:** Rus, Juanito
**Subject:** Addressing Items III, IV, & V

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Items III & IV:
My name is Kenneth Webb. I live in District 4, and I attended the protest on June 1st and witnessed the Oakland Police fire tear gas into a peaceful crowd with inadequate warning or provocation. There was nothing about the crowd as a whole that seemed violent.

I heard the police use a loudspeaker, but couldn't make out a single word of the announcement. It was a surprise to me and most people around me when the police opened fire on the crowd with tear gas.

This was a complete and utter abuse of power by the OPD, and it is clear to me that police will *never* be trustworthy enough to have militarized equipment. I have read up on CS gas and thought long and hard about scenarios where it might be acceptable, and it is clear to me that there is no place for it in our society. EVER.

Setting aside the fact that CS gas is illegal in war; setting aside the exaggerated or falsified justifications by city and police officials about that night... In any scenario where deploying tear gas is a reasonable solution, the police and our government will have already fundamentally failed in their duties to provide adequate resources and care for our communities.

We must ban the use of tear gas entirely, and physically remove it and other indiscriminate weapons from the police's hands. We must divest ourselves from an institution whose main tool is violence and instead invest in programs and civil servants that are able to address the root causes of the unrest.

Item V:
Request that OPD publicly releases information to the public about their stocks of weapons and the value/cost of these items. We must understand where our money is going.

Thank you for your time,
Kenneth Webb

**From:** Trey Jalbert
**Sent:** Monday, June 8, 2020 2:32 PM
**To:** Rus, Juanito
**Subject:** Public Comment on OPD from District 2

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Dear Mr. Rus and the Oakland Police Commission,

My name is Llewellyn Jalbert and I live in District 2.

I am writing you today to submit my public comment in advance of tonight's Special Town Hall Meeting on First Amendment Assemblies and Peaceful Demonstrations.

I am horrified by the way the OPD has conducted themselves, especially during the last couple of weeks --- meeting demonstrations against police brutality with police brutality, killing our Black and brown community members (there was a police-killing in East Oakland again last night). I participated in the youth-led demonstration from Oakland Tech on June 1st, and was sickened to learn that youth demonstrators were met with tear gas twenty minutes *before* curfew was inflicted --- a curfew that many of the youth did not know was in place.

This is police violence, and silencing of First Amendment rights in action --- the OPD should be protecting our youth and demonstrators (our democracy), not brutalizing them.

I am also writing to demand that **the use of tear gas against protestors is banned**: it is a weapon used against (peaceful) protestors by those who support autocrats and the white supremacist system we operate in. It is made even more dangerous during a pandemic, helping spread the virus as people cough and further endangering those who have underlying health conditions like asthma that worsen the effects of the virus, which is disproportionally killing our Black and brown community members.

Lastly, I am writing as part of the movement demanding that we divest from police forces and invest in community programs that actually make Oakland safer. We are demanding our district representatives, Oakland leadership, and the OPD itself to:

1. **Reduce OPD's General Fund Budget by 50%**. Sworn police officers make up only 15% of the city's workforce and yet OPD consumes 32% of base salaries, 46% of overtime pay, 54% of "other pay," 35% of employee benefits, and 35% of total employee compensation paid by Oakland, and almost 50% of the general fund! Our per capita police spending is higher than 90% of comparable cities in California and

the country.  And OPD officers are paid disproportionately well on a national scale --- for example, they are more than twice as expensive as LAPD officers.

2. **Prohibit Unauthorized Overtime for OPD.**
3. **Refuse to use General Fund dollars to Pay for Legal Settlements** Due to Police Murder, Misconduct, or Negligence.
4. **Invest the Money that is Saved in Housing, Jobs, Youth Programs, Restorative Justice, and Mental Health Workers**.

Help us keep us safe by LISTENING to our community and honoring our demands.


Thank you,
Llewellyn Jalbert, PhD

**From:** lorenzo r
**Sent:** Monday, June 8, 2020 3:51 PM
**To:** Rus, Juanito
**Subject:** OAKLAND POLICE COMMISSION SPECIAL TOWN HALL MEETING AGENDA IV. Community Roundtable/Open Forum

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Dear Oakland Police Commision,

My name is Lorenzo and I am an Oakland resident writing to urge you to hold OPD accountable.

OPD takes an enormous share of the city's general fund, and that percentage has risen exponentially for the last two decades, taking away desperately needed resources from essential city programs and services. The investment in policing has not made us safer – OPD remains an embarrassment to the city and a lethal threat to Oakland's Black and Brown communities, while increased police spending shows no correlation to decreasing crime levels over the past 20 years.

As Oakland residents, we therefore demand that you take immediate action to ensure the following:

1. Reduce OPD's allocation from the General Fund by 50%
2. Disallow unauthorized overtime by OPD
3. Discontinue use of general fund dollars to pay for settlements due to police murder, misconduct, and negligence
4. Ending qualified immunity for police officers

Oakland can not wait any longer for OPD to be held accountable.

Thank you,

Lorenzo

**From:** Maria Zamudio
**Sent:** Monday, June 8, 2020 4:16 PM
**To:** Rus, Juanito
**Subject:** Public Comment for Oakland Police Commission Special Town Hall Meeting - Item 4

> [EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Maria Zamudio - D3 Resident

My name is Maria Zamudio and I am a tenant in District 3, my little rent-controlled building is right in the middle of all the new construction in the Northgate/Waverly specific plan. So my neighborhood has become one of tents and teslas like so many other in the bay area. As we talk about the atrocities that OPD has committed in the last decades and beyond specifically to Black working-class people in Oakland I can't help imagine what how much better my neighborhood would be if instead of tents my unhoused neighbors had a home and instead of getting swept they were given housekeys. The need to defund the police is long-overdue because those resources are needed to fund the things that really keep people safe, stable, and truly affordable housing, access to dignified work, quality education and healthcare for all.

No more cops that come into our communities to terrorize and kill and instead invest in housing, healthcare, education and life-affirming infrastructure.

- maria zamudio
--

..............................................................................................................................
"When I dare to be powerful, to use my strength in the service of my vision, then it becomes less and less important whether I am afraid"  - Audre Lorde

"I ask you to remember that we are trained in the tradition of doing things they say cannot be done" - Staceyann Chin

**From:** Maya Sisneros
**Sent:** Monday, June 8, 2020 4:55 PM
**To:** Rus, Juanito
**Subject:** Public Comment - OAKLAND POLICE COMMISSION SPECIAL TOWN HALL MEETING AGENDA

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hello, I'd like to submit the following statement for public comment for the June 8 Special Town Hall Meeting, Agenda Item III Panel Presentation. Thanks.

My name is Maya Sisneros and I'm a resident of East Oakland. On Sunday, May 31st, two friends and I were in a car for the Caravan for Justice, organized by the Anti Police-Terror Project. The car caravan protest was without incident. As our car exited the Lake Merritt loop, we approached the intersection of Broadway and 14th, where we met a large number of police cars and police on foot. While we were stopped, the OPD dropped about five tear gas canisters: we heard no warnings that tear gas would be deployed and we saw no cause for the deployment of a chemical agent. There were only small clusters of civilians leaving the protest, or simply walking through the intersection. I saw police roughly pushing an elderly Black man away from the intersection. I saw a white male police officer acting aggressively towards a small group of young women of color: One officer pretended to hurl tear gas directly into people's faces, and then began to shove these women away from the perimeter. Since my car quickly shut our windows, I only experienced chest pain for 24 hours: I know that people on foot were impacted much worse.

This was a gross example of the OPD wantonly using a chemical agent to terrorize protestors who were *exiting a demonstration*. I cannot emphasize enough how unethical it is for the police to decision to deploy tear gas during a pandemic: particularly in downtown Oakland, wherein protestors were immediately impacted, as well as but unhoused people, shop owners were impacted, and any residents near that intersection. The OPD teargassed us and put our lungs at risk during a pandemic for a spectacle of force.

**From:** Mehera Nori
**Sent:** Monday, June 8, 2020 5:13 PM
**To:** Rus, Juanito
**Subject:** Public Comment Submission for OPD Special Town Hall - June 8 2020

> [EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

To the Members of the Oakland Police Commission:

I am submitting this comment for tonight's Special Town Hall with regards to item IV - Community Roundtable/Open Forum. I am a resident of Oakland and am writing to urge the Oakland Police Commission to defund OPD.

OPD takes an enormous share of the city's general fund, and that percentage has risen exponentially for the last two decades, taking away desperately needed resources from essential city programs and services. OPD has overspent its authorized overtime budget by 100% -- tens of millions of dollars -- in recent years, as individual cops bring home annual compensation upwards of $400k. The investment in policing has not made us safer -- OPD remains an embarrassment to the city and a lethal threat to Oakland's Black and brown communities.

In alignment with organized efforts to defund OPD, I make the following demands:

1. Reduce OPD's allocation from the General Fund by 50% (roughly $150 Million)
2. Disallow unauthorized overtime by OPD
3. Discontinue use of general fund dollars to pay for settlements due to police murder, misconduct, and negligence
4. Invest in housing, jobs, youth programs, restorative justice, and mental health workers to keep the community safe.

Oakland can not wait any longer for a budget that meets the needs of its residents. The only way to achieve this is to take immediate steps to defund OPD.

Thank you for your time.

--
**Mehera Nori**
UC Hastings College of the Law | JD
████████████████████

**From:** Rena Oppenheimer
**Sent:** Monday, June 8, 2020 5:13 PM
**To:** Rus, Juanito
**Subject:** Public comment--Rena Oppenheimer, Agenda Item 4: Round Table

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Public comment--Rena Oppenheimer, Agenda Item 4: Round Table

My name is Rena Oppenheimer (she/her) and I am a white social worker living in Oakland. It is crucial that those with power in Oakland respond to this critical moment--to the calls of the people of Oakland, led by communities most impacted, demanding real safety. Real safety means investment in wellness, solidarity, equity, and stability. My work with Oakland young people in mental health crisis has taught me that the police consistently cause harm in divested communities. This system is not working and it is past time for this to stop--to defund OPD and put that money into community-based services that support real safety.

**From:** Rosa Novak
**Sent:** Monday, June 8, 2020 3:35 PM
**To:** Rus, Juanito
**Subject:** Public Comment for Oakland Police Commission Town Hall, Agenda Item IV

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hello members of the Oakland Police Commission,

My name is Rosa and I am an Oakland resident living in District 1. I'm writing today about the restructuring of the city's budget this year.

Recently, I've been working to learn more about the efficacy of police reform efforts. Oversight sounded like exactly what the city needed in 2016, when I voted for Measure LL to found the Oakland Police Commission. I have come to understand that research has been gathered and scholarship has been written to show that oversight boards are not effective enough in affecting the behavior of officers. The Oakland Police Department has shown once again in the last week that they are not acting in a way that is supportive of Oakland residents. Their response to largely peaceful protests has been undue escalation and the shockingly irresponsible use of tear gas and violence amidst a pandemic.

Due to the coronavirus pandemic, a huge number of Californians are facing unemployment. In Oakland, amidst rapid gentrification and incredibly high housing costs, this undoubtedly means more evictions. Additionally, the city is facing a budget deficit that will likely affect the very services low-income residents will need during and after this pandemic.

As a voter, I consider it essential that the commission and the city push to defund the OPD and reallocate funds to affordable housing for low-income residents and the unhoused, increased mental health services, increased healthcare-focused addiction resources, and Oakland public schools.

Thank you for your time,

Rosa Novak

**From:** Serena Lin
**Sent:** Monday, June 8, 2020 4:45 PM
**To:** Rus, Juanito
**Subject:** Public Comment

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hello, I'd like to submit the following statement for public comment for the June 8 Special Town Hall Meeting, Agenda Item III Panel Presentation. Thanks.

Hi my name is Serena Lin. I'm an attorney and resident in Montclair, Oakland. A couple friends and I were leaving a car caravan protest organized by anti police-terror project on Sunday, May 31. I was driving, and we were at a red light at 14th and Broadway at 5:45pm when out of nowhere dozens of police officers swarmed the intersection. Everything was peaceful. There had been no announcement or direction. They threw tear gas toward all the vehicles and into what were about 20-30 bystanders who were doing nothing but standing at the corner. I saw about 4-5 canisters of tear gas being thrown but lost count. I personally saw one police officer shove an elderly Black gentleman who was standing on 14th about 20 feet from the intersection, trying to get away from the tear gas. The elderly man started to shuffle down the street and I guess he wasn't moving fast enough for OPD because the officer followed him and shoved him again. On the other side of Broadway, there were no more than 20 people who were standing there, and four or five officers approached them and started yelling. I witnessed one officer act like he had tear gas in his hand and pretend to toss it in the face of a young woman. They shoved and threw tear gas in the direction of the people on the sidewalk for no reason. People were crying and trying to pour water into their eyes. We videotaped as much as we could. We rolled up our windows as soon as the tear gas was deployed, but later on that evening both myself and another passenger started to have trouble breathing for the next week. I have asthma and the past week I started wheezing which I haven't done in a year. I'm also in the middle of an IVF process, and tear gas is toxic for fertility. It's pretty unethical and dangerous that OPD tossed tear gas right at us and the other folks at the intersection for no reason, especially while folks are having so much difficulty around breathing during Coronavirus.

--
www.drunkenwhispers.wordpress.com (Ramadan Blog)
www.serenawlin.com

**From:** Shana McFadden
**Sent:** Monday, June 8, 2020 5:03 PM
**To:** Rus, Juanito
**Subject:** Police Commission Special Town Hall re: banning tear gas

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hi Juanito,

Thank you for taking comments ahead of the Town Hall meeting.

Tear gas should have been banned from use by the Oakland Police Dept. after Scott Olsen. Unfortunately, we continue to see our local PD receive military-grade funding and equipment, without military-level training or rules of engagement.

What will it take for Mayor Libby Shaaf and OPD to ban the use of tear gas, rubber bullets, pellets and any other crowd dispersal tactics deemed "non lethal" but so often proven to be permanently maiming?

Oakland residents demand that OPD ban the use of any riot control tactics or equipment against civilians that are already banned by the Chemical Weapons Convention for use in war.

Thank you,
Shana McFadden
Upper Dimond resident and mother of a 9 month old

**From:** Steven Rozzi
**Sent:** Monday, June 8, 2020 2:19 PM
**To:** Rus, Juanito
**Subject:** Special Town Hall Meeting, 6/8/2020, 6PM, Public Comment, Item IV

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hello,

My name is Steven Rozzi and I am a resident of Oakland's 2nd District. I'm commenting to demand an immediate ban on the use of tear gas and rubber bullets on protestors by the Oakland Police Department.

Thank you.

**From:** Ashley Abraham
**Sent:** Monday, June 8, 2020 5:43 PM
**To:** Rus, Juanito
**Subject:** Comment and request

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

-----------------------------------------------------------------------
Hi,

My name is Ashley and I've taken great interest in this committee and it's great to know that this relatively new group was created.

Is there a way that you can create some sort of charter or plan that explains the key players and their responsibilities what they should do when reviewing the police conduct?

For example in clinical trial management we're required to outline how we QC documents, how often we QC, draft an audit report and send the findings to those we are auditing, expect replies within 30 business days and Depending on the severity of the issues, document a corrective action plan that they must hold themselves accountable to and then re-audit again to ensure we see improvement.

Can the commission draft a QC-Audit plan to show how the police is being audited, a frequency  of how often they're being audited, define severity of risks and an escalation process to the federal agency if persistent issues exist.

-Ashley Abraham

**From:** Ashi
**Sent:** Monday, June 8, 2020 5:31 PM
**To:** Rus, Juanito
**Subject:** Public Comment for Oakland Police Commission Special Town Hall Meeting

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hello,

I am writing this e-mail to request for the immediate de-funding of the Oakland Police Department, and reallocation of those funds towards school and other public services for children and youth in East Oakland.

Unnecessary and counterproductive over-policing of communities has destructive physical and emotional consequences, particularly for black and brown populations. As a Public Health Commissioner who works on many of these challenges first hand, I am calling for immediate action by the City of Oakland, and more specifically, this Commission.

Regards,
Ashwini (Ashi) S. Batchu, MPH

Board Member, Alameda Family Services
Commissioner, Alameda County Public Health Commission
President, CWRU Alumni Association—Bay Area Chapter

**From:** Casey Chin
**Sent:** Monday, June 8, 2020 5:31 PM
**To:** Rus, Juanito
**Subject:** Oakland Police Commission Town Hall comment

> [EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

I'm lucky to call Oakland home these past three and a half years. It's an amazing place, so it hurts that much more when I see the people of Oakland suffer at the hands of the police of Oakland.

Thank you for putting together this town hall regarding Oakland Police Department's actions with the protests. But that gratitude only goes as far as the city is willing to make real change in how the police react to the continued peaceful demonstrations.

At this point it's the word of the protesters versus the word of OPD. So I request the following:

-Immediately release the body cam footage of the officers involved, so we can really see if there were no minors or elderly that were getting tear gassed or shot at with bean bags.
-End the use of tear gas. There is no reason a respiratory irritant like tear gas should be used in the time of the coronavirus pandemic.
-End the use of less lethal methods like bean bag rounds. Protesters across the country have lost eyes and received permanent injuries from these methods.

I look forward to hearing how OPD's past actions will be addressed, as well as how it will act in the future.

Casey Chin

**From:** Darcy Noonan
**Sent:** Monday, June 8, 2020 5:34 PM
**To:** Rus, Juanito
**Subject:** Darcy Noonan Agenda item 4: Round table

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

We need to defund the police right now. We need to invest our resources in our children's education, supplies for the classrooms, more teachers and support staff. We need resources for our community not people to police and harass the most poor and insecure citizens among us.

**From:** Hanâ Zait
**Sent:** Monday, June 8, 2020 5:32 PM
**To:** Rus, Juanito
**Subject:** AGENDA ITEM IV. Community Roundtable/Open Forum

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

My name is Hanâ Zait and below is my public comment on agenda item #4:

It is a well-documented fact that modern police forces directly stemmed from slave catching patrols, and that fact is also evident in the ways the police continue to uphold white supremacy and capitalism. All of this is true for every police department across the U.S., and this includes OPD. It is long past time for us to defund OPD, get rid of policing, and instead invest in community. I call on the city of Oakland to get rid of OPD and spend the funds previously used for policing to invest in community (namely low-income Black and Indigenous communities, a.k.a. the very communities being pushed out of Oakland by gentrigication). These investments include investing in housing for all, healthcare, jobs, youth programs, restorative/transformative justice, and mental health support services. These are the things that keep our communities safe, NOT the police. P.S. ACAB.

**From:** Jay Farber
**Sent:** Monday, June 8, 2020 5:37 PM
**To:** Rus, Juanito
**Subject:** Public comment to the Oakland Police Commission

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

I wanted to add my voice to the many others who are advocating for significant police reform, and shifting budgets from weaponry to deescalation training. I'm an Oakland resident and watching closely to see how our Police Department responds to this clear outpouring of public support for significant change.

Additionally, I'd ask that we ban shooting at moving vehicles, which is well-known as an ineffective tactic and caused the death and injury of Oakland residents just today.

Thank you,
James Farber
ZIP: 94612

**From:** Amy Dinh
**Sent:** Monday, June 8, 2020 11:00 PM
**To:** Rus, Juanito
**Subject:** Public comment on Police Commission Town Hall tonight

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hello: I attended tonight's special town hall meeting and I heard that you would extend the deadline for submitting written comments. Below is mine. Thank you.

**Public comment on agenda item IV from Amy Dinh**
The police are supposed to make the community safer, but as the many public comments tonight and recent events have called to painful attention, police have often themselves been the very sources of violence and fear in the community. Why are Oakland taxpayers paying so much to support an organization whose members have blatantly abuse their powers and intentionally hurt/kill the people they are supposed to serve? Defund the police and redivest in education, public health, mental health, and housing--the things that Oaklanders actually needs to be thrive and be safe.

**From:** Ashley Erickson
**Sent:** Monday, June 8, 2020 7:02 PM
**To:** Rus, Juanito; atrluna@oaklandca.gov; Office of the Mayor
**Subject:** Public comment for OAKLAND POLICE COMMISSION SPECIAL TOWN HALL

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hi all,

It is **incredibly** suspicious and shady that this special town hall was marked as CANCELLED on the City of Oakland website (photo attached).

**I would like to submit the following public comment:**
OPD takes an enormous share of the city's general fund, and that percentage has risen exponentially for the last two decades, taking away desperately needed resources from essential city programs and services. OPD has overspent its authorized overtime budget by 100% – tens of millions of dollars – in recent years, as individual cops bring home annual compensation upwards of $400k. The investment in policing has not made us safer – OPD remains an embarrassment to the city and a lethal threat to Oakland's Black and Brown communities, while increased police spending shows no correlation to decreasing crime levels over the past 20 years. With Oakland's current finances in dire jeopardy, it is clear that we must defund the police. **You have fucked with the last generation. We are through. Don't you dare stand before us and say that you are serving the people. You are serving yourselves and protecting a corrupt system that kills our fellow citizens.**

As Oakland residents, we therefore demand that you take immediate action to ensure the following:
The time has come to reduce OPD's allocation from the General Fund by 50% (roughly $150 Million)
Disallow unauthorized overtime by OPD
Discontinue use of general fund dollars to pay for settlements due to police murder, misconduct, and negligence
Invest in housing, jobs, youth programs, restorative justice, and mental health workers to keep the community safe.
Oakland can not wait any longer for a budget that meets the needs of its residents. The only way to achieve this is to take immediate steps to Defund OPD. We have tried reform and to say it hasn't worked is a laughable understatement.

Listen to your constitutes or we will vote you out and you will never EVER get back in.

**From:** Ivy Limieux
**Sent:** Monday, June 8, 2020 10:13 PM
**To:** Rus, Juanito
**Subject:** Public Comment

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

I am submitting my public comment after the fact because we citizens had our time reduced in the interest of time management, however we are the one who pay for you to listen to our concerns and demands and if we go over the time allotted better we pay the committee than pay the OPD.

I am a new resident to Oakland and bay area native born and bred.
I want to say that the recent events are a surprise, are an outrage, are something new, but my experience living and working in and around Oakland and the greater bay area tells me otherwise.

I don't need to talk about the police brutality and atrocities brought upon the good people of Oakland by OPD because there are more than enough eyewitness, victim and video evidence to those facts. What I want to talk about is the pattern of systemic abuse perpetrated by the OPD and their participation illegal activities. I call for a defunding, dearming, and abolition of the OPD. We want to make sure that no current or past member of this terrorist org has the right to carry a gun, or work in another area of power where they can continue to abuse the people they claim to protect.

Do I even need to remind you of the embarassing, tragic and appaling whistleblowing of child sex trafficking and straight up "pimping" of minor CHILDREN revealed to be perpetrated by OPD just a few years ago? I can say from first hand experience watching my mother be brutalized and coerced into sexual acts to protect her children at the hands of OPD in the early 90s that this is no isolated event and that it continues to this day on OPD hours, paid for by tax dollars. I have never felt so angry or ever empowered to share the first hand experience my mother had being forced into a sexual act by an Oakland police officer in front of her five and two year old daughters because she was threatened with arrest, with violence, and finally threatened that if she didn't perform that act behind that police vehicle right then and there, then her daughter would be forced to. I will NEVER forget that officers face and name. I felt the fear rise in my stomach each time I was pulled over in Oakland wondering if it would be him that pulled me over. I know that this officer successfully retired from OPD in the early 2000s and is now on a pension paid for by my tax dollars because I found him on FACEBOOK. No report was ever filed for two reasons. The first being a fear of retaliation because who can protect you from the police? Not report was filed because when the very people who perpetrated the rape, the crime, are the people who answer the call, how can you claim to proptect and serve? I am under no illusion that this has happened before my mother, has continued to happen based upon news reports and indepenent studies, and will continue to happen as long as there is OPD. SHAME ON YOU.

I want to say right now to the OPD that each and every person you have arrested, brutalized, and dehumanized this past week has been radicalized. they will never trust you when you have treated them so terribly for exercising their God and constitutionally given RIGHT to protest. BUT you have always done so, generations of stories not just from my family, but from those all around me tell me this.

I want to make a statement to the police commision, to each and every elected official not only in Alameda county but in California, and every single township in America. WE WILL NOT FORGET NOT THIS TIME. If you cannot show us a feasible plan to defund this terrorist organization to make sure that they will not simply move to the next county and be rehired, that they will not be placed in positions of power and allowed to abuse further within the next 3 years, and to redirect those funds to community funds AND show us that these funds will be staffed by people who will have ethical oversight, WE WILL VOTE YOU OUT. WE will vote you out directly and the people who appoint you as well. We will watch and make sure that you don't give us half assed concessions while the cameras are looking and then give vital funds back to police quietly and without oversight. We are prepared to fight the police union and keep this money out of the hands of the very people who despite claiming to serve and protect, strike fear and terror into the very citizens who pay their salaries. If you won't change, we will make you.

There is no reform when all you do is ask for forgiveness after perpetrating international atrocities and human rights violations, there is no reform when you pay for these lawsuits from our tax dollars, there is no reform when you are a sledgehammer of a politcal lobbyist group funded by our tax dollars, there is only abolition or fire. Change starts now and you can be with us, or we will leave you to the wrong side of history.

**From:** James Stephens II
**Sent:** Monday, June 8, 2020 9:58 PM
**To:** Rus, Juanito
**Subject:** Question for Police Commission Special Townhall 6.8.20

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Does the current CMEA prevent requiring an officer's body cameras to be enabled at all times?
Is there documentation filed whenever an officer disables their body camera?

I request a mandate to require at least 50% of the Oakland Police Department to reside in Oakland.


--
Thanks,
James

**From:** Julia Judge
**Sent:** Tuesday, June 9, 2020 8:17 AM
**To:** Rus, Juanito
**Subject:** Public comment on June 8, 2020 meeting

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

If it's not too late to submit comment, I submit my strong opposition to the police response to protests in Oakland this past week, and police presence in general. We need to defund and disband the police in favor of a new, restorative model. The time is now!

Julia Judge
District 4 resident

**From:** Kelsey Ulrich
**Sent:** Monday, June 8, 2020 10:02 PM
**To:** Rus, Juanito
**Cc:** Schaaf, Libby
**Subject:** Public Comment for Town Hall 6/8

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open
attachments unless you recognize the sender and expect the message.

-----------------------------------------------------------------------
Hi Juanito,
This message is for the public record for the June 8th, 2020 Town Hall meeting.

First, I demand that you increase the number of seats for the next public meeting (of which I think there
should be many). This meeting cut off at 500 participants. There are 430,000 residents in Oakland! We
all have a right to hear this and share our testimonies. A Zoom account with a max of 500 participants is
only $1,400 per year yet you want to give OPD $318,000,000?Upgrade your Zoom account. Hear your
people, let us in!!

Second, defund and dismantle the OPD immediately. Invest in schools, social services, public health. I
have listened to 4 hours of this meeting already and all but 1 constituent has asked eloquently and
passionately to defund the police.

Third, you owe us the receipts. Tell us what happens next. What will you do with this feedback? What
action will you take tomorrow? Next week? Next election?

And to echo what so many in this meeting have said before me, fuck the police.

Thank you,
Kelsey Ulrich
Oakland, District 6

**From:** Kyle Shimek
**Sent:** Monday, June 8, 2020 10:16 PM
**To:** Rus, Juanito
**Subject:** Police Commission Special Town Hall Public Comment

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hi,

Below are my public comments to add:

The police have been radicalized. Many police officers regularly share racist, bigoted, sexist, and violent content on social media. Many police officers hold fascist views. Many police are Trump supporters. Below are the references:
https://www.citylab.com/equity/2019/07/police-social-media-facebook-racism-islamophobia-bias/593131/
https://www.revealnews.org/article/inside-hate-groups-on-facebook-police-officers-trade-racist-memes-conspiracy-theories-and-islamophobia/
Disarm the police.

Thank you. My name is Kyle James. I am an Oakland resident.

**From:** Liam Chinn
**Sent:** Monday, June 8, 2020 10:22 PM
**To:** Rus, Juanito
**Subject:** Police Commission Mtg Comment

> [EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

My name is Liam Chinn and I am an Oakland (Maxwell Park) resident.  I would like to respond to the question "What is the way forward" posed by Chair Jackson tonight.

Banning tear gas and rubber bullets is important, but small ball and low hanging fruit.

Despite massive ever growing budgets, many police leaders believe they are overstretched and underfunded because they have been impossibly tasked with addressing every societal failure, from drug abuse to homelessness. As a taxpayer and supporter of fundamental structural reform I agree with self-assessment by police. Accordingly, I demand that the Mayor and City Council  immediately relieve police of these arduous and professionally inappropriate tasks by redirecting 50% of the current police budget toward hiring an army of mental health and social workers to respond to these "societal failures". Furthermore, redirect funds and responsibility for violence prevention work to community-based counselors which are proven to be more effective than policing.  Massive new funding needs to go to job training and education programs that address the root causes of crime, aka poverty.

The goal should be to create a society where police are very few in number with extremely limited scope, because intervention is rarely needed.

Police will predictably claim that underfunding will lead to MORE excessive use of force due to lack of funds for training and recruitment. This veiled threat is easily disproven, as police budgets have continued to grow brutality has continued to rise.

As you know, Redirecting funding is one of the few levers that elected officials have over the police, who are frequently shielded by powerful unions and labor arbitrators who reinstate officers fired for misconduct.

More policing doesn't make black people more prosperous, healthy, or educated.

Given that you agree with this undeniable fact,  why do you continue to spend almost half of the entire city budget on police? More than human services, transportation, and parts and rec combined? How do you justify this backwards approach?

- Amend police union contract with the city that shields police from any accountability in cases of murder and misconduct.

- Demand local ballot initiative to create independent citizen-led oversight

  board with authority to discipline police officers and create policies

  governing use of force.
- Ban chemical weapons.

**From:** valeria tinoco
**Sent:** Monday, June 8, 2020 10:38 PM
**To:** Rus, Juanito
**Subject:** Defund Oakland pd

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Hello,
I am calling on you to hold the cops who killed Eric Salgado responsible and defund the Oakland Police department. I was excessively tear-gassed last Monday by OPD, there were children in the crowd and it happened over a water bottle (I have video proof). They are obviously abusing their power and do not need the amount of money they receive compared to other budgets.
Sincerely,
A member of the community who is scared and tired!

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Saturday, June 6, 2020 12:49 AM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

-----------------------------------------------------------------------
Alan Rossi
▮▮▮▮▮▮▮▮▮▮▮▮
Honorable Mayor Libby Schaaf and Policy Team:
Hello, my name is Alan Rossi and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root.
I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.
One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).
According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:
8 Important Policies for Reducing Police Brutality in Oakland:
1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.
2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.
3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.
4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.
5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.
6) Requiring comprehensive reporting- According to our current policy manual, officers are required to

report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=I5i9wDeEGyQkZeSh8HttQqJQ6BJUCz5bLW_encPgUiE&s=otilaEPm2dXybpqNoS4ubvfSpcm4epoIDsaQVcaNVOw&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero):
https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=I5i9wDeEGyQkZeSh8HttQqJQ6BJUCz5bLW_encPgUiE&s=3zLtt8_nevJxrSeClc7FC-tLPNYfPTQgx2vADBPPKy4&e=

Sincerely,
Alan Rossi


Sent from my iPhone

**From:** Ani Feinberg
**Sent:** Saturday, June 6, 2020 1:14 PM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

---------------------------------------------------------------------
Aniela Feinberg
███████████████████████

Honorable Mayor Libby Schaaf and Policy Team:
Hello, my name is Ani and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root.
I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.
One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).
According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:

I deleted one policy with which I do not fully agree, so here are
7 Important Policies for Reducing Police Brutality in Oakland:
1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.
2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.
3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.
4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.
5) Requiring comprehensive reporting- According to our current policy manual, officers are required to report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

6) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

7) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 7 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 7 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=2mOiGjQ_WMAFznF_a0S38dfhfbt_5nvj8_uyhUz7twI&s=oqUo7buydoFV7MeeSGbbFBTx8WatyqomZQhxkrlEdt4&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero):

https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=2mOiGjQ_WMAFznF_a0S38dfhfbt_5nvj8_uyhUz7twI&s=A2kk5cY_aGkdNTuiJVc1uPV4XcYnc2-EnhfsF6Qz6W0&e=

Sincerely,

Ani Feinberg

**From:** Audrey Lam
**Sent:** Saturday, June 6, 2020 1:42 PM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

------------------------------------------------------------------------
Audrey Lam
████████████████████
Honorable Mayor Libby Schaaf and Policy Team:
Hello, my name is Audrey Lam and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root.
I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.
One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).
According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:
8 Important Policies for Reducing Police Brutality in Oakland:
1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.
2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.
3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.
4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.
5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.
6) Requiring comprehensive reporting- According to our current policy manual, officers are required to

report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=oLmR-2re6x6DBeMUQzjpHQC_WgRFoc7hjvNRXc4Wv1E&s=RWWx4RXWl1tVa5P-q8uWouZbkJmPuhGyYbc3tb72zcg&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero):
https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=oLmR-2re6x6DBeMUQzjpHQC_WgRFoc7hjvNRXc4Wv1E&s=_n66gRKFpNd4JdntDPFwqz15dz76v2FHDxCE89FzJ5Q&e=

Sincerely,
Audrey Lam


Sent from my iPhone

**From:** colby francis
**Sent:** Saturday, June 6, 2020 12:34 PM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

------------------------------------------------------------------------
Colby Francis

██████████████████
Honorable Mayor Libby Schaaf and Policy Team:

Hello, my name is Colby Francis and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root.

I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.

One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).

According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:

8 Important Policies for Reducing Police Brutality in Oakland:

1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.

2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.

3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.

4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.

5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.

6) Requiring comprehensive reporting- According to our current policy manual, officers are required to

report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=GZdM4GOg0e0_h8hUt14ePn8-rSXpVBKFX0oqlqeFb-0&s=hT_KP7TSb8rmHJsbwPwf11JZSjDEP9Ee1ryqgnvmSr4&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero):

https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=GZdM4GOg0e0_h8hUt14ePn8-rSXpVBKFX0oqlqeFb-0&s=FcVAfIP2h8kqaY8TKPW5Vd1aBLXplisGo1LayxBcUfw&e=

Sincerely,

Colby Francis


Sent from my iPhone

**From:** Daniela Skov
**Sent:** Saturday, June 6, 2020 12:33 PM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death


[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.


---------------------------------------------------------------------
Daniela Skov

███████████████████████

Honorable Mayor Libby Schaaf and Policy Team:
Hello, my name is Daniela Skov and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root.
I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.
One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).
According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:
8 Important Policies for Reducing Police Brutality in Oakland:
1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.
2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.
3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.
4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.
5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.

6) Requiring comprehensive reporting- According to our current policy manual, officers are required to report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=YlKtXEsaUEkJESGc2ZB2PAncAguQIdVBuIy35NuhdCU&s=zJv53Sqt4zuNcC0Jn1WVIDYQs2pLC8Osfee_9DLsXwk&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero): https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=YlKtXEsaUEkJESGc2ZB2PAncAguQIdVBuIy35NuhdCU&s=Pb5EnI_8lJHVrJ4L_ZjAoW6Yk_6KT5Bsx8snid3_1yA&e=

Sincerely,
Daniela Skov


Sent from my iPhone

**From:** Danielle Schmid
**Sent:** Saturday, June 6, 2020 7:57 AM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

-----------------------------------------------------------------------
Danielle Schmid

████████████████████████████████
Honorable Mayor Libby Schaaf and Policy Team:
Hello, my name is Danielle Schmid and I am a young adult here in Marin County, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root.
I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.
One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).
According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:
8 Important Policies for Reducing Police Brutality in Oakland:
1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.
2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.
3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.
4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.
5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.

6) Requiring comprehensive reporting- According to our current policy manual, officers are required to report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=ZfIPH8-UexiozSqXP1j7AzAs1gs45LhGKYEnxdrRjDg&s=iRcjdhoKOEsZ4adXc7E6uEhRpb63Yquj68tlRi3iat4&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero):
https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=ZfIPH8-UexiozSqXP1j7AzAs1gs45LhGKYEnxdrRjDg&s=Pc_oBzXfbb7o0fpVE1eqjMexb-YAZAt_BBFQMn8FWUg&e=

Sincerely,
Danielle Schmid

**From:** Danya Kariv
**Sent:** Saturday, June 6, 2020 1:31 PM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

---------------------------------------------------------------------
Danya Kariv
███████████████████████
Honorable Mayor Libby Schaaf and Policy Team:
Hello, my name is Danya Kariv and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root.
I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.
One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).
According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:
8 Important Policies for Reducing Police Brutality in Oakland:
1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.
2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.
3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.
4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.
5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.
6) Requiring comprehensive reporting- According to our current policy manual, officers are required to

report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=2aZ-5ejNo5n2Zc8yZDueVCEq9bgyBEOhrS756GSjBbc&s=AvkC65cp_u5KjbbCcMIMsR2zOzdxVpVNGL3VXXNOrA0&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero):
https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=2aZ-5ejNo5n2Zc8yZDueVCEq9bgyBEOhrS756GSjBbc&s=iqS9c8R0ed2ZxWtnKFCa9oPfru9b-46sXPcqwqHQtt8&e=

Sincerely,
Danya Kariv

**From:** Ella Lee
**Sent:** Saturday, June 6, 2020 4:56 PM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death


[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.


------------------------------------------------------------------------
Ella Lee

████████████████████████

Honorable Mayor Libby Schaaf and Policy Team:
Hello, my name is Ella Lee and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root.
I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.
One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).
According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:
8 Important Policies for Reducing Police Brutality in Oakland:
1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.
2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.
3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.
4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.
5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.

6) Requiring comprehensive reporting- According to our current policy manual, officers are required to report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=O_YTXu29bQpFHQebYKwbWP8hYeLR-Ab-ilNvv-8sDy4&s=x-uM_MA07c14-kZpMtlUFlKOVT982HgI_uvfEWZ--eo&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero): https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=O_YTXu29bQpFHQebYKwbWP8hYeLR-Ab-ilNvv-8sDy4&s=tjtkTyQIcgd2Y20KK1d_tU2PdxRc9A3iOHsrcDPbj-Q&e=

Sincerely,
Ella Lee

**From:** Ella Phillips
**Sent:** Friday, June 5, 2020 6:09 PM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

-----------------------------------------------------------------------
Ella Phillips
██████████████████████████
Honorable Mayor Libby Schaaf and Policy Team:

Hello, my name is Ella Phillips and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root.

I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.

One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).

According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:

8 Important Policies for Reducing Police Brutality in Oakland:

1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.

2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.

3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.

4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.

5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.

6) Requiring comprehensive reporting- According to our current policy manual, officers are required to

report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=3MHvbUpwYzBcRz0ORKg38zZKJa2QqRncPuxvMyg4M2g&s=2YXt9TAIk6lBD3yhkAMS6gEkt8Ww_EmTl7xEW8oAXxU&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero):
https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=3MHvbUpwYzBcRz0ORKg38zZKJa2QqRncPuxvMyg4M2g&s=RychgZNyObHTKMmaJ9Cf8j1s90rOVID65Q4-ZP_Hl-Q&e=

Sincerely,
Ella Phillips

**From:** Gabriela Hochster
**Sent:** Saturday, June 6, 2020 1:17 PM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death


[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.


------------------------------------------------------------------------
Gabriela Hochster

██████████████████████
Honorable Mayor Libby Schaaf and Policy Team:
Hello, my name is Gabriela Hochster and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root. I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.
One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).
According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:
8 Important Policies for Reducing Police Brutality in Oakland:
1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.
2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.
3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.
4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.
5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.
6) Requiring comprehensive reporting- According to our current policy manual, officers are required to

report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAw&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=Trfi7kJ3onmPpF6Vjg03jLIZatm-0SS89949OfDvkTo&s=tkBYl2snO1TPtg1NXAOhmLPEcAdjqoCr2jv7gsO6gMU&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero):
https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAw&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=Trfi7kJ3onmPpF6Vjg03jLIZatm-0SS89949OfDvkTo&s=mx8meRDLYHkM0JXouizC9fX4vZ7rtwLZQYroEHLgr6o&e=

Sincerely,
Gabriela Hochster

Sent from my iPhone
--
*Student from Piedmont Unified School District*

**From:** Gabrielle Garcia
**Sent:** Saturday, June 6, 2020 6:48 PM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

----------------------------------------------------------------------
Gabrielle Garcia
██████████████
Honorable Mayor Libby Schaaf and Policy Team:
Hello, my name is Gabrielle Garcia and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root. I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.
One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).
According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:
8 Important Policies for Reducing Police Brutality in Oakland:
1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.
2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.
3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.
4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.
5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.
6) Requiring comprehensive reporting- According to our current policy manual, officers are required to

report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=eAIQ8noZ3Zz8citvlfrP_7J2_b2VkgxofdFsWbDvfw0&s=rwQiqyL8mGS_ah4UnRnrEPK3Vc3tufbfy_aQsWBytIQ&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero):

https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=eAIQ8noZ3Zz8citvlfrP_7J2_b2VkgxofdFsWbDvfw0&s=Qlwvbr0C0838xwnXiTEpEpY5j1Vjm_Tj8Ijv_BE1gzU&e=

Sincerely,

Gabrielle Garcia


Sent from my iPhone

**From:** Gracie Ellis
**Sent:** Saturday, June 6, 2020 12:38 PM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

------------------------------------------------------------------------
Grayson Ellis

████████████

Honorable Mayor Libby Schaaf and Policy Team:

Hello, my name is Grayson Ellis and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root.

I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.

One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).

According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:

8 Important Policies for Reducing Police Brutality in Oakland:

1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.

2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.

3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.

4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.

5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.

6) Requiring comprehensive reporting- According to our current policy manual, officers are required to

report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=qbiB-w8Ko4ox350dh8XHFyuT1I2mUyvJtYurx5mmKzo&s=a3NpYSBdMucD0mLX5PqnTd8RL6OWa_TbOAfI8h11ckY&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero):
https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=qbiB-w8Ko4ox350dh8XHFyuT1I2mUyvJtYurx5mmKzo&s=0JhBAXBAlveoIdzaQx382W-gnvQIx7UXxGOQy1U0UVM&e=

Sincerely,
Grayson Ellis


Sent from my iPhone

**From:** Jace Porter
**Sent:** Saturday, June 6, 2020 12:34 PM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

------------------------------------------------------------------------

Jace Porter

███████████

Honorable Mayor Libby Schaaf and Policy Team:

Hello, my name is Jace Porter and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root.

I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.

One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).

According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:

8 Important Policies for Reducing Police Brutality in Oakland:

1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.

2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.

3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.

4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.

5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.

6) Requiring comprehensive reporting- According to our current policy manual, officers are required to

report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=4k_gzVRg8gsEWL9402UvU8oneYhClFnOQWwWrWdUMCc&s=cpxTH1J6-MDllMbl7Nw_yJMoSueEToxBzO4G3e7lYHs&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero):
https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=4k_gzVRg8gsEWL9402UvU8oneYhClFnOQWwWrWdUMCc&s=uyQh5MwxOeUp2VCAwuhxrSCgP1MhjEWUZSXjuXbcXMY&e=

Sincerely,
Jace Porter

**From:** Lorri Zimmer
**Sent:** Saturday, June 6, 2020 12:17 PM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

-----------------------------------------------------------------------
Kami Zimmer

████████████████
Honorable Mayor Libby Schaaf and Policy Team:
Hello, my name is Kami Zimmer and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root.
I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.
One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).
According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:
8 Important Policies for Reducing Police Brutality in Oakland:
1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.
2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.
3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.
4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.
5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.
6) Requiring comprehensive reporting- According to our current policy manual, officers are required to

report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=_oaRhDwGjcpf2Ggj5pgCUgX7Qz8dNEZJERmzaK8_cWc&s=4SY4JxZ2c3P3Ag6oWwZLASAnzW8y9zi7Kgy97LN0cus&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero):
https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=_oaRhDwGjcpf2Ggj5pgCUgX7Qz8dNEZJERmzaK8_cWc&s=jis_glz59OBjHos2t66dWXelCi-wc2D96ydsZb-2IA4&e=

Sincerely,
Kami Zimmer


Sent from my iPhone

**From:** Max Podell
**Sent:** Saturday, June 6, 2020 9:54 AM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

------------------------------------------------------------------------
Max Podell

███████████████████████████████████

Honorable Mayor Libby Schaaf and Policy Team:

Hello, my name is Max Podell and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root.

I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.

One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).

According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:

8 Important Policies for Reducing Police Brutality in Oakland:

1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.

2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.

3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.

4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.

5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.

6) Requiring comprehensive reporting- According to our current policy manual, officers are required to

report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=SZoQzPsxpJNdJK4Ppae5uNvQ9iKhVdg_Epk1fIq5p7g&s=YW245KfcrzQHPsX_zm4aC81OqdrJgXpLm_ozhAMLj5I&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero):
https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=SZoQzPsxpJNdJK4Ppae5uNvQ9iKhVdg_Epk1fIq5p7g&s=qIkXdtHOj3lWMii3dMc0EW0rinu3S_viC3vQFzZUqBg&e=

Sincerely,
Max Podell

**From:** <span style="background:black">████████</span>
**Sent:** Friday, June 5, 2020 5:35 PM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

-----------------------------------------------------------------------
Siena Killpatrick



Honorable Mayor Libby Schaaf and Policy Team:
Hello, my name is Siena Killpatrick and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root. I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.
One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).
According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:
8 Important Policies for Reducing Police Brutality in Oakland:
1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.
2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.
3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.
4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.
5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to

shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.

6) Requiring comprehensive reporting- According to our current policy manual, officers are required to report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=tCfe4wDYF2D7XT_UpfVeh26xU5AcoBJ4jMMIFr27Yw8&s=_VITBPrkdEI7_fqvZsr6cUZ41Ff-wijOcNOOHJJYPdo&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero):
https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=tCfe4wDYF2D7XT_UpfVeh26xU5AcoBJ4jMMIFr27Yw8&s=Re4kC89tXnD4IpLLN88PXP49iNyBA6F5o8qlkEH5zBE&e=

Sincerely,
Siena Killpatrick

**From:** Toshi Troyer
**Sent:** Friday, June 5, 2020 7:10 PM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death

[EXTERNAL]  This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

-----------------------------------------------------------------------
Toshi Troyer
███████████████
Honorable Mayor Libby Schaaf and Policy Team:
Hello, my name is Toshi Troyer and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root.
I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.
One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).
According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:
8 Important Policies for Reducing Police Brutality in Oakland:
1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.
2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.
3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.
4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.
5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.
6) Requiring comprehensive reporting- According to our current policy manual, officers are required to

report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://urldefense.proofpoint.com/v2/url?u=https-3A__www.joincampaignzero.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=8aqmn5IWbChWKUUgJ_DkTBhPLWHu6AMN6cNPY74Y4nY&s=c_aeUuDpSrb5oTiY3RgtSwc-wqwYBac-rTnH4X22VS4&e=

8 Can't Wait Policy Initiative(implemented by Campaign Zero):
https://urldefense.proofpoint.com/v2/url?u=https-3A__8cantwait.org_&d=DwIFAg&c=6ZboKdJzR8nZOqwBjhPnCw&r=goyF-yVUaNwN1RiskN5pA666pP6lK9nOXmUhwCDaZVc&m=8aqmn5IWbChWKUUgJ_DkTBhPLWHu6AMN6cNPY74Y4nY&s=6j7zejofWHGUt-Lrina8CzQYV-M0OIMtC8ydxHBSTCQ&e=

Sincerely,
-Toshi Troyer


Sent from my iPhone

**From:** Tyler Moran
**Sent:** Friday, June 5, 2020 4:15 PM
**To:** Schaaf, Libby
**Cc:** Rus, Juanito
**Subject:** A Proposition of Policies to Consider in the Wake of George Floyd's Death

[EXTERNAL] This email originated outside of the City of Oakland. Please do not click links or open attachments unless you recognize the sender and expect the message.

Tyler Moran

████████████████████

Honorable Mayor Libby Schaaf and Policy Team:
Hello, my name is Tyler Moran and I am a young adult here in Oakland, CA. Like you have shown in your public statements and support for protestors advocating for justice in the wake of George Floyd's unjust passing and the police brutality it stemmed from, I too have been outraged with the excessive force and violence used by police and how our public policy has not been enough to stop it at the root.

I believe that George Floyd's passing is an urgent reminder for us to reconsider the policies we have in place and how we can put more relevant ones into action that can keep this from happening again, and that too in our city.
One of the organizations I have been closely following after the death of George Floyd is Campaign Zero. Led by front-line protestors, policy analysts, and expert data scientists from across the nation, Campaign Zero shares in a common vision of enforcing policy to limit police brutality. Campaign Zero suggests 8 policies to be used together to reduce police violence and brutality in our cities by 72%, based on successes in previous cities that have used all of these 8 together(please refer to the resources linked below if you need further citations and data for anything).
According to a tool published on their website(made using extensive research and analysis on local materials and data) out of these 8 landmark policies, we have only enacted 5, as listed below:
8 Important Policies for Reducing Police Brutality in Oakland:
1) Requiring de-escalation from police officers.- According to our current police department policy manual, officers are in fact required to de-escalate situations whenever they have the chance. Not requiring this could lead to more violent tactics being used to handle situations that may not require that level of force, allowing a situation to be worse than what it has to be.
2) Banning chokeholds and strangleholds- Our policy does outlaw the use of strangleholds, but chokeholds are still permitted.

3) Duty to intervene - Requires officers to intervene and stop excessive force used by other officers whilst immediately reporting this type of incident to a superior. Our current policy manual does in fact outlaw this.

4) Requiring a warning before shooting- Requires officers, in every possible such situation, to give a verbal warning before shooting at a civilian. Our current policy manual does in fact outlaw this or explicitly mention this anywhere.

5) Banning shooting at moving vehicles - According to our current policy manual, officers are allowed to shoot at moving vehicles even when only the vehicle itself is a threat. Shooting at moving vehicles has been previously regarded as a dangerous and ineffective tactic that could risk innocent lives. Our current policy does not outlaw this.

6) Requiring comprehensive reporting- According to our current policy manual, officers are required to report when they point a firearm at a civilian or threaten to report a firearm at a civilian.

7) Requiring exhausting other means before shooting - According to our current policy manual, officers are required to exhaust other means of peaceful de-escalation tactics before resorting to the use of deadly force. In compliance with policies #1 and #7, not requiring the employment of more peaceful tactics can be used to justify police brutality in situations where it is not at all necessary.

8) Has use of force continuum - A force continuum would limit the types of weapons used in certain types of situations, which our policy does in fact include.

These 8 policies clustered together would lead Oakland on a progressive and monumental path towards ending police brutality and racially driven attacks against the black community, especially.

I, along with the majority of youth here in Oakland, would urge you and other Oakland policymakers to consider the 3 of these 8 policies that haven't been spoken on yet. I appreciate your taking the time to read this proposition drafted with the help of Campaign Zero and I do hope you consider all the data and information presented to help Oakland change for the better.

Link to Campaign Zero: https://www.joincampaignzero.org/

8 Can't Wait Policy Initiative(implemented by Campaign Zero): https://8cantwait.org/

Sincerely,

Tyler Moran