# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| **Case No.:** 20-cv-03866-JCS | **Case Name:** ANTI POLICE-TERROR PROJECT v. CITY OF OAKLAND | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: June 18, 2020 | **Time:** 1:00-1:36 = 36 M |

**Attorney for Plaintiff:** William Riley, Dan Siegal, Sonya Mehta, Elizabeth Johnson
**Attorney for Defendant:** David Pereda

**Deputy Clerk:** Karen Hom                                            **Court Reporter:** Raynee Mercado

## ZOOM WEBINAR PROCEEDINGS

1. Scheduling Conference - Held

## ORDERED AFTER HEARING

The parties are to meet and confer to see if they can agree on a temporary TRO and advise the Court as to the status by 4:00 PM today. Status update shall be emailed to JCSPO@cand.uscourts.gov .

If the parties cannot agree on a temporary TRO, then the opposition brief shall be filed on 6/19/2020 by 1:00 PM.

**NOTES:**

**CASE CONTINUED TO:**   07/02/2020 at 11:00 AM for hearing on TRO or Preliminary Injunction. Hearing will be via Zoom. Please consult Judge Spero's web page for the Zoom Webinar information.

**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**

**Expert Discovery Cutoff:**
**Deadline to File Dispositive Motions:**
**Motions Hearing & Daubert Motions:**          at **9:30 AM**
**Pretrial Conference:**            at **2:00 PM**
**Trial:**            a**t 8:30 AM for**        **days**     **[ ]  Jury  [ ]  Court**

**Order to be prepared by:**
[ ]  Plaintiff        [ ]  Defendant        [ ]  Court
**cc:**