| | |
|---|---|
| WALTER RILEY, SBN 95919 | JAMES DOUGLAS BURCH, SBN 293645 |
| LAW OFFICE OF WALTER RILEY | National Lawyers Guild |
| 1407 Webster Street, Suite 206 | 558 Capp Street |
| Oakland, CA 94612 | San Francisco, CA 94110 |
| Telephone: (510) 451-1422 | Telephone: (415) 285-5067 x.104 |
| Facsimile: (510) 451-0406 | Email: james_burch@nlgsf.org |
| Email: walterriley@rrrandw.com | |

Attorneys for Plaintiffs
ANTI POLICE-TERROR PROJECT,
COMMUNITY READY CORPS,
AKIL RILEY, IAN McDONNELL, NICO
NADA, AZIZE NGO, and JENNIFER LI

DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
JANE BRUNNER, SBN 135422
SONYA Z. MEHTA, SBN 294411
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
abweills@gmail.com;
janebrunner@hotmail.com;
sonyamehta@siegelyee.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, AKIL RILEY, IAN McDONNELL, NICO NADA, AZIZE NGO, and JENNIFER LI, on behalf of themselves and similarly situated individuals,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,<br><br>　　　　　Defendants. | Case No. 3:20-cv-03866-JCS<br><br>[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE |

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Order Granting Temporary Restraining Order and Order to Show Cause - 1

This matter came before the Court's on June 18, 2020, at 1 p.m., on Plaintiffs' Application for a Temporary Restraining Order and Order to Show Cause.

Based upon the agreement of the parties and good cause appearing,

IT IS HEREBY ORDERED, pending further hearing and the Court's Order, that defendants City of Oakland, Police Chief Susan Manheimer, et al., and all persons acting on their behalf and under their supervision are forbidden from:

1. Using tear gas or any other chemical weapons against persons taking part in a protest or demonstration.
2. Firing rubber bullets or similar projectiles at persons taking part in a protest or demonstration.
3. Firing flash bang grenades at persons taking part in a protest or demonstration.
4. The prohibitions of paragraphs 1 and 3 do not apply where, upon the decision of the OPD Operations Commander or Incident Commander, it is determined that the use of tear gas or any other chemical weapon or flash bang grenades is reasonably necessary to protect the lives of people, protect people from serious bodily injury, or to prevent the imminent destruction of property, tear gas or other chemical weapons or flash bang grenades at Oakland City Hall, the OPD Administration Building, or the OPD Eastmont Mall Substation to protect persons or protect that property from destruction. Flash bang grenades may not be fired directly at persons but must be fired only in a safe direction. To the fullest extent possible, such use of tear gas or other chemical weapons and flash bang grenades is allowed only after an audible warning of their use has been issued and after sufficient time to comply has been granted.
5. In all actions in which the Oakland Police Department calls in police personnel from other jurisdictions under mutual aid agreements, to the fullest extent possible OPD personnel shall endeavor to assume front line positions between mutual aid officers and demonstrators.

This Order shall remain in effect until further Order of the Court. This matter shall be heard by the Court on July 2, 2020, on Plaintiffs' motion for a preliminary injunction.

SO STIPULATED.

SIEGEL, YEE, BRUNNER & MEHTA
WALTER RILEY
JAMES DOUGLAS BURCH

By: *Dan Siegel*_____
    Dan Siegel

Attorneys for Plaintiffs

CITY OF OAKLAND

By: *David A. Pereda*_____
    David A. Pereda

Attorneys for Defendants

IT IS SO ORDERED.

Dated: June 18, 2020            _____
                                Hon. Joseph C. Spero
                                UNITED STATES MAGISTRATE JUDGE