UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTI POLICE-TERROR PROJECT, et al.,

Plaintiffs,

v.

CITY OF OAKLAND, et al.,

Defendants.

Case No. 20-cv-03866-JCS

**ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE (CORRECTED)**

This matter came before the Court on June 18, 2020 at 1 p.m., on Plaintiffs' Application for a Temporary Restraining Order and Order to Show Cause. The parties stipulated to a Temporary Restraining Order, which was entered by the Court. *See* Docket No. 33. This Order corrects minor drafting errors found on page 2, lines 16-19 of the stipulated Temporary Restraining Order; it makes no substantive changes to Docket No. 33.

Based upon the agreement of the parties and good cause appearing, IT IS HEREBY ORDERED, pending further hearing and the Court's Order, that defendants City of Oakland, Police Chief Susan Manheimer, et al., and all persons acting on their behalf and under their supervision are forbidden from:

1. Using tear gas or any other chemical weapons against persons taking part in a protest or demonstration.

2. Firing rubber bullets or similar projectiles at persons taking part in a protest or demonstration.

3. Firing flash bang grenades at persons taking part in a protest or demonstration.

The prohibitions of paragraphs 1 and 3 do not apply where, upon the decision of the OPD Operations Commander or Incident Commander, it is determined that the use of tear gas or any other chemical weapon or flash bang grenades is reasonably necessary to protect the lives of people, protect people from serious bodily injury, or prevent the imminent destruction of property at Oakland City Hall, the OPD Administration Building, or the OPD Eastmont Mall Substation. Flash bang grenades may not be fired directly at persons but must be fired only in a safe direction. To the fullest extent possible, such use of tear gas or other chemical weapons and flash bang grenades is allowed only after an audible warning of their use has been issued and after sufficient time to comply has been granted.

In all actions in which the Oakland Police Department calls in police personnel from other jurisdictions under mutual aid agreements, to the fullest extent possible OPD personnel shall endeavor to assume front line positions between mutual aid officers and demonstrators.

This Order shall remain in effect until further Order of the Court. This matter shall be heard by the Court on July 2, 2020, on Plaintiffs' motion for a preliminary injunction.

**IT IS SO ORDERED.**

Dated: June 18, 2020

JOSEPH C. SPERO
Chief Magistrate Judge