UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. 20-cv-03866-JCS<br><br>**ORDER FOR RESPONSE TO DEFENDANTS' OPPOSITION BRIEF ON MOTION FOR PRELIMINARY INJUNCTION** |

The Court requests that Plaintiffs file a response to Defendants' Opposition [docket no. 37], to be filed by June 29, 2020 at 12:00 p.m..

**IT IS SO ORDERED.**

Dated: June 25, 2020

JOSEPH C. SPERO
Chief Magistrate Judge