UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**ZOOM CIVIL MINUTE ORDER**

| **Case No.:** 20-cv-03866-JCS | **Case Name:** ANTI POLICE-TERROR PROJECT v. CITY OF OAKLAND | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: July 28, 2020 | **Time:** 1:31-3:31 = 2 H |

**Attorney for Plaintiff:** Dan Siegel, Walter Riley, EmilyRose Johns
**Attorney for Defendant:** David Pereda

**Deputy Clerk:** Karen Hom                    **Court Reporter:** Belle Ball

**ZOOM WEBINAR PROCEEDINGS**

1. Motion for Preliminary Injunction - Submitted

**ORDERED AFTER HEARING**

Oral arguments were heard.

**NOTES:**

**CASE CONTINUED TO:**            at 2:00 PM for a further case management conference by Zoom.  Counsel and parties may use the same Zoom Webinar ID and Password. Please see Judge Spero's website for Zoom information.

**Order to be prepared by:**
 [ ] Plaintiff       [ ] Defendant        [X] Court
**cc:**