UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | Case No. 20-cv-03866-JCS <br><br> **ORDER STRIKING SCHUTTLER DECLARATION** <br><br> Re: Dkt. Nos. 78 |

On October 27, 2020, Plaintiffs filed a declaration by Meghan Schuttler, addressing events occurring on August 29, 2020, in support of Plaintiffs' motion to enforce or modify the preliminary injunction.

Pursuant to the parties' stipulation, the Court previously ordered a schedule requiring that motion to be filed no later than October 12, 2019 and Defendants' response to be filed no later than October 19, 2020. *See* dkt. 62. The Court later set a hearing for October 27, 2020—the same day Plaintiffs have now filed Schuttler's new declaration—and ordered specific supplemental filings. *See* dkts. 68, 76. The supplemental filings the Court requested (and the parties timely filed) did not encompass this new declaration, and the deadlines for filing them have passed.

The Court did not otherwise invite further briefing or evidence, and Plaintiffs did not request permission to file an additional declaration. *See* Civ. L.R. 6-1(b) ("A Court order is required for any enlargement or shortening of time that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged with the Court (other than an initial response to the complaint)."). No exigent circumstances are apparent that would have prevented Plaintiffs from offering Schuttler's declaration at the time Plaintiffs filed their motion. The declaration is therefore STRICKEN as untimely.

**IT IS SO ORDERED.**

Dated: October 27, 2020

JOSEPH C. SPERO
Chief Magistrate Judge