WALTER RILEY, SBN 95919
LAW OFFICE OF WALTER RILEY
1407 Webster Street, Suite 206
Oakland, CA  94612
Telephone: (510) 451-1422
Facsimile: (510) 451-0406
Email: walterriley@rrrandw.com

DAN SIEGEL, SBN 56400
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com

JAMES DOUGLAS BURCH, SBN 293645
NATIONAL LAWYERS GUILD
558 Capp Street
San Francisco, CA  94110
Telephone: (415) 285-5067 x.104
Email: james_burch@nlgsf.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, SEAN CANADAY, MICHAEL COHEN, MICHAEL COOPER, ANDREA COSTANZO, JOHNATHAN FARMER, LINDSEY FILOWITZ, DANIELLE GAITO, KATIE JOHNSON, BRYANNA KELLY, JENNIFER LI, IAN McDONNELL, MELISSA MIYARA, LINDSEY MORRIS, LEILA MOTTLEY, NIKO NADA, AZIZE NGO, NICOLE PULLER, MARIA RAMIREZ, AKIL RILEY, AARON ROGACHEVSKY, TARA ROSE, ASHWIN RUPAN, DANIEL SANCHEZ, CHRISTINA STEWART, TAYAH STEWART, KATHERINE SUGRUE, CELESTE WONG, and QIAOCHU ZHANG; on behalf of themselves and similarly situated individuals, <br><br>               Plaintiffs, <br><br>   vs. <br><br> CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT, <br><br>               Defendants. | Case No. 20-cv-03866-JCS <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT AND EXPERT DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

---

1    IT IS HEREBY STIPULATED by and between plaintiffs ANTI POLICE-TERROR

2  PROJECT, COMMUNITY READY CORPS, SEAN CANADAY, MICHAEL COHEN, MICHAEL

3  COOPER, ANDREA COSTANZO, JOHNATHAN FARMER, LINDSEY FILOWITZ, DANIELLE

4  GAITO, KATIE JOHNSON, BRYANNA KELLY, JENNIFER LI, IAN McDONNELL, MELISSA

5  MIYARA, LINDSEY MORRIS, LEILA MOTTLEY, NIKO NADA, AZIZE NGO, NICOLE

6  PULLER, MARIA RAMIREZ, AKIL RILEY, AARON ROGACHEVSKY, TARA ROSE, ASHWIN

7  RUPAN, DANIEL SANCHEZ, CHRISTINA STEWART, TAYAH STEWART, KATHERINE

8  SUGRUE, CELESTE WONG and QIAOCHU ZHANG and Defendants CITY OF OAKLAND,

9  OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD

10 Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT, through their respective

11 attorneys, that the Fact Discovery, Expert Discovery, and Dispositive motion filing deadlines,

12 and the hearing date on Dispositive motions and Daubert motions, be extended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Discovery Cutoff | 08/27/2021 | 10/27/2021 |
| Expert Disclosure | 10/1/2021 | 12/1/2021 |
| Expert Rebuttal | 10/15/2021 | 12/15/2021 |
| Expert Discovery Cutoff | 10/29/2021 | 12/29/2021 |
| Deadline to File Dispositive Motions | 11/19/2021 | 1/19/2022 |
| Deadline to File Opposition to Dispositive Motion | 12/17/2021 | 2/17/2022 |
| Deadline to File Reply to Dispositive Motion | 01/14/2022 | 3/14/2022 |
| Motions Hearing & Daubert Motions | 02/11/2022 | 4/15/2022 |
| Pretrial Conference | 05/13/2022 | Same |
| Trial | 05/24/2022 | Same |

The City of Oakland recently finished the investigations of its actions on May 29, 30, 31

and June 1, 2020 and provided the plaintiffs with the Use of Force reports, Outside

Investigators Report, the Police Review Board reports, and the Internal investigations on May

28 and June 11, 2021.  Because the plaintiffs only recently received these important documents,

plaintiffs are requesting an extension of Fact and Expert Discovery.  The defendants are also

requesting an extension of the deadline for the filing of their Dispositive motion and any Daubert motions, and the hearing on those motions.

Dated: June 29, 2021

SIEGEL, YEE, BRUNNER & MEHTA

By:_____/s/_____
    Jane Brunner

Attorneys for Plaintiffs
ANTI POLICE-TERROR PROJECT, et al.

Dated: June 29, 2021

BARBARA J. PARKER, City Attorney

By: /s/Kevin P. McLaughlin_____
    Kevin McLaughlin, Supervising Deputy
    City Attorney

Attorneys for Defendants
CITY OF OAKLAND, et al.

[PROPOSED ORDER]

Pursuant to the stipulation and request of the parties, and good cause appearing, the Court hereby modifies the following deadlines in this case:

Fact discovery cutoff                                        10/27/2021

Expert disclosure                                           12/1/2021

Expert rebuttal                                             12/15/2021

Expert discovery cutoff                                     12/29/2021

Deadline to file dispositive motions                        1/19/2022

Deadline to file opposition to dispositive motion           2/17/2022

Deadline to file reply to dispositive motion                3/14/2022

Hearing on dispositive motions and Daubert motions  4/15/2022

The dates for the pretrial conference and trial are unchanged.

IT IS SO ORDERED.

granted, and the Parties are hereby ordered to complete the discovery as stated above.

Dated:

_____
JOSHEPH C. SPERO
U.S. Chief Magistrate Judge