1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, *et al.*, on behalf of themselves and similarly situated individuals,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF OAKLAND, *et al.*,<br><br>　　　　Defendants. | Case No. 3:20-cv-03866-JCS<br><br>[PROPOSED] **ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

　　This matter came on for hearing on plaintiffs' unopposed motion for preliminary approval of the class action settlement (Dkt. #174) on September 9, 2022, at 1:30 p.m. Plaintiffs Anti Police-Terror Project, Community Ready Corps, *et al.,* were represented by Dan Siegel of Siegel, Yee, Brunner & Mehta. Defendants City of Oakland, *et al.,* were represented by Kevin McLaughlin of the Office of the Oakland City Attorney.

　GOOD CAUSE APPEARING,

　　This Court finds that the proposed settlement: (1) represents a comprehensive settlement of the issues raised in this case; (2) offers a fair and equitable result to those

---

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Order for Preliminary Approval of Class Action Settlement - 1

affected by it; and (3) will result in significant benefits for the class members, defendants, and the public at large.

The Court further finds that the proposed settlement agreement is fair, adequate, and reasonable and is the product of serious, informed, and non-collusive negotiations between experienced and knowledgeable counsel. It satisfies all the criteria for preliminary approval under Rule 23 of the Federal Rules of Civil Procedure. Additionally, the parties' proposed notice and schedule for a fairness hearing will allow class members an adequate opportunity to review and comment on the settlement agreement and is consistent with the parties' desire for prompt implementation of the agreement.

The Court (1) grants preliminary approval of the proposed class settlement submitted as Exhibit 1 to the Declaration of Dan Siegel (Dkt. #175); (2) approves the manner and form of giving notice of the proposed settlement to the class members attached hereto; (3) adopts the following schedule setting the dates for required notices, plaintiffs to file a motion for attorneys' fees and costs, the deadline for class member objections to the proposed settlement, and for plaintiffs to file a motion for final approval and responses to any timely-filed class member objections; and (4) scheduling a fairness hearing regarding final approval of the settlement:

| Event | Date |
|---|---|
| Defendants to provide notice to the appropriate officials as required by the Class Action Fairness Act (CAFA) 28 U.S.C. § 1715(b) | Notice provided September 12, 2022 |
| Posting notice of the settlement by the Plaintiffs as set forth in the unopposed motion for preliminary approval | Within 21 days after entry of order granting preliminary approval |

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Order for Preliminary Approval of Class Action Settlement - 2

| | |
|---|---|
| Deadline for filing of Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs | October 14, 2022 |
| Deadline for objections by class members | November 11, 2022 |
| Deadline for filing of Motion for Final Approval and for filing responses to any timely-filed class member objections | November 18, 2022 |
| Hearing on Motion for Final Approval and on Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs | December 16, 2022, 9:30 a.m. |

SO ORDERED

Dated: September __15__, 2022

_____
United States Magistrate Judge
Joseph C. Spero

## Notice of Settlement

*Anti Police-Terror Project, et al. v. City of Oakland, et al.*
U.S. District Court, Northern District of California
Case No. 3:20-cv-03866 JCS

This lawsuit challenges the Oakland Police Department (OPD)'s handling of the response to demonstrations in Oakland on May 29, 30, 31, and June 1, 2020, following the murder of George Floyd. The Court has certified the following class of people for purposes of obtaining injunctive relief against the City of Oakland:

> All persons injured by tear gas deployed by the Oakland Police Department or its mutual aid partners during the George Floyd protests on May 29-31, and June 1, 2020, while protesting peacefully in the City of Oakland, with respect to their claims against the City of Oakland for violations of their rights under the First Amendment, Fourth Amendment (excessive force), and Fourteenth Amendment to the United States Constitution and their state law claims of assault and battery, negligence, and violation of the Bane Act (California Civil Code § 52.1).

The parties have agreed to settlement of the claims for injunctive relief on behalf of this class. The settlement includes multiple requirements regarding the use of chemical agents; multiple requirements regarding OPD's management of mutual aid agencies; requirements regarding the use of impact munitions, displaying of identifying information, use of personal digital recording devices, and crowd dispersal methods; training of officers; and a five-year period of continuing jurisdiction. The settlement is for injunctive relief only and does not provide any monetary relief to class members. The settlement also provides for up to $1,200,000 in attorneys' fees and costs to the attorneys representing the class.

The Court will decide whether to approve the settlement at a Final Approval Hearing on December 16, 2022, at 9:30 a.m. Class members and members of the public may attend the hearing via Zoom at

https://cand-uscourts.zoomgov.com/j/1619260804?pwd=RE5qWDhGOTdWWTZUOFlOKzhNc3pjZz09

Webinar ID: 161 926 0804, Password: 050855

If you are a member of this class of people, you can ask the Court to deny approval by filing an objection. You cannot ask the Court to order a different settlement; the Court can only approve or reject the settlement. If the Court denies approval, no settlement will occur, and the lawsuit will continue. If that is what you want to happen, you must object.

Any objection to the proposed settlement must be in writing. If you file a timely written objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney. All written objections and supporting papers must (a) clearly identify the case name and number (*Anti Police-Terror Project, et al. v. City of Oakland, et al.*, Case Number 3:20-cv-03866 JCS), (b) be submitted to the Court either by mailing them to the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102-3489, or by filing them in person at any location of the United States District Court for the Northern District of California, and (c) be filed or postmarked on or before November 11, 2022. Your written objection should also describe the facts indicating that you are a member of the class, and describe the nature of your objection.

This notice summarizes the proposed settlement. For the precise terms and conditions of the settlement, please see the settlement agreement available at www.SiegelYee.com, by contacting class counsel at (510) 839-1200, by accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th floor, San Francisco, CA, between 9:00 a.m. and 1:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.