UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, *et al.*, on behalf of themselves and similarly situated individuals,<br><br>        Plaintiffs,<br><br> vs.<br><br>CITY OF OAKLAND, *et al.*,<br><br>        Defendants. | Case No. 3:20-cv-03866-JCS<br><br>**[PROPOSED] AMENDED PARTIAL JUDGMENT** |

    The Court amends the partial judgment previously entered (Dkt. 191) due to the inadvertent exclusion of Plaintiffs Anti Police-Terror Project and Community Ready Corps, as follows:

    Pursuant to Fed. R. Civ. P. 54(b), the Court determines that there is no just reason for delay in the entry of judgment. In accordance with the Court's December 19, 2022, Order finally approving the parties' Class Action Settlement, judgment is entered as follows:

    1. The Court enters the permanent injunction against the City of Oakland as agreed upon by the parties.

---

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Amended Partial Judgment - 1

2. Plaintiffs are entitled to the amounts provided for damages in the parties' stipulation of settlement against the City of Oakland.

3. Plaintiffs are entitled to attorneys' fees and costs in the amount of $1,200,000.00 against the City of Oakland.

4. Except to the extent the City of Oakland is permanently enjoined, all claims of the following Plaintiffs are dismissed with prejudice: Anti Police-Terror Project, Community Ready Corps, Sean Canaday, Michael Cohen, Michael Cooper, Andrea Costanzo, Jonathan Farmer, Lindsey Filowitz, Danielle Gaito, Katie Johnson, Jennifer Li, Ian McDonell, Melissa Miyara, Leila Mottley, Niko Nada, Azize Ngo, Nicole Puller, Maria Ramirez, Akil Riley, Aaron Rogachevsky, Tara Rose, Daniel Sanchez, Christina Stewart, Tayah Stewart, Katherine Sugrue, Celeste Wong, Qioachu Zhang.

5. Except to the extent the City of Oakland is permanently enjoined, all claims for injunctive relief and attorneys' fees and costs, but not for damages, of Plaintiff Lindsey Morris are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 18, 2023

_____
JOSEPH C. SPERO
United States Chief Magistrate Judge

Approved as to form:

SIEGEL, YEE, BRUNNER & MEHTA

By: _____*Dan Siegel*_____
      Dan Siegel

      Attorneys for Plaintiffs

CITY OF OAKLAND

---

*APTP v. City of Oakland*, No. 3:20-cv-03866-JCS
Amended Partial Judgment - 2

1  OFFICE OF THE CITY ATTORNEY
2
3  By:       *Kevin McLaughlin*
           Kevin McLaughlin
4          Supervising Deputy City Attorney
           Attorneys for Defendants