BARBARA J. PARKER, City Attorney, SBN 069722
MARIA BEE, Chief Assistant City Attorney, SBN 167716
KEVIN P. MCLAUGHLIN, Supervising Deputy City Attorney, SBN 251477
MONTANA B. BAKER, Deputy City Attorney, SBN 319491
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-2961; Fax: (510) 238-6500
Email: kmclaughlin@oaklandcityattorney.org
X05141/3293777

Attorneys for Defendants
CITY OF OAKLAND, et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, SEAN CANADAY, MICHAEL COHEN, MICHAEL COOPER, ANDREA COSTANZO, JOHNATHAN FARMER, LINDSEY FILOWITZ, DANIELLE GAITO, KATIE JOHNSON, BRYANNA KELLY, JENNIFER LI, IAN McDONNELL, MELISSA MIYARA, LINDSEY MORRIS, LEILA MOTTLEY, NIKO NADA, AZIZE NGO, NICOLE PULLER, MARIA RAMIREZ, AKIL RILEY, AARON ROGACHEVSKY, TARA ROSE, ASHWIN RUPAN, DANIEL SANCHEZ, CHRISTINA STEWART, TAYAH STEWART, KATHERINE SUGRUE, CELESTE WONG, and QIAOCHU ZHANG; on behalf of themselves and similarly situated individuals,

Plaintiffs,

v.

CITY OF OAKLAND, OPD Police Chief SUSAN E. MANHEIMER, OPD Sergeant PATRICK GONZALES, OPD Officer MAXWELL D'ORSO and OPD Officer CASEY FOUGHT,

Defendants.

Case No. 3:20-cv-3866 JCS

**SUPPLEMENTAL DECLARATION OF KEVIN P. MCLAUGHLIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR PARTIAL SUMMARY JUDGMENT, ON CLAIMS OF ASHWIN RUPAN**

Date: September 8, 2023
Time: 10:00 a.m.
Department: Courtroom D, 15th Floor

I, KEVIN P. MCLAUGHLIN, declare as follows:

1. The facts stated herein are based on my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. I am a Supervising Deputy City Attorney with the Oakland City Attorney's Office, counsel of record for Defendants City of Oakland, Susan E. Manheimer, Patrick Gonzales, Maxwell D'Orso, and Casey Fought in this action.

3. Defendants filed their Motion for Summary Judgment, or Partial Summary Judgment, on the claims of Plaintiff Ashwin Rupan on July 14, 2023. (Dkt. 205.) Pursuant to Local Rule 7-3(a), Mr. Rupan's opposition was due on July 28, 2023. As of the time of this filing, no opposition has been received.

4. On August 1, 2023 I reached out via email to Mr. Rupan regarding the status of the opposition, and received a response that "We had requested a continuance motion for summary judgment from a court clerk online on Thursday July 13 2023; due to various emergency challenges still ongoing." A true and correct copy of that email exchange is attached hereto as Exhibit A.

5. I am not aware of any continuance of the motion. For the reasons stated in their motion, Defendants respectfully request that their motion for summary judgment be granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 4th day of August, 2023, in Oakland, California.

/s/ Kevin P. McLaughlin
KEVIN P. MCLAUGHLIN

*Anti Police-Terror Project, et al. v. City of Oakland, et al.*, Case No. 3:20-cv-3866 JCS

Defendants' Motion for Summary Judgment, Or Partial Summary Judgment, On Claims Of Ashwin Rupan

# SUPPLEMENTAL DECLARATION OF KEVIN P. MCLAUGHLIN

# **EXHIBIT A**

**McLaughlin, Kevin**

**From:** A R <arbookingco@gmail.com>
**Sent:** Wednesday, August 2, 2023 11:07 AM
**To:** McLaughlin, Kevin
**Subject:** Re: City of Oakland Re: Activity in Case 3:20-cv-03866-JCS Anti Police-Terror Project et al v. City of Oakland et al

CAUTION: This email originated from outside of the City of Oakland. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Mr. McLaughlin , We had requested a continuance motion for summary judgment from a court clerk online on Thursday July 13 2023; due to various emergency challenges still ongoing. Thank you ;

On Tuesday, August 1, 2023, McLaughlin, Kevin <KMcLaughlin@oaklandcityattorney.org> wrote:

Hello Mr. Rupan –

Do you intend to file an opposition to the motion for summary judgment? The opposition was due this past Friday.

Regards,

Kevin

**From:** A R <arbookingco@gmail.com>
**Sent:** Tuesday, July 25, 2023 11:46 PM
**To:** McLaughlin, Kevin <KMcLaughlin@oaklandcityattorney.org>
**Subject:** City of Oakland Re: Activity in Case 3:20-cv-03866-JCS Anti Police-Terror Project et al v. City of Oakland et al

CAUTION: This email originated from outside of the City of Oakland. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I got your mail thanks ; Kevin u got overpaid by the city of Oakland also .
https://transparentcalifornia.com/salaries/2020/oakland/kevin-mclaughlin/?pk=35452993

https://transparentcalifornia.com/salaries/2021/oakland/kevin-mclaughlin/

On Thursday, May 18, 2023, McLaughlin, Kevin <KMcLaughlin@oaklandcityattorney.org> wrote:

Here you go. The information is also available at https://www.cand.uscourts.gov/judges/spero-joseph-c-jcs/

Regards,

Kevin

Public Hearings

**Please click the link below to join webinars (public hearings). If you are a case participant, you will join as an attendee, then you will be brought into the proceeding by court staff.**

https://cand-uscourts.zoomgov.com/j/1619260804?pwd=RE5qWDhGOTdWWTZUOFlOKzhNc3pjZz09

Webinar ID: 161 926 0804
Password: 050855

**Join a Webinar by Phone or Other Connection**

**IMPORTANT NOTE:** If you are a case participant (attorney, party, witness, or other person who will actively participate in the hearing), it is strongly recommended that you join Zoom using the Zoom application rather than by a telephone connection. If you must appear by telephone, the numbers posted for each judge are for the public and are listen-only, so you will need to contact the Courtroom Deputy (CRD) at

least one business day before the hearing to request a Zoom invitation (which will be sent via email) in order to join the hearing as a case participant.

Phone: (669) 254-5252 or (646) 828-7666
International numbers: https://cand-uscourts.zoomgov.com/u/advFLxrTkx

H.323: 161.199.138.10 (US West) or 161.199.136.10 (US East)

SIP: 1619260804@sip.zoomgov.com

**From:** A R <arbookingco@gmail.com>
**Sent:** Thursday, May 18, 2023 2:24 PM
**To:** McLaughlin, Kevin <KMcLaughlin@oaklandcityattorney.org>
**Subject:** Re: FW: Activity in Case 3:20-cv-03866-JCS Anti Police-Terror Project et al v. City of Oakland et al

CAUTION: This email originated from outside of the City of Oakland. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Mr. McLaughlin,

Do you have the zoom iD# for the meeting tomorrow?

Thank you, Ashwin

On Wednesday, May 10, 2023, McLaughlin, Kevin <KMcLaughlin@oaklandcityattorney.org> wrote:

Hello Mr. Rupan –

As the email below indicates, the court continued the case management conference that was scheduled for this Friday. Instead, it will be held next Friday, 5/19, at 2:00 pm. The Zoom information is the same as for the last couple conferences you attended.

Regards,

Kevin

**From:** ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>
**Sent:** Monday, May 8, 2023 8:57 AM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 3:20-cv-03866-JCS Anti Police-Terror Project et al v. City of Oakland et al

CAUTION: This email originated from outside of the City of Oakland. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**California Northern District**

## Notice of Electronic Filing

The following transaction was entered on 5/8/2023 at 8:57 AM and filed on 5/8/2023

| | |
|---|---|
| **Case Name:** | Anti Police-Terror Project et al v. City of Oakland et al |
| **Case Number:** | 3:20-cv-03866-JCS |
| **Filer:** | |
| **Document Number:** | 196(No document attached) |

**Docket Text:**

**CLERKS NOTICE CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING ZOOM HEARING.**

**Further Case Management Conference set for 5/12/2023 is continued to 5/19/2023 02:00 PM PDT in San Francisco, - Videoconference Only. This proceeding will be held via a Zoom webinar.**

**Webinar Access: All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/jcs**

**General Order 58. Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.**

**Zoom Guidance and Setup: https://www.cand.uscourts.gov/zoom/.**

***(This is a text-only entry generated by the court. There is no document associated with this entry.)* (klh, COURT STAFF) (Filed on 5/8/2023)**

**3:20-cv-03866-JCS Notice has been electronically mailed to:**

Alan Sunmin Yee alanyee@siegelyee.com

Andrew Chan Kim chan.a.kim@gmail.com, chankim@siegelyee.com

Anne Butterfield Weills abweills@gmail.com

Brigid S. Martin bmartin@oaklandcityattorney.org, kathleen.turner@usdoj.gov, searly@oaklandcityattorney.org, sromero@oaklandcityattorney.org

Dan Siegel danmsiegel@gmail.com, chan.a.kim@gmail.com, emilyrose@siegelyee.com, janebrunner@hotmail.com, jordansteger.siegelyee@gmail.com, kaylawebster.siegelyee@gmail.com, lizjohnson.siegelyee@gmail.com, sbeladi@protonmail.com

EmilyRose Naomi Johns emilyrose@siegelyee.com

Jane Brunner JaneBrunner@hotmail.com

Kevin P. McLaughlin kmclaughlin@oaklandcityattorney.org, njohnson@oaklandcityattorney.org

Montana Bess Baker mbaker@oaklandcityattorney.org

Rachel Lederman rachel.lederman@justiceonline.org

Sonya Mehta sonyamehta@siegelyee.com

Walter Phillip Riley WalterRiley@rrrandw.com

**3:20-cv-03866-JCS Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

This is a confidential attorney-client communication. This email contains confidential attorney-client privileged information and is for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or

distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachments. [v1.3]

This is a confidential attorney-client communication. This email contains confidential attorney-client privileged information and is for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachments. [v1.3]

This is a confidential attorney-client communication. This email contains confidential attorney-client privileged information and is for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachments. [v1.3]

**CERTIFICATE OF SERVICE**
***Anti Police Terror- Project, et al.***
**United States District Court Case No. 3:20-3866-JCS**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612. On the date set forth below, I served the within documents:

**SUPPLEMENTAL DECLARATION OF KEVIN P. MCLAUGHLIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR PARTIAL SUMMARY JUDGMENT, ON CLAIMS OF ASHWIN RUPAN**

☒ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the address(s)es listed below and *(specify one)*:

☒ Deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☐ Placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the City of Oakland's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the address(es) listed below and providing them to the professional messenger.

☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the address(es) listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By email transmission**. Based on an agreement of the parties to accept service by email transmission, I sent the documents in PDF format to the person(s) at the email addresses listed below.

☐ **By fax transmission**. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in below.

☐ **By personal delivery.** I personally delivered the document(s) to the person(s) at the address(es) listed below.

Ashwin Rupan
27425 Lyford Street
Hayward, Ca 94544

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on August 4, 2023 at Oakland, California.

Nanette Johnson
**NANETTE JOHNSON**