United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHWIN RUPAN,

    Plaintiff.

  v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 20-cv-03866-JCS

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 212

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants as to the claims of Ashwin Rupan.

Dated: October 24, 2023

                                        Mark B. Busby, Clerk

                                        By: _____

                                              Karen L. Hom
                                              Deputy Clerk